
#24

FILED

2003 SEP -8 P 12:48

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI ROGUS, | : | Civil Action No. |
| Plaintiff, | | 3:02CV1778(~~JCH~~) ~~WF~~ MRK |
| v. | : | |
| BAYER CORPORATION, | : | |
| Defendant. | : | September 5, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), Plaintiff, Mei Rogus, hereby respectfully requests that the court extend the discovery deadlines in the above-captioned matter. The Plaintiff requests that the close of discovery be extended from September 19, 2003 to October 15, 2003. The reason for this request is as follows:

1. The action was commenced by Complaint in the Superior Court of Connecticut on September 18, 2002.

2. On October 8, 2002, defendant moved to remove the action to Federal Court.

3. On October 21, 2002, the defendant filed its Answer.

4. On November 20, 2002, the parties filed the Rule 26(f) report.

5. On May 9, 2003, the Plaintiff filed its first motion for extension of time to September 20, 2003.

6. The defendant is scheduled to take the plaintiff's deposition on September 18, 2003 and the Plaintiff will take the deposition of four witnesses on September 19, 2003.

FILED OCT 17 4 16 PM '03 US DISTRICT COURT NEW HAVEN CONN

MOTION GRANTED. SO ORDERED. MARK R. KRAVITZ, U.S.D.J.