IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI ROGUS, | § | CIVIL ACTION |
| | § | Case No. 3:02-CV-1778 (MRK) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BAYER CORPORATION, | § | |
| | § | |
| Defendant. | § | OCTOBER 22, 2003 |

## MOTION OF DEFENDANT
## FOR SUMMARY JUDGMENT

Bayer Corporation, defendant, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant has annexed to this motion a Local Rule 56 (a)(1) Statement, together with an appendix of supporting deposition testimony and exhibits.

The grounds for this motion are that, based upon the admissions and undisputed testimony and documentation filed with the Court, there are no genuine issues of material fact and the defendant is entitled to judgment as a matter of law because:

1. As to Count I, which is for a discharge in violation of public policy,

    a. No public policy violation, such as would support a cause of action for wrongful termination, is implicated by plaintiff's allegations and testimony.

    b. Plaintiff cannot point to competent evidence from which a reasonable jury could find that she was discharged for reporting improper accounting of inventory information, as alleged; and

341508

2.   As to Count II, which is for sexual harassment in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60(a)(1)(8),

   a.   Plaintiff was not subjected to sufficiently severe and pervasive harassment as to amount to discrimination affecting a term or condition of employment;

   b.   When plaintiff reported the conduct, defendant took immediate and appropriate corrective action, which put an end to the conduct complained of.

3.   As to Count III, which is for retaliation in violation of Conn. Gen. Stat. § 46a-60(a)(4),

   a.   Plaintiff did not suffer an adverse employment action, except for her employment termination;

   b.   Plaintiff was discharged for legitimate reasons unrelated to retaliation, and cannot point to competent evidence from which a reasonable jury could find that her discharge was a pretext for unlawful retaliation.

4.   As to Count IV, which is for intentional infliction of emotional distress, the plaintiff cannot show that she was subjected to conduct which was sufficiently extreme or outrageous as to give rise to a cause of action for this tort.

5.   As to Count V, which is for defamation, the plaintiff cannot show that there were any unprivileged false communications published by the defendant.

WHEREFORE, defendant prays for summary judgment in its favor and against the plaintiff as to all counts of the complaint.

Respectfully submitted,

_____
Christopher Brigham
Federal Bar No. ct02761
Jennifer L. Groves
Federal Bar No. ct20077
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, CT 06510
Telephone: (203) 786-8300
Facsimile: (203) 772-2037

John J. Myers
Federal Bar No. ct11377
Eckert Seamans Cherin & Mellott
44th Floor, 600 Grant Street
Pittsburgh, PA 15222
Telephone: (412) 566-6000

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MEI ROGUS,** | § | CIVIL ACTION |
| | § | Case No. 3:02-CV-1778 (MRK) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **BAYER CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

### ORDER OF COURT

AND NOW, this ___ day of _____, upon consideration of the Motion for Summary Judgment filed by the defendant, the record evidence supporting the motion, the briefs and arguments of the parties, the Court having determined that there are no genuine issues of material fact, IT IS HEREBY ORDERED, that defendant's motion is granted. Entry of summary judgment in favor of the defendant and against the plaintiff is directed as to all counts of the Complaint.

_____
United States District Judge

341508

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment was served by U.S. mail this 22nd day of October, 2003, upon the following counsel:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

Christopher L. Brigham
Commissioner of the United States District Court

341508