1          Q.  Exhibit 23 is an e-mail from Mei Rogus to

2    someone else addressed Chin and it has attached two

3    pages of resume.  Is Exhibit 23 your e-mail sending

4    back to Chin Chen her resume with the revisions that

5    you made?

6          A.  Yes.

7          Q.  According to your e-mail it states that

8    you made a few modifications to her resume.  You

9    state -- it said, "I also changed girls high school to

10   commercial high school."  So is that a change that you

11   made on the resume?

12         A.  Yes.  That's what they told me.  She went

13   to a commercial high school.

14         Q.  Excuse me.  Let's first identify what the

15   change is.  On the resume she gave you it said Shu

16   Kuang Girls High School and on the resume, as you sent

17   it back to her with your revisions, it says Shu Kuang

18   Commercial High School.  That's a change you made?

19         A.  That's correct.

20         Q.  And you made that on what basis?

21         A.  They told me she went to a commercial high

22   school to get accounting not a normal high school.

23         Q.  When you say they, who are you talking

24   about they?

25         A.  Cliff and Chin.

115

1        Q.   Are you saying they told you that before

2   you made this change?

3        A.   That's correct.

4        Q.   That cliff told you that this was a

5   commercial high school?

6        A.   That's correct.

7        Q.   And so you changed it on here?

8        A.   That's correct.

9        Q.   I take it you had no personal knowledge

10  about the high school; is that correct?

11       A.   No, I did not.

12       Q.   Then the second change it says, "I added

13  computer skills in the strengths section.  Please add

14  any application that you know."  I take it that refers

15  to under what she had called summary of qualifications

16  you changed her strengths and then you added the words

17  computer skills, excel, Word, etc?

18       A.   That's correct.  On the e-mail I reminded,

19  I said to her please add any application that you

20  know.  I put that down there just as an example.  So I

21  put down that --

22       Q.   I'm sorry.  Are you finished?

23       A.   Yes.

24       Q.   You also added to the resume something

25  that doesn't appear on her draft "strong

SANDERS, GALE & RUSSELL
(203) 624-4157

1   organizational and managerial skills."  On what basis

2   did you make that addition?

3       A.  She had there excellent attention to

4   detail, organization and management so I broke it down

5   to make it short into each.

6       Q.  Well, did you know at the time whether she

7   had any management skills?

8       A.  Based on what they told me.

9       Q.  What who told you?

10      A.  Cliff and Chin.

11      Q.  Okay.  I take it before you went over this

12   resume had you met with Chin Chen?

13      A.  To discuss this --

14      Q.  Before you --

15      A.   -- or --

16      Q.  Before you received or revised her resume

17   had you yet met with Chin Chen to talk about the job?

18      A.  No, I did not.

19      Q.  Did you talk to her over the telephone?

20            MR. MUCHINSKY:  You have to answer.

21      A.  I remember, yes.

22      Q.  Go ahead.  My question was did you talk to

23   her over the telephone?

24      A.  I think so, yeah.

25      Q.  Well, do you remember talking to her over

1   the phone before you revised the resume?

2       A.  I remember a lot better with

3   communications with Cliff Chen and with her

4   communication with her was so vague, but I remember

5   she was very eager wanting that job and very eager to

6   know what the requirement, wanted to know all the

7   details and I had explained to her very carefully all

8   the requirement what's needed and everything, because

9   you know, it's a very difficult job and I didn't want

10  to give her false sense it's easy and I made sure she

11  understand it's not easy and she is able to handle it.

12      Q.  Okay.  My question is do you remember

13  doing that before you revised her resume?

14      A.  I don't remember doing that.

15      Q.  Okay.  My question is simply do you

16  remember having a conversation over the telephone or

17  in person with Chin Chen about this job before you

18  made the revisions on the resume?

19      A.  No.  I'm sorry, I can't remember how it

20  happened.

21      Q.  Okay.  So you made these changes.  You

22  sent it back to her.  Did you send a copy of this also

23  to Cliff Chen, if you know?

24      A.  I don't think so.  I don't remember.  I

25  might.

1          (Defendant's Exhibit 24, marked for

2          identification.)

3          Q.  Exhibit 24 is a one-page document and it

4    appears to be an e-mail, but it has Chinese characters

5    at the top.  What is Exhibit 24?

6          A.  This is an information to Ms. Chen.  She

7    wanted to know where to send her resume to to apply

8    for this position and I told her.  I give her

9    information of Don Telesca, the human resource

10   manager, and I told her that's where you will send

11   your resume --

12         Q.  Okay.

13         A.   -- to the HR manager directly not to me.

14         Q.  What is the date on which this was sent?

15         A.  It's November 6, 1999.

16         Q.  November 6 or 16?

17         A.  Probably 16, because the one is together

18   with the character here.

19              MR. MUCHINSKY:  Where is that?

20         Q.  I mean, can you tell whether this is

21   November 6?  I don't know, but I'm just asking.

22         A.  It's possible 16, because it looks like

23   the one is lumped with the other characters together.

24         Q.  But it's either November 6 or November 16

25   of 1999 was the date this was sent?

1      A.   Yes.

2                      (Defendant's Exhibit 25, marked for

3                  identification.)

4      Q.   Exhibit 25 is another e-mail with an

5  attached resume. Can you identify Exhibit 25, the

6  first and second pages?

7      A.   The first page was an e-mail from Kuang

8  Yung Chen to me and to copy Ms. Chin and the subject

9  is final one and there's a word file document attached

10 to the subject, to the e-mail message.

11     Q.   And what is the second page?

12     A.   It's a resume, Ms. Chen's final resume

13 that she had submitted to ...

14     Q.   For this position?

15     A.   Yes.

16     Q.   This being the final resume, is this the

17 one that was then submitted to Don Telesca to Mark

18 Fuhrman or Rich Fuhrman and you in connection with a

19 job application?

20     A.   I believe so, yes.

21     Q.   Now, did you have any involvement in

22 additional changes to the resume made after you had

23 sent the earlier revised resume to Chin Chen?

24     A.   I don't believe so, no.

25     Q.   I take it you looked at this after it came

```
 1   in?

 2           A.  That's correct, yes.

 3           Q.  I note under computer skills where you had

 4   put in your draft you had put MS Excel, Word, etc.  It

 5   now says Microsoft E-mail, Excel, Word, Power Point,

 6   Lotus Notes?

 7           A.  That's right, yes.

 8           Q.  Do you know why that was put in there?

 9           A.  I don't know.  I thought it was because on

10   my e-mail I put on the example of Word and Excel and I

11   mention on my e-mail please add any applications that

12   you know.  So I thought this is what she knew and she

13   put it on.

14           Q.  Did you -- before the hiring decision was

15   made did you discuss with Chin Chen her qualifications

16   for this job independent of what's on the resume?

17           A.  I don't recall any -- I don't recall much

18   of discussion with her or communication with her,

19   because I really didn't know her at that time.  I

20   mean, she was an acquaintance.  That's all I knew

21   about her.  I didn't know her background or her

22   skills.  So based on the information that I was told

23   by both of them or either one of them prior to that

24   and I thought this was the best to reflect what they

25   have told me.  I went to a commercial high school
```

1    myself and so when Cliff Chen mentioned her to me,

2    that I clearly remember he told me that, oh, Chin Chen

3    went to a commercial high school like you did and so

4    she, you know, knows accounting and all that what is

5    this position and that's why when I saw the girls high

6    school on her original resume, my first response was

7    that's incorrect, because a girls high school normally

8    tells you it's a normal high school that will prepare

9    you to go to college and in order to get accounting

10   education or any business training you would either go

11   to a commercial school, high school, and I remember

12   they told me the commercial high school she went to

13   it's all girls school, which the commercial high

14   school where I went to was also all girls went to the

15   commercial school. So I thought she just didn't know

16   how to translate her school name properly. So I took

17   it as my own experience that my high school was a

18   commercial high school and if she went to a commercial

19   high school like they told me like I did, then the

20   school, girls high school, would be incorrect. So

21   there was really not much discussion about that there.

22   I don't remember much about a discussion or she tell

23   me it's not right or anything. No, I don't remember

24   anything like that.

25          Q.  Did you interview her after her final

SANDERS, GALE & RUSSELL
(203) 624-4157

1    resume had been submitted?

2          A.  Yes.

3          Q.  Now, did you have a discussion with her

4    about her computer skills?

5          A.  I don't remember much about discussions on

6    the computer skills during the interview, because I

7    never suspected that someone did not know anything

8    about computer at all in this time of technology.  It

9    just didn't dawn to me that she didn't know anything

10   about computer and reason for that was Cliff Chen, his

11   wife and another family that who, you know, I met,

12   that's how I met Ms. Chen, through those parties at

13   their house and we used to -- you know, once in awhile

14   we got together for parties and that's how I met them.

15   Cliff Chen, his wife and the other family, they were

16   all in computer field.  It's pretty much all the

17   Chinese friends I have known were all very good in

18   computers.  They were actually a lot better than me

19   and they were IT people or in computer so it has never

20   -- I never suspected about her computer skills at all

21   and I don't remember we discuss much about it although

22   I remember Cliff Chen and also probably Ms. Chen had

23   mentioned her computer skills was in Chinese way they

24   told me was horse horse tiger tiger and if you

25   translate it to English explanation, it's like so-so.

123

1    But if you understand the Chinese people's, the way

2    they express themselves, if they know something very

3    well and if when you say, hey, how is your computer,

4    how much do you know, how is your Excel skill, they

5    usually say it's horse horse tiger tiger.  It's a

6    modest way, a humble way of saying, oh, you know, ever

7    though they say it's horse horse tiger tiger, so-so,

8    usually they are very comfortable with it.  So when

9    they told me her computer skills are horse horse and

10   tiger tiger, so I took it as, you know, she's pretty

11   good with that and there should be no problem

12   performing those jobs.  They did say, you know, her

13   computer skills was not the best as I mean, you know.

14   She did not know macros.  She did not know the chart

15   graphic on Excel, things like that.  I say that's

16   okay, you know.

17        Q.  Was the knowledge of Excel and Word

18   important for this job?

19        A.  Excel particularly, yes.

20             (Defendant's Exhibit 26, marked for

21             identification.)

22        Q.  Exhibit 26 is another e-mail with an

23   attached typed note.  Is this an e-mail that you

24   drafted and mailed or sent to Chin Chen in connection

25   with her application?

SANDERS, GALE & RUSSELL
(203) 624-4157

124

1       A.  Yes.

2       Q.  Would you tell me what this is?

3       A.  It's a -- she wanted me to review her

4 every single document before she sent out.  She wasn't

5 comfortable with her English at all and she was -- she

6 wanted the job so bad she wanted to make sure

7 everything is perfect.  So she send me her thank you

8 note, asked me to review and make sure there was no

9 error and so I made some -- this is under text under

10 e-mail here, "Chin, I made some minor changes such as

11 comma, period, capital letter to lower case and

12 organized paragraph, etc, about giving Cindy's name

13 and phone numbers in the thank you note for the

14 reference.  Did you forget about it or did you decide

15 not to use her as a reference?"

16       Q.  Now the note that's attached, this is a

17 thank you letter from Chin Chen to you; is that

18 correct?

19       A.  That's correct, yes.

20       Q.  Doesn't it seem odd that you would be

21 editing a letter that's going to be sent to you?

22       A.  Yeah.  That's kind of -- that's her.  She

23 wanted to -- everything -- she wanted to make sure

24 that there are no misspelling, no grammatical errors.

25       Q.  I know, but it's a letter to you so you

1  would have seen it with the misspelling and the

2  grammatical errors anyway.  What difference does it

3  make?

4        A.  I don't understand and that's one of the

5  things in one and a half years of her employment

6  working for me and she did a lot of things that don't

7  make sense to me at all.

8        Q.  Except you did edit it in fact.  You took

9  the time to edit it and you sent it back and you not

10  only sent it back, but you made some suggestions about

11  additional things to go in a letter to you, addressed

12  to you.  So I guess let me ask you this.  Were you

13  trying to make the letter the two of you look better

14  for the eyes of Mr. Telesca and Mr. Fuhrman?

15        A.  No.  It was just Ms. Chen's wanted to make

16  sure everything is proper and correct.

17        Q.  For what reason?  I mean, for whose eyes?

18        A.  I don't know.  Like you say this is to me.

19  This is to me.  This is not to Mr. Fuhrman or Mr.

20  Telesca.  She shouldn't have to worry about how it

21  look to them, don't you think?

22        Q.  Well, I mean, I think it's odd, yeah.

23  That's why I'm asking you the question.  Why would you

24  then take the time to edit the letter, send it back to

25  her and make some additional recommendations if you've

1  already seen the misspellings and the typos and, you

2  know -- I mean, this is a letter to you.  I don't

3  understand why you would take the time to do that and

4  send it back to her.

5       A.   That's why I didn't want to make any

6  major, any changes there, because you can still

7  find --

8       Q.   Okay.  But why did you make any changes?

9  Why didn't you just say, hey, you know, what

10  difference does it make?  This is a letter to me.

11       A.   I might -- I probably have told her that,

12  you don't have to send it to me and she still send it

13  to me and, you know, I just feel, okay, made a few

14  changes and give it back to you.  I might have told

15  her don't send it to me and she still did, which

16  during the performance of her performance during the

17  past year and a half while she was working for me she

18  wanted me to review every single thing including

19  e-mail.  She just couldn't send something out without

20  me taking a look or correct it and after a while I

21  told her I wasn't English teacher.  You need to be

22  able to do it independently.

23       Q.   Okay.  But let's get back now to December

24  5, 1999, which is the date of this e-mail.  Who is --

25  this says C-I-D-Y.  Is that supposed to say Cindy?

1      A.   I guess so, yeah.

2      Q.   And who is Cindy?

3      A.   I remember it was her former supervisor

4  and I believe she was her reference.  Rich Fuhrman and

5  I did talk to Cindy for reference together.

6      Q.   But I mean, this is before that and I'm

7  asking you why are you telling her who she should list

8  as a reference?

9      A.   I don't -- I believe she has mentioned

10  about a reference.  I don't remember why.

11      Q.   You understand this doesn't, this is an

12  unusual e-mail?

13      A.   No, I didn't think it was unusual, because

14  a lot of people came to me in Chinese community to

15  help them with their English --

16      Q.   But this is somebody --

17      A.   -- to proofread and everything.

18      Q.   But this is a candidate for a job working

19  for you where you're the hiring manager.  Doesn't it

20  seem odd that you're suggesting making suggestions to

21  her about how to word a thank you letter to you and

22  who to use as references?

23      A.   I did not tell her how to word.

24      Q.   Okay.  But you reworded it or you

25  rearranged.

128

1    A.  I didn't reword it.

2    Q.  Okay.  You understand what I'm saying,

3 right?  I'm asking you doesn't that strike you as odd?

4    A.  Now after all this happened I realize yes,

5 but at that time after you being asked by so many ever

6 strangers come to you ask can you help me to translate

7 this and that, this wasn't unusual to get this kind of

8 request.

9                    (Defendant's Exhibit 27, marked for

10                    identification.)

11    Q.  Exhibit 27 is another e-mail.  This is an

12 e-mail dated December 7, 1999.  Who sent -- this is

13 from Cliff Chen to you, correct?

14    A.  That's correct.

15    Q.  And in the e-mail he states two things.

16 He says, "Mei, I hope that you did receive the

17 attached message."  The attached message refers to the

18 announcement in the Bayer news or the communication of

19 a corporate policy on harassment, correct?  Is that

20 what he's talking about?

21    A.  Yes.

22    Q.  And then the second thing he says,

23 "Finally it's done.  Thanks a lot for providing a

24 career opportunity to Chin.  Cliff."  What's he

25 talking about there?

1    A.   That was Chin was hired at that time.

2    Q.   So he's thanking you for providing a

3    career opportunity to Chin, correct?

4    A.   That's correct, yes.

5    Q.   On this attachment that was an

6    announcement that the corporation had sent out to all

7    employees?

8    A.   That's correct.

9    Q.   Was Helge Wehmier at that time the chief

10   executive officer of Bayer corporation, correct?

11   A.   Yes.

12           (Defendant's Exhibit 35, marked for

13           identification.)

14   Q.   Exhibit 35 is a series of e-mails.  The

15   first one on the page is dated October 15, 2001.  This

16   is an e-mail -- the first e-mail on this page is an

17   e-mail from you sent by you to a person named Mark

18   Chan; is that correct?

19   A.   That's correct.

20   Q.   And beneath that is an e-mail dated

21   October 11, 2001 sent from Mark Chan to you; is that

22   correct?

23   A.   That's correct.

24   Q.   And the final -- on page two then the

25   initial, the first chronological e-mail is an e-mail

130

1      from you to Dee Chan; is that correct?

2              A.   That's correct.

3              Q.   Is Dee Chan the same as Mark Chan?

4              A.   Correct, yes.

5              Q.   Who is Mr. Chan?

6              A.   He is my younger brother.

7              Q.   Okay.  Now, am I correctly interpreting

8      this sequence of e-mails?  Does he live in Taiwan?

9              A.   Yes, he is.

10             Q.   Pardon me?

11             A.   Yes, he does.

12             Q.   Okay.  Do I correctly interpret that

13     you're asking him to find out information about the

14     high school that Chin Chen had on her resume?

15             A.   That's correct. I was shocked to see the

16     Bayer's Corporation response to CHRO stating that

17     Chin, Ms. Chen, did not have accounting education and

18     I was shocked to learn that in October at that time

19     and I couldn't believe that she had lied to me.  So I

20     e-mailed my brother there, ask him to check this

21     school, does this school exist or not.  If it does, is

22     it a regular high school or is it a commercial high

23     school.

24             Q.   So at that point in time you didn't know,

25     right?

SANDERS, GALE & RUSSELL
(203) 624-4157

1      A.  That's correct.

2      Q.  And this is after you are already

3  discharged; is that right?

4      A.  That's correct.

5      Q.  And when you say -- but yet you changed --

6  you made the change to her resume to change the name

7  of her high school from a girls school to a commercial

8  school and you did that in November of 1999; is that

9  correct?

10      A.  That's correct.

11      Q.  Now, when you say she lied to you, you

12  don't even remember talking to her before you made

13  those changes to her resume; is that correct?

14      A.  I remember she told me she went to a

15  commercial high school like I did.

16      Q.  I thought you --

17      A.  And I had accounting education from this

18  school and I don't remember if it's before the

19  interview or during the interview.

20      Q.  But I thought you told me that Mr., that

21  Cliff Chen had given you the information.

22      A.  That's correct, and he told me that when

23  he recommended Ms. Chen, he told me Ms. Chen went to a

24  commercial high school like I did.

25      Q.  When -- so that if someone lied to you, it

SANDERS, GALE & RUSSELL
(203) 624-4157

1    was Cliff Chen not -- if someone lied to you before

2    you made the changes to the resume, it was Cliff Chen

3    not Chin Chen?

4            A.   Yes.

5            Q.   Now, does Cliff Chen still work for Bayer?

6            A.   No.

7            Q.   When did he leave the company?

8            A.   Early in 2001.

9            Q.   And when you say he left the company early

10   in 2001, did he actually, was he terminated or did he

11   go out on disability?

12           A.   He went on long-term disability.

13           Q.   Is he still on long-term disability?

14           A.   I don't know if he is still on long-term

15   disability, no.

16           Q.   Have you discussed the situation of your

17   termination with him?

18           A.   No.

19           Q.   You haven't had any conversations with him

20   about Chin Chen since you were discharged?

21           A.   No.

22           Q.   Why not?

23           A.   Because I was told by Bayer that I was not

24   allowed to have any communication with him.

25           Q.   When were you told that?

1    A.    The date they walk me out office, June 8,

2    2001.

3    Q.    That was the day that you were suspended,

4    correct?

5    A.    That's correct.

6    Q.    On that date they asked you if you would

7    please identify -- you told them that there was

8    another person involved giving you information for the

9    resume, a Bayer employee.  Do you remember that?

10    A.    Yes.  We -- yeah.

11    Q.    They asked you who it was, who the Bayer

12    employee was and you refused to give them his name;

13    isn't that correct?

14    A.    The best I can remember --

15    Q.    Excuse me.  Just answer my -- I'm sorry.

16    A.    The best I remember was they were aware of

17    the name and I remember they ask me to give them his

18    home phone number and address and since he already

19    left the company so they wouldn't be able to just

20    contact with West Haven site.  I remember they ask me

21    about his home phone number and address and I said I

22    don't have that with me, but I stated I don't believe

23    it was his responsibility like Chen submitted the

24    information and lied to me.  It's Chin's

25    responsibility to be honest and to make sure her

1    resumes information was correct and Chin told me that

2    Cliff told her to lie so that she could get a job.  So

3    it was not her idea to lie and that I told Ms. Chin

4    that it was her responsibility.  Even if other people

5    told her to lie, she should never lied in order to get

6    a job.

7         Q.   Let me -- I want to go back to this

8    meeting on June 8.  I'm going to ask you again do you

9    remember not only telling -- well, who did you meet

10   with on June 8?

11        A.   Mr. Fuhrman and Denise Church-Ball.

12        Q.   And Ms. Ball was the human resources

13   manager at that time?

14        A.   Yes.  She was from Sheffield,

15   Massachusetts.  There's another site there.  She works

16   there and in May, when Mr. Telesca left the company,

17   there was no HR manager there to cover.  So she was in

18   the process of coming to our site to cover one day or

19   two days a week.

20        Q.   Do you remember them asking you who was

21   the person that that was giving you information in

22   connection with her resume?

23        A.   Yeah.

24        Q.   And do you remember telling them that you

25   didn't want to disclose the name?

135

1      A.   I remember talking about her name is on

2  Chin's application or my applications, because he

3  referred both of us.  He brought those openings to us,

4  something like that.  So I must have told -- they must

5  have or I must have told them who this person was, but

6  I remember while walking out of my office when Denise

7  ask me, you know, do I want to give her the phone

8  number and address of Cliff Chen and I said I don't

9  have it with me, but I don't think we need to get him

10  involved.

11      Q.   Do you recall giving testimony at the fact

12  finding conference before the Connecticut Human Rights

13  Organization?

14      A.   Yes.

15      Q.   Do you recall saying on the tape at that

16  time telling them that the reason you didn't want to

17  disclose Cliff Chen's name was because you didn't want

18  him to lose his disability income?

19      A.   That's correct.

20      Q.   Why did you tell the Connecticut

21  Organization, the Connecticut Commission that you

22  didn't want to give his name to Bayer, because he

23  might lose his disability if in fact you did give them

24  his name?

25      A.   I name -- first on that day I was very

136

1   sick.  I wasn't able to eat anything at all and it's

2   difficult for me to concentrate.  So some of my

3   answers may not be really exactly what like this, the

4   name -- now I remember better the name has been

5   mentioned already and I was afraid that if he was

6   involved, he might lose his long-term disability.

7   That's true.  That's why I told the company that I

8   don't mean he should be involved in this case, in this

9   investigation here, and I remember I also mentioned to

10  two mutual friends of Cliff Chen and Ms. Chin Chen

11  that during all of the investigation that I mentioned

12  to two other friends that Ms. Chen should not blame or

13  Cliff for lying on her resume, because Cliff was in a

14  very frail medical condition.  He was in and out of

15  hospitals so many times that year.  That's why he

16  wasn't able to work and he was put on long-term

17  disability eventually and I showed -- I expressed to

18  them that I was very concerned if he was brought

19  involving this investigation, his medical condition

20  might got worse.  It might kill him and also he might

21  lose his long-term disability benefit and so that was

22  one of my biggest fear there not, you know, that --

23  it's up to Ms. Chen's responsibility to make sure she

24  give us the correct information.

25          Q.  I understand on whose responsibility it

1    is.  I'm asking a smaller question.  You remember --

2    after the June 8 meeting you remember contracting two

3    of Chin Chen's friends and telling them that they

4    should tell Chin she should not blame this on Cliff

5    because of this condition, correct?

6            A.  I don't remember the date.  Yes.  I did

7    talk to those friends, yes.

8            Q.  Well, this was during the investigation

9    before you were discharged?

10           A.  That's correct.

11           Q.  And you remember you were very concerned

12   about getting Cliff Chen involved, his name involved,

13   because he was on disability and you didn't want to

14   jeopardize that.  Is that also correct?

15           A.  Yeah.  But the thing is we talk about

16   application, his name was on the application form

17   and --

18           Q.  He was on your application form, correct?

19           A.  I believe he was also on Ms. Chen's

20   application and I kind of remember it was in Rich

21   Fuhrman's office.

22           Q.  What was in Rich Fuhrman's office?

23           A.  When Cliff Chen's name had been mentioned.

24   It was Rich Fuhrman's office.  That's my memory and we

25   are talking about his name is on the application form

SANDERS, GALE & RUSSELL
(203) 624-4157

138

1    so  ...

2         Q.  I understand his name is on the

3    application form, but you had a meeting on June 8 when

4    they were asking you, Rich Fuhrman and Ms. Ball were

5    asking you about whether you had participated in

6    falsification of these documents, correct?

7         A.  The way Mr. Fuhrman ask me the question

8    was I remember when he told me we will get together to

9    discuss Chin's performance review and when I walk into

10   his office, only him and Denise Church-Ball was there

11   and I remember he say to me, "Listen very carefully

12   the question I'm going to ask you now" and I remember

13   he ask me something about have I told Chin to lie on

14   her resume, something like that, and I said no.

15        Q.  Have you what?

16        A.  Have I told Chin to lie on her resume,

17   something like that, and I say no.  So it was just a

18   shock to me.

19        Q.  You said no.  My question is now that I've

20   refreshed your memory about what you told the

21   Connecticut Commission I'm asking you does that

22   refresh you memory that when Mr. Fuhrman and Ms. Ball

23   asked you who was the person that was helping her with

24   the resume, who was the Bayer employee that was

25   working with her and you, you would not tell them the

139

```
 1    name?

 2              A.   I have -- now to the best I can remember I

 3    have to say we discuss about his name and his name was

 4    discussed during that meeting there.

 5              Q.   Let me come back to my other question.

 6    Then why did you tell the Connecticut Commission that

 7    you wouldn't give his name out, because you didn't

 8    want him to lose his disability?

 9              A.   I made a mistake then.  Probably the

10    question I should said I do not want to give his phone

11    number and address.  That would be more correct

12    statement I should have used, because I remember his

13    name had been discussed somewhere already.

14              Q.   Okay.  So in any event, Chin is hired and

15    begins to report to you in late 1999, correct?

16              A.   Yes.

17              Q.   Is it fair to say that you were trying to

18    help Chin get the job, Chin Chen?

19              A.   No.

20              Q.   Why would Chin Chen lie -- excuse me.

21    Tell me what happened.  How did this end up at a

22    meeting on June 8, 2001 with your being suspended?

23    What led up to that?

24              A.   I wish I knew.

25              Q.   Well, you were a participant in some of
```

1    the events. Could you tell me what you recall the

2    events being that led up to your ultimately being

3    discharged?

4        A. I believe it was a retaliation, that Rich

5    has been waiting for an opportunity to get rid of me

6    and finally he found out that Chin was so desperate to

7    lie to get a job and now she would do everything to

8    keep this job and so I believe this is a conspiracy

9    fabricated. It just doesn't make sense at all,

10   because Chin told me in April that Cliff told her to

11   lie to me to get a job and everything and all of a

12   sudden she turns 180 degree to accuse me, to blame it

13   on me to Rich Fuhrman. That didn't make any sense to

14   me at all and I was totally shocked to me why would

15   she do that and  ...

16       Q. Let me stop you now. You said in April

17   Chin told you that Cliff Chen told her to lie to you?

18       A. That's correct.

19       Q. How did that topic come about?

20       A. During the performance review, and I

21   clearly remember it was, I showed her this is what the

22   rates would be for her that year and I told her,

23   reminded her that we have been discussing about errors

24   she had made all through the past year and a half and

25   all the improvement that she needed to improve. We

SANDERS, GALE & RUSSELL
(203) 624-4157

```
 1    discuss about that almost on a daily basis whenever it
 2    occurs and on a weekly basis we review and on a
 3    monthly basis after month in closing we would review
 4    all the errors with her and she wasn't improving that
 5    much and I review all the detail list with her again
 6    about all the areas she need to be improved in April
 7    and I told her that you really need to work on
 8    improving it and I have tried everything I could as a
 9    supervisor to help you to improve during the past year
10    and a half and the improvement was very slow and I'm
11    not happy about it and I need you to tell me what else
12    I can do, you know, to help you to improve. So at
13    that moment there she thanked me and she say, you
14    know, I really appreciate you being so patience and to
15    teach her and to give her so much time to learn and
16    she said, you know, I don't -- I didn't know anything
17    about computer and had never touch a computer before.
18    She apologized to me that she had to lie to me,
19    because Cliff told her that it's very important and
20    that in order to get a job she has to have a computer
21    skill. She has to have a computer skills and I was
22    very angry when I learned that she had lied to me. So
23    I say, "How could you lie to me?" and she apologize
24    and apologize and she say it wasn't her idea to lie to
25    me. It was Cliff Chen's idea to lie so that she could
```

142

1    get a job.

2        Q.   Okay.   The resume that she sent to you

3    originally, okay, her resume, the one she did without

4    your help didn't even have the word computer on it;

5    isn't that true?

6        A.   That's true.

7        Q.   So the first resume that we've seen that

8    has the word computer on is the resume on which you

9    added the word computer, computer skills, correct?

10        A.   That's correct.

11        Q.   And then the next time we see the word

12    computer skills it's coming from Cliff Chen to you?

13        A.   Yes.

14        Q.   Now, do you know whether it was Cliff that

15    made the change that was lying or do you know whether

16    it was Chin Chen?

17        A.   That I don't know.

18        Q.   So you don't know whether she lied to you?

19        A.   I don't know.

20        Q.   Do you know whether she even knew what was

21    on the resume?

22        A.   That I don't know.

23        Q.   After she told you this in April of 2001

24    what did you do about it?

25        A.   I talk to a couple people, my friends, to

1    find out what I should do about it, because it's a

2    serious -- one should never lie on resume to get a

3    job.  That's what I believe and I thought it was very

4    serious and I didn't know how to bring up to Rich

5    Fuhrman's attention and then May 1 I remember when Don

6    Telesca left and when I was talking to my friends, I

7    remember one of them said it'll be kind of abrupt to

8    bring this to your boss right away.  You should start

9    documenting all the performance issues with her and

10   then put it in writing from now on and then gradually

11   bring that up to Mr. Fuhrman's attention, because

12   that's the proper way to, you know, to discipline an

13   employee and everything.  So I kind of started

14   documenting everything. That's why in May when I went

15   over with her review after the April closing, I put on

16   a list of corrective action plan for her and then I

17   remember I also contacted Denise Church-Ball to see

18   about when was she would be on our site that I would

19   like to discuss with her about Chin's performance

20   issues.

21        Q.  That was after you sent the corrective

22   action plan?

23        A.  I can't remember was that before or after,

24   but I knew I was trying to discuss with her.  I

25   thought it would be appropriate to discuss with

SANDERS, GALE & RUSSELL
(203) 624-4157

1    someone in HR.

2        Q.  Okay.  So as I understand it, you knew

3    sometime in April that Chin Chen actually she told you

4    that her resume had been falsified, correct?

5        A.  In April of 2001, yes.

6        Q.  And you did not take any disciplinary

7    action against this employee at that time?

8        A.  I did not.

9        Q.  You didn't give her a written warning or a

10   suspension or a verbal warning or anything?

11       A.  No.

12       Q.  And you did not report this.  You

13   discussed it with some of your friends.  You didn't

14   report it to human resources or to your boss, correct?

15       A.  That's correct.

16       Q.  The next action you took was to issue a

17   corrective action plan on May 11, 2001, correct?

18       A.  That's correct.

19               (Defendant's Exhibit 28, marked for

20               identification.)

21       Q.  And Exhibit 28, is that the corrective

22   action plan that you sent to Chin Chen?

23       A.  Yes.

24       Q.  I don't see a copy of this going to anyone

25   else.  Did you just send it to Chin Chen?