

**Polymers Division**

Bayer Corporation
245 New Park Drive
Berlin, CT 06037
Phone: 860 828-4100
Fax: 860 828-7819

March 16, 1999

Mrs. Mei Rogus
476 Pleasant Street
Southington, CT 06489

Dear Mei:

It is my pleasure to offer you "employment at will" with Bayer Corporation in the position of Accounting Supervisor, at the annual base salary of $61,008. to be paid at the rate of $2,542. on a semi-monthly basis. There is also potential for up to an 8% bonus in our Productivity Plu$ Plan. Benefit eligibility and employee coverage is in effect as of the date of hire. Post satisfactory completion of a new employee orientation period of ninety (90) calendar days, you are entitled to seven (7) working days of vacation, plus two (2) discretionary holidays to be enjoyed at a mutually agreed upon time with your supervisor throughout the remainder of this year. This offer of "employment at will" is contingent upon your satisfactorily passing a pre-employment physical examination including drug screen, to be conducted by Dr. Jacobs of Alliance Occupational Health in Plainville, on Tuesday, March 16th at 10:30 a.m. Your tentative start date of employment is Monday April 5, 1999.

Please denote your understanding and acceptance of this offer of "employment at will" that allows you/and or your employer to terminate your employment with Bayer Corp. at any time without reason as stated by signing in the designated area below and return such in the enclosed envelope.

If you have any questions, please contact me at 860-828-2322.

Sincerely,

*Carol B. Fresen*

Carol B. Fresen
Human Resource Representative

enc.

"I hereby denote my acceptance and understanding of this offer as stated by affixing my signature to this document"

Signature: _____    Date: 3-19-99

DEFENDANT'S
EXHIBIT
2

BAYER/ROGUS 000031

BAYER CORPORATION
POLYMERS DIVISION

# BERLIN FILM PLANT ORGANIZATION



Rob Fuhman
Plant Manager

- Mel Rogus — Plant Controller
  - Helen Kjellquist — Sr. Acctg. Clerk
  - Hsu-Chin Chen — Accountant
- Mark Marshall — Plant Engineer
  - Robert Abel
  - George Haaga
  - Bob Janota
  - Ray Powell — Maint. Eng.
  - Chris Mozian — PCS Eng.
- Chris Hamilton — Purch./Plan.
- Donald Telesca — H.R. Manager
  - Robin Brunner
  - Carol Freson — H.R. Rep.
  - Dave Mastroianni — Training Coord.
- Veronica Good — Whse. Supv.
  - Joe Desko
  - Charlie Tomassi
- Larry Sarver — Sr. Process Eng.
  - Mike Soyka
- Laura Squirrel — HES Coordinator

- Vic Morelo — QA Supv.
  - Joe Fitzgerald
  - Dick Freeman
  - Holly Johnson
  - Jayme Moxley
  - Ariane Donahue — DCC
  - Marty Serafin — Conversion
- Tim Conway — Prod. Manager
  - Lou Cohen — Shift Supv.
    - Merv Escobales
    - Kevin Hayes
    - Greg Konwalec
    - Ken Koppa
    - Joe Mainull
    - Mark Plocher
    - Dave Roberts
    - John Stoitek
    - Doug Woscyna
  - Dick Aheam — Shift Supv.
    - Brian Davis
    - Mike Jewczyn
    - Scott Muenchow
    - Bill Ogden
    - Tom Rietze
    - Edwin Rosado
    - Mike Strachowski
  - OPEN — Shift Supv.
    - Angel Rosario-Lead
    - Jim Bronyne
    - Frank Cruz
    - Gene Drwin
    - Bob Mettka
    - Paul Reandoi
    - Robert Seebar
    - Paul Segain
    - Dean Spliving

Tammy Erickson came in as a temporary Employee and then applied for Helen Kjellquist's Job who retired. Tammy also worked under Mel's direction.

01/18/2000



DEFENDANT'S
EXHIBIT
5

PENGAD-Bayonne, N. J.

# Sexual harassment

**2.9**

*Covered employees: Exempt, Nonexempt, Plant Salaried, Hourly Bargaining Unit*

Sexual harassment is forbidden by law and by company policy.

The company is committed to maintaining a workplace that is free from all forms of discrimination, including actions that may be considered as sexual harassment.

All reports of sexual harassment should be promptly investigated and resolved by the site or corporate human resources department in conjunction with appropriate management personnel. The corporate EEO Department assists management in preventing sexual harassment.

Should the company determine that there has been a violation of the sexual harassment policy, appropriate disciplinary action will be taken, which may include termination. Disciplinary action also may be taken if a supervisor or manager fails to take appropriate action after becoming aware of sexual harassment conduct.

## Definition of sexual harassment

Sexual harassment is defined as deliberate and/or repeated comments, gestures or physical contact of a sexual nature that are judged to be unwelcome using reasonable standards of behavior.

Extreme forms of sexual harassment may include requests for sexual favors and implicit or explicit coercive sexual behavior to control or influence an individual's career, salary, working conditions or job.

Less extreme examples of sexual harassment may include sexually suggestive comments, innuendos or witticisms. Such behavior may interfere with the individual's work performance or create a hostile work environment.

## Procedure

- An employee should report sexual harassment to his or her immediate supervisor, the manager of the department, the site human resources department and/or the corporate EEO department.

- Any supervisor, manager or employee who receives a complaint of sexual harassment or witnesses such behavior in the workplace must promptly report the incident to the site human resources department.



DEFENDANT'S
EXHIBIT
8

*Continued*

# Performance Management                                    **BAYER**

Employee's Name  **Mei Rogus**                    I.D. Number  **027169**

Job Title  **Plant Controller**                   Division/Department  **Plastics./Film**

Supervisor's Name  **Rich Fuhrman**               Job Location  **Berlin, CT**

Period Covered From  **April 5, 1999**            To  **December 31, 1999**

**Key Responsibilities as Defined in Job Description**

The Bayer Corporation Performance Management Process (PMP) is designed to strengthen communication between employees and supervisors, so we all understand what is expected, and have the tools to do our jobs. The PMP is a systematic approach-to work effectively, it needs to be carried out continuously. The PMP has three basic phases:

1. **Expectation Setting**

   At the beginning of the process, you and your supervisor meet and agree on your key job responsibilities, objectives for the year (both your individual objectives and those of teams you may belong to), and performance factors and/or competencies (the skills and behaviors critical to performing your job well).
   Any objectives you set should be S.M.A.R.T.
   That is:

   **Specific** - they should cover what will be done

   **Measurable** - for example, "I'll research and write two reports on new markets..."

   **Achievable** - with some stretch, but without Overcommitting

   **Realistic** - having a do-able and realistic outcome

   **Time-based** - they should be achieved by a specific target date

2. **Progress Review and Coaching**

   You meet periodically with your supervisor during the year to check progress toward objectives, revise objectives, or change priorities as needed.

3. **Performance Review**

   At the end of the year, you'll meet with your supervisor to recap and document accomplishments. Based on this review, you may identify specific actions for the next period, and begin a new round of expectation setting.

This form is used to document these three phases.

To make the PMP an effective tool, both employees and supervisors share responsibility for communicating and for managing performance. For more detailed information about the Bayer PMP, you should consult with your supervisor, your local Human Resources Representative, or read the "Performance Management Process" booklet, which you can obtain from your local Human Resources Department.

pmpform.rev1099.doc

**DEFENDANT'S EXHIBIT 6**
PENGAD-Bayonne, N.J.

BAYER/ROGUS 000059

## *Performance Expectations*

- • Agreed-upon objectives for this period as initially established or modified.
- • Self-development objectives as established in previous performance review.
- • Team-based activities.
- • Performance factors and/or competencies

*Please attach typed sheet(s) if necessary.*

| Individual objectives based on position responsibilities | Target Date |
|---|---|

1. Learn daily entry of production tickets and conversion tickets
2. Learn how to write and enter production & consumption of FG, intermediate and RM
3. Learn how to review RMDS reports and make corrections and inventory adjustments
4. Learn how to review cost center expense reports, product cost reports, AP reports, IS, balance sheets acts
5. Learn how to make Journal Entries and Bayer's General Ledger system
6. Learn Bayer's cost accounting system
7. Conduct month end closing independently
8. Learn how to set up users in the mainframe system (site TPX administrator)
9. Read corporate cost accounting manual, financial policy handbook, employee handbook and Y2K manual
10. Assist with the planning of 2000 budget schedule
11. Conduct semi-annual inventory audit in Berlin and Tekra
12. Learn AP, payroll, AFE, fixed asset with Helen
13. Learn Lotus Notes
14. Learn Brio
15. Meet and establish network with key accounting personnel in PGH
16. Learn WinStar system
17. Assist in fixed asset audit and tagging.
18. Set up database for key accounting data on Lotus Notes

Team Based Activities
1. Participate and lead the Y2K and BCP projects
2. Participate and provide financial assessment to the NPD team
3. Participate Tekra-Bayer team building conference

Safety and Environmental Protection
Participate in office safety inspection activity and attend monthly HES meeting/training.  Follow all site safety policies and procedures and support them within department.

Quality and Customer Satisfaction

Workforce Diversity (required for supervisory personnel)

Employee Development (required for supervisory personnel)

Performance Factors and/or Competencies - Expectations
*List 4 – 7 most important, mutually identified in order of importance, with performance expectations*

BAYER/ROGUS 000060

## *Performance Review*

- Directly related to performance expectations.
- Consider key accomplishments, significant difficulties and problems encountered.

*Please attach typed sheet(s) if necessary.*

### Individual objectives

1. Thorough understanding and execution of daily production tickets and conversion tickets' entry to system.
2. Thorough understanding and completion of crew report production & consumption as well as building PFs for FG, intermediate codes and RMs.
3. Thorough understanding of all related RMDS reports and making corrections and inventory adjustments
4. Thorough understanding of all cost center expense reports, product cost reports, AP, IS, balance sheets accounts and making appropriate adjustments/corrections
5. Good understanding of Bayer's General Ledger system and making Journal Entries each month
6. Trained and understood well of Bayer's cost accounting system
7. Ability to conduct month end closing independently after three months of training
8. Ability to set up new employees in the mainframe system and act as site TPX administrator to resolve mainframe problems for Berlin site users.
9. Completed reading of corp. cost accounting manual, financial policy, employee handbook and Y2K manual.
10. Coordinated and compiled year 2000's budgets.
11. Conducted semi-annual inventory audit in Berlin and Tekra
12. Gained a general understanding of AP, payroll, AFE, fixed asset, more details to be trained in 2000.
13. Learned and understand Lotus Notes at user level.
14. Learned Brio and utilized the program to obtain data for monthly reports.
15. Met and established network with key accounting personnel in PGH
16. Learned WinStar system

### Team Based Activities

1. Mei did an excellent job leading and coordinating the site's Y2K efforts. Berlin received numerous compliments from corporate auditors on planning and preparation. Turnover was a non-event.
2. Participated and provided financial assessment to the NPD team
3. Participated Tekra-Bayer team building conference

### Safety and Environmental Protection

Mei and her department participate in the office housekeeping inspections and regularly attend monthly safety meetings. She follows and supports all site safety policies and procedures.

### Quality and Customer Satisfaction

### Workforce Diversity (required for supervisory personnel)

### Employee Development (required for supervisory personnel)

### Performance Factors and/or Competencies -- Results

BAYER/ROGUS 000061

## *Overall Narrative Assessment*
- General summary of overall performance quality and quantity
- Performance comments not directly related to agreed-upon expectations

Since joining the Film Business in April, Mei's focus has been to learn the responsibilities of the position and she has done a good job accomplishing this. She had a solid transition period with her predecessor. Mei has shown to be a very dedicated and highly motivated employee who is willing to put in the time to get the job done. She has a lot of self-confidence and can be quite headstrong. These can be very desirable qualities and Mei should always try and use them in a positive way. She must not let them get in the way of good listening skills or following instructions. Most of the time Mei is very cooperative and easy to work with. Mei was very resourceful in getting through a difficult period without an inventory clerk. Overall, Mei is off to a good start with the Film Business and I look forward to her taking on more responsibility as she gets her department organized.

## *Overall Rating*     *Based on performance against expectations and against performance factors and/or competencies*

| | | | | | |
|---|---|---|---|---|---|
| ☐ | far exceeds expectations | Results clearly and consistently exceed expectations for all performance objectives and position responsibilities. | ☐ | below expectations | Results do not consistently meet performance objectives and position responsibilities. Employee and supervisor should plan specific actions to improve performance. |
| ☐ | exceeds expectations | Results frequently exceed expectations for performance objectives and position responsibilities. | ☐ | unacceptable | Results do not meet performance objectives and position responsibilities. Immediate action must be taken by employee and supervisor to improve performance to "meets expectations" level. |
| ☒ | meets expectations | Results consistently meet, and in some cases, exceed performance objectives and position responsibilities. | | | |

## *Action Planning*
- Employee's development requirements and plans with regard to the current position
- Other actions planned

Attend the three part Bayer Leadership Curriculum
Lead investigation into barcode applicability for Berlin.
Develop improvements to Access scheduling database.

## *Employee Comments*
I am glad to have the opportunity to join Bayer Corporation in April of 1999 as a Plant Controller at Berlin site. The job responsibilities are very diverse and challenging. People are professional and helpful. Management team has been working very hard to improve the working environment for all employees. I also enjoyed my supervisor's management style -- provides clear direction, a good communicator, decisive and respect other people.

Overall, I love the job, company and people. I look forward to contributing more to the company in the future!

| employee signature | date | reviewer's signature | date | next level signature | date |
|---|---|---|---|---|---|
| *(signature)* | 2-28-00 | *(signature)* | 2/29/00 | *(signature)* | 3/1/00 |
| print name | | print name | | print name | |
| Mei Rogus | | Richard W. Fuhrman | | Peter S. Geise | |

*Employee's signature indicates neither agreement nor disagreement, but that the evaluation has been discussed with the employee.*

BAYER/ROGUS 000062

**Performance Management**                          **BAYER**

---

Employee's Name   Mei Rogus                      I.D. Number   027169

Job Title   Plant Controller                     Division/Department   Plastics Div./Film/Accounting

Supervisor's Name   Rich Fuhrman                  Job Location   Berlin, CT

Period Covered From   January 1, 2000             To   December 31, 2000

**Key Responsibilities as Defined in Job Description**

The Bayer Corporation Performance Management Process (PMP) is designed to strengthen communication between employees and supervisors, so we all understand what is expected, and have the tools to do our jobs. The PMP is a systematic approach to work effectively, it needs to be carried out continuously. The PMP has three basic phases:

1. **Expectation Setting**

   At the beginning of the process, you and your supervisor meet and agree on your key job responsibilities, objectives for the year (both your individual objectives and those of teams you may belong to), and performance factors and/or competencies (the skills and behaviors critical to performing your job well).
   Any objectives you set should be S.M.A.R.T. That is:

   **Specific** - they should cover what will be done

   **Measurable** - for example, "I'll research and write two reports on new markets..."

   **Achievable** - with some stretch, but without Overcommitting

   **Realistic** - having a do-able and realistic outcome

   **Time-based** - they should be achieved by a specific target date

2. **Progress Review and Coaching**

   You meet periodically with your supervisor during the year to check progress toward objectives, revise objectives, or change priorities as needed.

3. **Performance Review**

   At the end of the year, you'll meet with your supervisor to recap and document accomplishments. Based on this review, you may identify specific actions for the next period, and begin a new round of expectation setting.

This form is used to document these three phases.

To make the PMP an effective tool, both employees and supervisors share responsibility for communicating and for managing performance. For more detailed information about the Bayer PMP, you should consult with your supervisor, your local Human Resources Representative, or read the "Performance Management Process" booklet, which you can obtain from your local Human Resources Department.

pmpform.rev1099.doc



DEFENDANT'S
EXHIBIT
7

BAYER/ROGUS 000054

# *Performance Expectations*

- Agreed-upon objectives for this period as initially established or modified.
- Self-development objectives as established in previous performance review.
- Team-based activities.
- Performance factors and/or competencies

*Please attach typed sheet(s) if necessary.*

Individual objectives based on position responsibilities                                    Target Date

**Bar Code system/Access application system evaluation**
1.  Assess Berlin site's needs of an automation system for production, shipping, purchasing and actg. dept.
2.  Investigate the costs of developing MS Access application software for above automation needs.
3.  Investigate the costs of implementing a Bar Code system.
4.  Evaluate the pros and cons of Access and Bar Code system and provide a proposal to management.
5.  Complete the planning by Q4 and ready for implementation on January 1st of year 2001.

**Inventory Control**
1.  Establish a tracking system for resin and masking inventory control – Bar Code system may provide this need. (Bar Code or Access system will provide the solution for this).
2.  Complete training of new employee, Chin Chen, to be able to handle all inventory control functions independently by end of year 2000.
3.  Set up accounting system to handle trials and to track cost and yield.

**Accounting/Payroll/AP/AFE**
1.  Ensure Helen's transition to use current mainframe system (the old computer will be eliminated this year).
2.  Cross train myself in payroll/AP and AFE to be a back up person for Helen.
3.  Conduct fixed asset audit for Berlin site.

## Team Based Activities
1.  Continue to be actively involved in product development team.
2.  Initiate an accounting synergy team among the three small sites in New England – Berlin, Sheffield and Deerfield.
3.  Coordinate year 2001 budgeting schedule and process.

Safety and Environmental Protection
Require each accounting employee to attend monthly safety meeting, training and participate in safety activities.

Quality and Customer Satisfaction
1.  Ensure dependability of results – month end closing, financial/accounting reports.
2.  Recognize performance and share achievements of self and others.

Workforce Diversity (required for supervisory personnel)
Interact effectively with diverse individuals; manage relationships, demonstrate effective skills to deal with people from a variety of cultures, genders, races and national origins.

Employee Development (required for supervisory personnel)
Evaluate and recommend appropriate training, seminar & conference for Accounting employees.

Performance Factors and/or Competencies - Expectations
*List 4 – 7 most important, mutually identified in order of importance, with performance expectations*

**Problem Solving:** Anticipate and identify problems; correctly analyze situations; consider alternatives; take action; monitor and evaluate results in a systematic manner.

**Practical Judgement:** Evaluate and select alternatives based on realistic limits and different perspectives; understand the full implication of actions before proceeding.

**Social receptiveness/Cooperation:** Work as a member of a team; respond positively to the needs of others; understand the company's goals, values and culture; take action to complete common objectives.

**Employee Development:** Develop the skills and competencies of subordinates through training, exposure to special projects, etc.

BAYER/ROGUS 000055

## *Performance Review*

- Directly related to performance expectations.
- Consider key accomplishments, significant difficulties and problems encountered.

*Please attach typed sheet(s) if necessary.*

Individual objectives

### Bar Code system/Access application system evaluation

- Acsis system engineers visited Berlin twice; Vince Ombres from PGH also visited us with Acsis once to evaluate our operation and needs for Bar Code system. Received preliminary quotation from Acsis.
- I also visited Hebron, OH site's bar code system. Due to the high cost of Acsis system. We changed the direction to the other option of creating a central database collection system – "MIS" (Manufacturing Information System).

### Inventory Control

- Bar Code system is out of our consideration now due to cost constraints. The "MIS" system should be able to provide the functions of tracking resin and masking inventory. This is a continuing effort for 2001.
- Completed training of new employee Chin in all inventories control functions including new trial procedures.
- Completed setting up accounting system and procedures to handle trial productions in system that achieved the following goals:
  1. Trials are now visible in system for CDS in Pgh to view and track shipment;
  2. No effect on Berlin's production volume or yield;
  3. No effect on overall inventory value. Trials are entered into system as quantity only, no dollar value;
  4. No effect on Berlin's production costs - trail costs (RM & conversion) are expensed to R&D cost center.

### Accounting/Payroll/AP/AFE

- Completed Helen's transition to use current mainframe system and the old computer was eliminated. The transition was very smooth and Helen had no problem using current system.
- Received training from Helen in payroll, AP and AFE.
- Fixed asset audit was postponed to 2001 due to time constraints of people involved in productivity project.

### Additional achievements that was not included in 2000's goals

- **CPAS/EMMS**
  Completed setting up and training key employees on CPAS/EMMS for construction projects/AFEs in Berlin site; Employees at the maintenance, purchasing and accounting departments are very much working independently in entering requisitions, POs and invoices of AFEs and capital projects into EMMS and CPAS system.

- **WinStar**
  Successfully setting up WinStar system to handle:
  1. New 24 hours/7 days operating schedules and premiums;
  2. Automatically deduct lunch break for non-exempt employees;

- **TPX Administrator -- Rumba mainframe system**
  Became an active TPX administrator responsible for setting up new users in Rumba system as well as assisting current users with any problems they might have with mainframe system.

- **Y2K project**
  Continued working on Y2K project in Q1 to ensure successful transition on February 29 without any events; also assisted Mike D. in Q2 and Q3 with CIP nominations for Y2K team to be recognized for QEA and PAA.

- **Productivity Plus $ project**
  Started participating in PP$ meetings and drafts for 2001 PP$ scorecards in Q4.

BAYER/ROGUS 000056

**Team Based Activities**

Continue to be actively involved in product development team.
Due to the change of personnel in pgh Divisional controlling department, Accounting synergy team was not formed.
Completed and coordinated year 2001 budgeting schedules and process (with new process – BPS)

**Safety and Environmental Protection**

Required each accounting employee to attend monthly safety meeting, training and participate in safety activities.
Missed only one office safety inspection.

**Quality and Customer Satisfaction**

Monthly financial/accounting reports have been completed accurately in a timely manner.
Recognized performance and shared achievements of self and others – started monthly accounting meeting.

**Workforce Diversity (required for supervisory personnel)**

Added Chin to accounting department in Berlin site contributed to the work diversity effort Bayer Corporation has
been working so hard to achieve.

**Employee Development (required for supervisory personnel)**

Recommended "Time management", "Effective e-mail writing", "LotusNotes", "Excel" training and tax seminar for
accounting employees.

Performance Factors and/or Competencies – Results

**Problem Solving:**
Through month end closing activities, budgeting process, reconciling RM inventories variance etc., I have
demonstrated the ability to anticipate and identify problems; correctly analyze situations; consider alternatives;
take action; monitor and evaluate results in a systematic manner.

**Practical Judgement:**
By developing accounting system to handle trials as well as CR products in system, I have demonstrated the skills
to evaluate and select alternatives based on realistic limits and different perspectives; understand the full
implication of actions before proceeding.

**Social receptiveness/Cooperation:**
These have been demonstrated through a) day to day interactions with people in different dept/division; b)
participating/handling of different projects (NPD, conducted monthly safety training in June, budget, PP$, Bar
Code, etc.)

**Employee Development:**
Recommended training for Helen and Chin; assigned them new projects and responsibilities for a broad exposure
of experience.

BAYER/ROGUS 000057

## Overall Narrative Assessment
• General summary of overall performance quality and quantity
• Performance comments not directly related to agreed-upon expectations

Mei has shown good growth in her competence in her position. She is an extremely dedicated and reliable employee, frequently putting in extra hours to get the job done. She can be depended upon to meet deadlines and commitments. As the plant's output has dramatically increased over the past year, the workload on Mei and her department has also increased. Mei has done a good job managing this increased workload while still taking on additional responsibilities (data collection system, Productivity Plu$ coordinator, NPD Team), although occasional reporting errors need to be corrected. Mei continues to develop in resourcefulness by establishing and using contacts at Pittsburgh and other sites. Based upon some isolated incidents that occurred in 2000, it is important for Mei to develop a functional relationship with the division VP of Business Planning and Controlling for guidance on appropriate responses to management objectives and decisions. Mei's overall performance in 2000 is "Meets Expectations".

## Overall Rating
*Based on performance against expectations and against performance factors and/or competencies*

| | | | | |
|---|---|---|---|---|
| ☐ far exceeds expectations | Results clearly and consistently exceed expectations for all performance objectives and position responsibilities. | ☐ below expectations | Results do not consistently meet performance objectives and position responsibilities. Employee and supervisor should plan specific actions to improve performance. |
| ☐ exceeds expectations | Results frequently exceed expectations for performance objectives and position responsibilities. | ☐ unacceptable | Results do not meet performance objectives and position responsibilities. Immediate action must be taken by employee and supervisor to improve performance to "meets expectations" level. |
| ☒ meets expectations | Results consistently meet, and in some cases, exceed performance objectives and position responsibilities. | | |

## Action Planning
• Employee's development requirements and plans with regard to the current position
• Other actions planned.

- **Professional development:** complete leadership training (Change Leadership)
- **IT system:**
  1. SAS: receive training on SAS report writing.
  2. VB/SQL training (depending on needs of "MIS" system)
  3. SAP: actively participate in SAP meetings and/or training to obtain a broader understanding of SAP system and prepare Berlin site for future implementation.
- **Resin variance:** work with production manager Tim to resolve the variance problems
- **Highlights on reports** to alert management on trends or issues developing.

## Employee Comments

Film business has grown tremendously over the past two years. 2000 Production volume was up 55% compared with 1998 (22% over 1999). Invoices processed by AP in 2000 increased by 84% compared with 1998 (13% over 1999). Payroll was also up by 20% - 25% over the past two years due to the increase of headcount numbers. That meant the workload at Accounting department has been increased accordingly. I (we)* not only handled the increasing workloads without additional headcount, but also continue to take on more responsibilities (CPAS/EMMS, TPX, Y2K PP$, etc.)

All the hard working, dedicated and loyal accounting employees achieved these exceptional accomplishments. I (we) have constantly looking for ways to improve efficiency, taking proactive actions to prevent problems, helping other departments to make their jobs easier (and ours, too). I (we) have demonstrated the diverse skills and knowledge to achieve the superb performance as well as a strong team work spirit in the organization. I (we) have contributed a great deal to the business's growth and profitability, and am (are) proud of being a member of this organization.

* Without every accounting employee's devotion, it would be hard for myself to achieve such an outstanding performance for the department.

| employee signature* | date | reviewer's signature | date | next level signature | date |
|---|---|---|---|---|---|
| *[signature]* | 3/8/01 | *[signature]* | 3/8/01 | *[signature]* | 3/15/01 |
| print name Mei Rogus | | print name Rich Fuhrman | | print name PETER S. GEISE | |

*Employee's signature indicates neither agreement nor disagreement, but that the evaluation has been discussed with the employee.*

BAYER/ROGUS 000058

PLASTIC FILM BUSINESS
BERLIN, CT

*12-10-99  9:30 am.*

Date:       December 8, 1999  *Mei: Has HR mgr been consulted about the reprimand.*

To:         Mei Rogus  *Rich: Yes.*

Copy:       Personnel File  *Mei: Did Dan endorse issuing such a serious letter?*

From:       Rich Fuhrman  *Rich: Yes.*

Subject:    Letter of Reprimand - Severe

This letter of reprimand is being issued to document your inappropriate conduct.

On Friday, December 3, we discussed you and Helen attending a training session in Pittsburgh on December 6 & 7. My decision was that only one of you attends the training and it was up to you to decide whether it would be Helen or yourself. While you disagreed with the decision at the time, that was the decision that was made. Later that day, you called me to again express your opinion that it was important that you and Helen both attend the training. I stood by my earlier decision that only one of you attends.

On Monday, December 8, at 5:00 pm, you informed me that, on Saturday, you had made flight reservations for yourself and Helen to go to the training. You also informed me that you had told Helen that I had approved both of you going to the training.

There are two very serious infractions involved here. First, this is a clear case of insubordination in that you made plans to go against a direct order from your supervisor *→ see 12/10 follow up attachment* that only one of you attends the training. Second, you intentionally misrepresented to *(RWF 12/10)* your subordinate what your supervisor said.

The timing of your informing me on Monday was also inappropriate in that it came late in the day, especially considering that we had discussed several other issues earlier in the day.

Future conduct like this will result in severe disciplinary action up to and including termination.

Should you feel external factors may be influencing your behavior at work, I remind you that confidential assistance is available through the Employee Assistance Program. I can provide you with information on the program.

Employee Signature _____ *I find the reprimand is unjust as attached stated facts.* Date _12-10-99 5-30 pm._

Supervisor Signature _____ Date _12/10/99_

DEFENDANT'S
EXHIBIT
9
PENGAD-Bayonne, N. J.

BAYER/ROGUS 000075



PLASTICS DIVISION
FILM BUSINESS
BERLIN CT

**Date:**      December 10, 1999

**To:**        Rich Fuhrman

**From:**      Mei Rogus

**Subject:**   <u>"Letter of Reprimand – Severe" dated December 8, 1999</u>

I find the reprimand is unjust considering the facts below:

1. I followed your final decision and did not go to the training on Tuesday, December 7th as you direct ordered. Making flight reservation on Saturday, December 4th was a sensible proactive decision to ensure the seat will be available if you did approve the trip on Monday, December 6th.
2. I told Helen the truth that you did not approve for both of us to attend the training. Therefore, I would not go to the training and she would go alone. There was no misrepresentation to Helen about what you have said.
3. Reasons for informing you late on Monday were due to the hectic schedule both you and I had.
   a. It was the month end closing lock night, my priority of the day was to review all reports and make adjustments to ensure the closing was completed accurately.
   b. There was also the staff meeting in the middle of the day.
   c. Your office door has been closed most of the afternoon. I was not able to see you until your office door was open which was late in the afternoon.

Base on the above stated facts, there was no inappropriate conduct performed. The letter of reprimand is unjustifiable and should be recanted.

Sincerely,

Mei Rogus

BAYER/ROGUS 000076

12/10 – Met with Mei to review letter of reprimand and have it signed off. Mei had a written response prepared (attached) and went on to defend her actions. She asked whether I had consulted with HR on the reprimand. I stated I had. She asked whether Don endorsed issuing such a serious letter. I replied that he had. Mei said that she was able to get a full refund on her cancelled reservation. I expressed my surprise based on the fact that on Monday, she had told me that she had made a non-refundable reservation on Saturday. Mei said she did not tell Helen that I had approved both of them to go. She said it was a miscommunication. I asked Mei why she didn't tell me this when I repeated at least twice on Monday that I was very disappointed in her misrepresenting what I had said. She did not have an answer but suggested I ask Helen. I told her I would rather not involve Helen any more in the matter. ~~We again discussed why she waited until so late in the day Monday to inform me and she said it was due to our being busy. I reminded her that we had discussed other issues that morning – one on one.~~ *MR: We did not get into this discussion. December 10 meeting*

I told Mei that the letter would stand and her response would be attached to the letter and both placed in the file. I told her that if there were no other infractions of this type for six months, both would be removed from her file. I went on to say that she has the right to talk to Don, Peter or Pgh HR. She asked who would be best and I said it was up to her – whomever she felt most comfortable with. I asked her to sign the letter acknowledging that she read it. She asked me to sign first, which I did, and then she said she would like Don to sign it before she does. I told her I would talk to Don, but I don't think it's necessary or proper for him to sign such a letter. *I do remember discussing this RWF 12/.*

I called BTI at 1400 hrs on 12/10. They verified that Mei had made a fully refundable reservation on Saturday 12/4 for herself and Helen. They said they had cancelled Mei's reservation at 6:23 pm on Monday.

I asked Helen whether Mei had told her that I approved both of them going. She said that I had approved one of them and that on Friday, it was going to be Mei and on Monday she was informed that she would be going.

I then asked Mei whether the reservation she made on Saturday was through BTI. She said it was and that it was the only reservation that she made for the trip.

*[signature]*  12/10/99

BAYER/ROGUS 000077

# Bayer

POLYMERS & CHEMICALS DIVISIONS
HUMAN RESOURCES

| | | | |
|---|---|---|---|
| DATE: | February 10, 2000 | PHONE: | 412-777-2191 |
| FROM: | S. B. Redshaw | FAX: | 412-777-2537 |
| TO: | G. L. Reck | COPY: | P. S. Geise |
| | | | T. D. Romps |
| SUBJECT: | Recommendations Resulting From My Investigation Of The Mei Rogus Complaint - Berlin, CT | | R. Fuhrman |

## CONFIDENTIAL

On Wednesday January 12, I conducted investigation interviews with:

- Mei Rogus
- Rich Fuhrman
- Don Telesca

## THE COMPLAINT

Mei claims that Don Telesca sexually harassed her during the period of May to July 1999, just after they were both hired by Bayer, Berlin. The alleged harassment took the form of a number of unwelcome comments about her appearance and, on one occasion, putting his arm on her shoulder. She states that the harassment stopped after she complained to Rich Fuhrman and no other incidents have occurred.

However, she believes that the discipline she received dated December 8, 1999, and attached to this report was retaliation on Telesca's part for her complaint. She regards him at having a vindictive nature and that he is determined to ruin her career with Bayer.

Further, she states that Don Telesca did not conduct an investigation of the events that resulted in the discipline letter being issued and that this demonstrate that he is not treating her in the same manner as other employees. With regard to the disciplinary action, Mei regards this as unjustified and is seeking the immediate removal of the letter from her file. There has been correspondence between her and Rich Fuhrman regarding the letter of reprimand (attached). Fuhrman has stated that he will remove the letter from the file if there are no other infractions of this type for 6 months.

There are 3 issues involved in this situation:

DEFENDANT'S EXHIBIT
10

000274

has there been a pattern of sexual harassment on the part of Don Telesca with regards to Mei Rogus?

2. Is the disciplinary action an act of retaliation on Telesca's part?

3. Was the disciplinary action justified and should it stand, be withdrawn, or modified?

## Issue 1 – Sexual Harassment.

Mei Rogus has stated that she felt uncomfortable with regard to Telesca's behavior in the period May to July 1999. His comments with regard to her appearance and the incident of touching were such as to motivate her to take her concerns to Rich Fuhrman. This she did. Rich Fuhrman then addressed the complaint with Don Telesca. He reports that Don was shocked with regard to the complaint, and said that he was "only being friendly". Fuhrman counseled Telesca and instructed him to apologize to Mei Rogus. This apology took place and Rich followed up immediately afterwards and Mei Rogus said that she was satisfied with the apology. Rich followed up several weeks later and again after 2 months to ensure that no inappropriate behaviors had reoccurred and Mei Rogus assured him they had not. Since that time, Mei Rogus reports that Don Telesca's behavior towards her has not been inappropriate. However, she claims that when they attended a seminar on Sexual Harassment, he asked a number of questions of the instructor that she felt were as a result of her complaint to Rich Fuhrman. However, I am discounting this as it does not involve any activity that falls under the definition of Sexual Harassment and there is not evidence that the questions were so motivated

In talking to Don Telesca, he both vigorously and adamantly defends his actions with regard to Mei Rogus as not falling under the Bayer definition of Sexual Harassment. (See attached.) He regards his complements to her as being inoffensive and the incident regarding touching her shoulder as being in the context of drawing her attention to the contents of a computer screen. He is demanding a full investigation of the incidents reported by Mei Rogus last year should the Company consider that her complaint could lead to actions by Bayer against him.

It is my opinion that Telesca's comments to Mei could be regarded as marginally falling under the 3rd. Paragraph of the Bayer definition of Sexual Harassment: "Less extreme examples of Sexual Harassment may include sexually suggested comments, innuendoes, or witticisms. Such behavior may interfere with the individual's work performance or create a hostile work environment."

However, I believe the incident was appropriately addressed by both Rich Fuhrman and Don Telesca after the complaint by Mei Rogus. Rich Fuhrman has counseled Telesca in the strongest possible terms that his behavior must always be above reproach given the position that he occupies at Berlin. I have also counseled Don in strenuous terms that, in the position he occupies, he is held to higher standards than that of the average employee and must act accordingly.

There is not evidence of any continuing inappropriate behavior on the part of Telesca with regard to Sexual Harassment and it is my recommendation that this issue now be closed unless further complaints are received or incidents reported.

Page 3 of 4

000275

## Issue 2 – Retaliation

With regard to Mei Rogus' complaint concerning retaliation on Telesca's part, this is relatively easily disposed of. Rich Fuhrman has told me that after the incidents that he regarded as insubordination had occurred, **he drafted disciplinary action to be issued to Mei Rogus without reference to Don Telesca.** After he had drafted the disciplinary letter, he then asked Telesca to review it. This Telesca did and some modifications were made to the letter. However, the decision to issue discipline and the nature of the disciplinary action was Fuhrman's decision and his decision alone.

This clearly absolves Don Telesca of any implications of retaliation on his part for her previous complaint with regard to his behavior towards her.

Furthermore, the circumstances surrounding the issuance of discipline was not such as to require further investigation until an appeal was made. Don Telesca cannot be faulted for not conducting such an investigation prior to that occurring.

## Issue 3 – Was the discipline issued to Mei Rogus appropriate?

The events which let up to the disciplinary action are complicated and, on the face of it, one has to be surprised that a request from a Manager for herself and a subordinate to attend a training session regarding accounting systems to be held in Pittsburgh should result in disciplinary action. However, Mei's persistence in continuing to press her case for 2 people to attend the training after her Manager had made a ruling on this issue was inappropriate. Similarly the actions that she took which could be regarded as an attempt to force management to accept a fait acompli was also inappropriate.

However, if one defines insubordination as "disobedience" as is the case in Webster's, it is my belief that, from the point in time in which Rich Fuhrman gave her the go ahead to attend on her own time and at her own expense, she was no longer in a relationship with her superior that could be regarded as insubordinate. Despite the fact that it was inappropriate for Management to have offered this alternative, **the fact that it was offered relieves any act of insubordination that may otherwise have occurred.**

I recommend that the letter of reprimand dated December 8, 1999 be withdrawn. It should be replaced by a verbal warning, memorialized as a note to her personnel file, counseling her that in future:

1. Having clearly stated her case to Management, should her recommendations not be accepted it is a requirement that she both abide by a lawful and appropriate decision and that she publicly support it.
2. She is on notice that actions designed to force management to accept her position on an issue are unacceptable and will not be tolerated.

I have a concern about the ongoing relationship between Klaus and Telesca. These are two, relatively new, key members of the Berlin management team and it is important that they have a good working relationship based on an acceptable level of mutual trust. I would recommend that suitable **team based** projects be identified that they can both contribute to. By so doing it is anticipated that an appropriate working relationship would be established.

S. B. Redshaw
Director, Human Resources
Polymers and Chemicals Divisions.

000277

On Wednesday, January 26, 2000, in the presence of Stuart Redshaw, I counselled Mei Rogus on the following:

1. Having clearly stated her case to Management, should her recommendations not be accepted, it is a requirement that she both abide by a lawful and appropriate decision and that she publicly support it.

2. She is on notice that actions designed to force management to accept her position on an issue are unacceptable and will not be tolerated.

_(signature)_    1/26/00

Don —
Please put this document in Mei's file & return the insubordination letter to me.

_Rich_

10-25-00  2:00 pm.
Stunts re report

DEFENDANT'S
EXHIBIT

11

000212

Discussion with Mei Brukin in Denver

Spoke to Mei about her request for documentation and support from Don Telesca on expense reports for items under $25.

① Mei made an issue of Don not detailing all expenses on his expense report. She would not approve the expense report for payment until he itemized all expenses, even those for under $25. She told me that this was standard policy at Berlin referring to potential problems with the IRS if they ever audit. I pointed out to her that it had never been required of me in the past and I could show her examples of recent expense reports where I did not have any documentation for some expenses under $25. We also reviewed the travel policy that only requires receipts for individual expenditures over $25 and does not address documentation for expenses under $25. Mei said that she never questioned my expense reports because she trusted me.

③ I asked if that means that she doesn't trust Don. She didn't answer that question; she repeated that she needs the documentation.

④ I told her that it seems to me that she is singling out Don and in light of their history, could be viewed as retaliation. I told her that if we are going to change reporting guidelines, we must announce the change in advance and hold everyone to the same standard. I told her that in this situation, her behavior is unacceptable and will not be tolerated. Mei still did not accept that she acted inappropriately.

_[signature]_ 7/27/00

DEFENDANT'S
EXHIBIT
12
PENGAD-Bayonne, N.J.

000213

DEFENDANT'S
EXHIBIT
13

PENGAD-Bayonne, N. J.

While reviewing a copy of my personal file after our meeting, I was very surprised to discover two notes that I had no knowledge of. After the investigation in January, you have asked me not to bring this kind of problem to the Ombudsman because it did not reflect well upon you. I respect your request, and hope we could resolve the issues ourselves this time.

The first note was dated on January 26, 2000 which I had no idea what you were referring to. At the last meeting on January 26, 2000 regarding Don's retaliation against me due to my complaint about his sexual harassment last year, you and Stuart asked me what I would like to see as a result of the investigation. I said I would like to have the reprimand letter removed from my file immediately, not 6 months later. You and Stuart suggested replacing it with a permanent note in my file if the letter were removed immediately. I disagreed with the proposal because I did not want this kind of adversarial note in my file that could potentially prevent me from future advancement within Bayer Corporation. I chose to leave the reprimand letter in the file and have it remove in 6 months. *It was shocking to discover that you did not abide with our agreement.*

The second note was dated on July 27, 2000 regarding the problems with Don's expense report in June. Your note contained seve inaccurate statements. The major ones were the last paragraph. *You neither told me that you viewed it as retaliation, nor did you tell me that my behavior was unacceptable nor will not be tolerated. On the contrary, you said that Don's behavior to Helen was wrong and inappropriate and that you will talk to him about it.*

Helen does a great job in maintaining accurate documentation for the company. She has been working very independently in getting information from Don as well as other employees. She only comes to me when someone does not cooperate and need my assistance or support. Helen has had a hard time getting Don's cooperation for a long time, but she only brought it to my attention in June. It is my duty as a supervisor to support her in getting employees to cooperate. Everyone else in the compan did not have any problems in providing explanations or getting their expense report done correctly.

On June 22, you asked me to approve Don's expense report without him correcting all the errors as Helen requested. I told yo that I could not approve it until Don corrected all the errors due to the following facts: A. Helen has informed Don numerous times in the past that he needs to make sure all information on the travel expense reports are accurate. B. I also brought it to everyone's attention during the staff meeting on Monday, June 19 regarding the requirements of detail documentation on expenses reports. After being informed and reminded so many times, Don still submitted an expense report on June 21 with similar problems repeating and refused to comply with Helen's requests to correct it. The worst part was his rudeness and disrespect to Helen had hurt her so much that she said she would never talk to Don again because she does not want to be treated so rotten. Don had deliberately ignored accounting department's function and requirements. He demonstrated no respect to accounting employees. *All employees of Bayer Corporation need to be treated with respect and dignity!*

I can not express how shocked I was to see your note of July 27 in my file. *How could an employee be written up for doing her job How could an employee get away with the behavior of insulting and belittling other employees?*

We (the management team) have had so many meetings and discussions after discussions on how we could get employees to take ownership of the business, take responsibility and be accountable for their actions. My willingness to fund the trip myself and use my own vacation time to go to company training would be a good example of taking ownership of the business. When you turned down my request, I even agreed to pay for the air ticket myself if it was non-refundable. It could have been another good example of taking responsibility and being accountable for my action. It was unfortunate that my good intention to do the best for the company had yielded a "Letter of Reprimand – Severe". Such reprimand clearly contradicts what you have been trying to achieve.

There were times you and Don have asked me to be flexible or make an exception on company policies to meet some critical deadline or employee needs. To be reprimanded for showing ownership and be written up for genuine dedication, I never know what to expect from you. This kind of behavior not only destroys the trust, but is also unhealthy for the business and company. Th best example was Don's earlier request for an employee advance check for Gene D. without your approval first. Under normal circumstances, I could have cut the check for Don immediately and got your approval later to make Gene happy. However, the pas experience had taught me that not only I was not empowered to make a decision that makes business sense, but also not allowed to make any mistakes. I even wondered if it was a set up so you could have a legitimate excuse to terminate me.

Please understand that **I have only the best intention to do the best for you and the company**. I strongly believe the best way to succeed is to assist my boss to succeed. I would like to reiterate **my sincere hope that we could all focus on doing what's the bes for the business and company**. These kinds of damaging notes with inaccurate statements in my file could jeopardize my future. Bayer is a great company and I intend to do my best at my job for many more years to come. **I want to keep a clean record.** It would be in our best interest that you communicate your expectations to me personally and directly. Putting a note in my file without my knowledge does not make me aware of your expectations. Consequently, it would neither help you nor me, the busines or the company.

I sincerely hope we could solve these issues ourselves without the intervention of upper management again - as you said it would n reflect well upon you.

000214

# Bayer

POLYMERS & CHEMICALS DIVISIONS
HUMAN RESOURCES

| | | | |
|---|---|---|---|
| **DATE:** | November 29, 2000 | **ID:** | S SBR 00110301 |
| **SUBJECT:** | Investigation of Mei Rogus Complaints | | |
| **FROM:** | Stuart Redshaw | **PHONE:** | (412) 777-2191 |
| | | **FAX:** | (412) 777-2537 |
| **TO:** | Peter Geise | **CC:** | R. Fuhrman |
| | | | R. Newhouse |
| | | | G. Reck |
| | | | T. Romps |

---

## C O N F I D E N T I A L

The following are recommendations resulting from an investigation of complaints made by Mei Rogus, Berlin, CT. The investigation was conducted by Ray Newhouse and Stuart Redshaw.

During the second half of October 2000, Mei Rogus made allegations both to Stuart Redshaw and to Peter Geise that she had been directed by Peter Geise and Rich Fuhrman to undertake certain tasks which she regarded as inappropriate in the context of her job as the accountant for the Berlin Site. These allegations were made in the context of Mei Rogus complaining to both Redshaw, Geise, and Romps that she did not accept the placement in her file of certain documents counseling her with regard to inappropriate behaviors on her part which had occurred earlier in the year.

On November 15, 2000, Ray Newhouse and myself visited Berlin and conducted a lengthy interview with Mei Rogus. The following are our conclusions:

The concerns expressed by Mei Rogus with regard to being asked to undertake tasks which she regarded as inappropriate do not indicate any intent to circumvent either accounting standards or Bayer policy by the managers directing the activities of this individual. The issues to which she referred are as follows:

- How to make cash awards to employees with the minimum tax impact.
- Decisions regarding whether to charge purchase items as AFE or expense items.
- The placement of equipment orders against AR's where the AR had only a verbal and not a final written approval.



DEFENDANT'S
EXHIBIT
16

000283

It is the conclusion of the parties conducting the investigation that the issues highlighted reflect the normal business decisions process within a management team and do not reflect negatively upon any of the parties concerned. It is our belief that Mei Rogus' relative lack of work experience in the Bayer context and her anxieties not to do the wrong thing, lead her to take an over stringent view with regard to practical alternatives. It is further our conclusion that this is best rectified by a much closer relationship between herself and the Vice President of Business Planning and Controlling of the Plastics Division. This was mentioned to her during our discussions and she indicated that she would welcome such a relationship. It is our view that such mentoring and counseling is essential if Mei is to develop more self-confidence and operate effectively as part of the Berlin Management Team. This has been reviewed with Peter Geise and Rich Fuhrman and they are in full agreement.

With regard to the notes concerning the counseling meeting between Mei Rogus and Rich Fuhrman dated July 27, 2000, it is the view of the parties that such notes should not be filed in Mei Rogus' personnel file. These notes constitute only an aid to her manager's memory relative to this incident and should be retained in his personal working file. It is also our recommendation that Mei Rogus be informed that these notes have been withdrawn from her personnel file.

During our meeting with Mei Rogus, she complained about the behavior of Don Telesca relative to a member of her staff regarding some expense account concerns. She also reported that Don's behavior has, on occasion, continued to be inappropriate with regard to interactions with her. The substance of this is that when challenged regarding such matters as expense accounts, Don becomes confrontational and uncooperative. It is the recommendation of the parties that these behaviors be addressed with Don Telesca. We recommend that management adopt a zero tolerance position. Rich Fuhrman and Stuart Redshaw to jointly develop a performance improvement plan with Don regarding these behavioral concerns.

000284

# Bayer

Plastics Division

Bayer Corporation
245 New Park Drive
Berlin, CT 06037
Phone: 860 828-4100
Fax: 860 828-7819

June 11, 2001

VIA CERTIIFED MAIL

CONFIDENTIAL

Ms. Mei Rogus
476 Pleasant Street
Southington, CT 06489

Dear Ms. Rogus:

I am writing to inform you that the investigation into the allegation that you altered the credentials of a candidate for the position of Accountant 1 is now complete.

Based upon its investigation, the Company concludes that you substantially enhanced the resume of the candidate who was subsequently selected for the position. Under the circumstances, your conduct amounts to a falsification of Company documents.

This falsification amounts to serious misconduct by you and, therefore, your suspension from work is hereby converted to termination of your employment with Bayer Corporation effective Friday, June 22, 2001.

You will not be required to work during this notice period.

We will be contacting you in due course to make arrangements for you to return any Bayer Corporation property and to return to you any personal effects.

For details regarding your Bayer Corporation Benefits, you may contact the Bayer Benefits Center at 800-334-7737 or Denise Church-Ball at 860-828-2311.

Richard Fuhrman

BAYER/ROGUS 000135

DEFENDANT'S
EXHIBIT
18

7. 2

## Rogus

**From:** Kuang-Yung Chen [Kuang-Yung.Chen.B@bayer.com]
**Sent:** Monday, November 15, 1999 4:53 PM
**To:** - *CHENPY@worldnet.att.net
**Cc:** - *rogus@erols.com
**Subject:** Resume



Chin,

You may use the attached file as a template to write your resume and send it back to us. We will do some cosmetic work for you. Don't worry ! you will be just doing fine.

Please free feel to call if you have any questions.


CKY

Mei, Could you please provide us some info to prepare the resume ? Thanks a lot!

**DEFENDANT'S EXHIBIT**
19
PENGAD-Bayonne, N.J.

000341

Position Title:        Account I
Supervisor Name:       Mei Rogus
Salary Grade:          M03
Co./Div.:              Bayer Corp./Plastics
Location:              Berlin, CT
Department:            Accounting
Telephone:             (860)828-4100

**DEFENDANT'S
EXHIBIT
20**

**Brief Description of Position:**

The incumbent will assume the majority of inventory control responsibilities, assist the Plant Controller in several aspects of cost accounting functions as well as support to payroll and A/P.

**Responsibilities include:**

- Daily production and consumption of intermediates and raw materials from crew reports, and enter data into system;
- Enter transfer tickets of finished goods information into system;
- Emailing daily production inventory to CDS in PGH & Berlin Site personnel;
- In charge of Returned Goods Process, includes tracking and logging on a spreadsheet RG report;
- Entering in Silo deliveries into inventory as receivers get submitted;
- Entering in scrap truck inventory as needed;
- Adjusting inventory & Writing-off of off-spec or correction of inventory errors;
- Tracking and logging inventory adjustments on a spreadsheet;
- Tracking and logging silo deliveries on a spreadsheet and submitting a summary to Production, Quality Control and Purchase;
- Contact for questions of inventory for all Film Business personnel.
- By the second working day of each month submitting a report that comprises of;
  1) Inventory Adjustment Report, 2) Silo Delivery Report, 3) Returned Goods Report, 4) Statuses on any Special Projections, 5) Summary on events or issues during the month, 6) Conversion Production Report, 7) Production Errors Crew & Transfer Tickets, 8) Gains and Losses lbs. & dollars Report;
- Conducting cycle counts of finished goods inventory, reconciling all discrepancies and writing a report with the results.
- Consumption of WIP inventory of conversion material as received;

BAYER/ROGUS 000131

- Reviewing ACTG8001 RMDS report for accuracy of consumption and production of conversion tickets and making correcting adjustment entries;
- Moving raw materials from finished goods (IN side) side to the plant side (MI side) by checking IVAL0199 RMDS report;
- Entering in on a monthly basis conversion production on a spreadsheet (provide by the conversion department) and providing yield figures;
- Print and file monthly accounting and financial reports;
- Conduct month end masking inventory count;
- Support to payroll and A/P invoice processing;
- Participate in monthly closings by preparing journal entries, allocating expenses, reconciling payments, balancing raw materials, and adjusting entries to system;
- Special projects as they pertain to accounting.

**Requirements:**

- Working knowledge of accounting principals;
- Prior accounting or bookkeeping experience preferred;
- Proficiency in computer skills – MS Excel, Word, etc.;
- Overtime required at month end closing time;
- Pleasant personality, willing to do clerical work;
- Strong motivation to learn and long term commitment;
- Ability to handle multiple projects and work under stress;
- Detail-oriented person with the ability to work in a team environment;
- Accounting degree would be helpful, but not required.

BAYER/ROGUS 000132