COPY

1

1  UNITED STATES DISTRICT COURT
   DISTRICT OF CONNECTICUT
2

3  MEI ROGUS                    CIVIL ACTION NO.

4                               3:02CV1778(JCH)

5      VS.                      SEPTEMBER 19, 2003

6

7  BAYER CORPORATION

8

9           DEPOSITION OF: HSIU-CHIN CHEN

10

11  APPEARANCES:

12

13    ROBERT B. MUCHINSKY, ATTORNEY AT LAW
        39 Russ Street
14      Hartford, Connecticut 06106
        (860) 297-0037
15    BY: ROBERT B. MUCHINSKY, ESQUIRE

16

17    ECKERT, SEAMANS, CHERIN & MELLOTT
        600 Grand Street - 44th Floor
18      Pittsburgh, Pennsylvania 15222
        (412) 566-5900
19    BY: JOHN J. MYERS, ESQUIRE

20  Also Present:

21      Patrick Ogburn       Mei Rogus

22              Wendy J. Leard
            Registered Merit Reporter
23              CSR # 00039

24    NIZIANKIEWICZ & MILLER REPORTING SERVICES
              972 Tolland Street
25      East Hartford, Connecticut 06108-1533
              (860) 291-9191

2

1    . . . Deposition of HSIU-CHIN CHEN,

2    taken on behalf of the plaintiff in the

3    hereinbefore entitled action, pursuant to the

4    Federal Rules of Civil Procedure, before Wendy J.

5    Leard, RMR, duly qualified Notary Public in and

6    for the State of Connecticut, held at the law

7    offices of Updike, Kelly & Spellacy, P.C., One

8    State Street, Hartford, Connecticut commencing at

9    9:43 a.m., on Friday, September 19, 2003.

10                 S T I P U L A T I O N S

11         It is hereby stipulated and agreed by and

12    among counsel for the respective parties that all

13    formalities in connection with the taking of this

14    deposition, including time, place, sufficiency of

15    notice and the authority of the officer before

16    whom it is being taken may be and are hereby

17    waived.

18         It is further stipulated and agreed that

19    objections, other than as to form, are reserved to

20    the time of trial and that the reading and signing

21    of the deposition is not waived.

22         It is further stipulated and agreed

23     that the proof of the qualifications of the

24    notary public before whom the deposition is being

25    taken is hereby waived.

3

1      HSIU-CHIN CHEN, Deponent, having first been

2   duly sworn, deposes and states as follows:

3

4            DIRECT EXAMINATION

5   BY MR. MUCHINSKY:

6      Q    My name is Robert Muchinsky, attorney for

7   Mei Rogus.  We saw each other at the CHRO

8   proceedings.

9            Could you give -- why don't you give your

10   name and address for the record, please.

11      A    Home address?

12      Q    Sure.

13      A    Okay.  My name is Hsiu-Chin Chen.

14   Address:  82 Overbrook Road, West Hartford.

15      Q    Have you ever had your deposition taken

16   before?

17      A    No.

18      Q    When you answer, you have to answer

19   verbally so that the court reporter can take down

20   what you say.  Nods of the head and things like

21   that she can't take down.  So just answer, you

22   know, verbally.

23      A    Okay.

24      Q    I'm going to ask you some questions --

25      A    Yes.

1      Q     -- and if you don't understand the

2   question, just tell me you don't understand the

3   question.

4      A     Mm-hmm.

5      Q     If you answer the question, I'm going to

6   assume you understood the question.  Okay?

7      A     Assume me what?

8      Q     I'm going to -- if you answer the

9   question, I'm going to assume you understood the

10  question.

11     A     Okay.

12     Q     Have you taken any medications today that

13  might inhibit your ability to recollect events?

14     A     Today I -- this morning, I took a coughing

15  drop because I'm catching a cold, so that's why I

16  took it.  Cough drop.

17     Q     A cough drop?

18     A     Cough drop in my mouth now.

19     Q     Okay.

20     A     And also Bayer, the production cold and

21  coughing, put it into water, that kind medicine.

22     Q     Okay.  Does that affect your memory at

23  all?

24     A     I don't think so.

25     Q     Okay.  Where are you currently employed?

1     A     Now?

2     Q     Yes.

3     A     Bayer.

4     Q     And what --

5     A     Polymers.

6     Q     What is your position there?

7     A     Now, I'm the administrative right now.

8     Q     Administrative --

9     A     Yes.

10     Q     -- what?  Are you a secretary or clerk

11 or --

12     A     Everything.

13     Q     Everything.  Who do you work for?

14     A     I work right by the front desk a lot, and

15 also help the manager, the staff, like a

16 secretary.

17     Q     Do you --

18     A     And also take down the -- took a job over

19 of Arlene -- I forgot her last name.  Arlene

20 Donahue, the position job.  Also Robin Brunner's

21 job, too.

22     Q     You've taken all these people's jobs?

23     A     Yes.

24     Q     What department do you work in?

25     A     Now under human resource department.

1     Q     Are you the receptionist?

2     A     Yes.

3     Q     What's your date of birth?

4     A     October 19, 1959.

5     Q     And are you a citizen of the United

6  States?

7     A     Just green card.

8     Q     How long have you been in the United

9  States?

10    A     Fourteen years and two months already.

11    Q     Are you married?

12    A     Yes.

13    Q     Any children?

14    A     Three.

15    Q     The oath that you took earlier, do you

16  know what that means?

17    A     Everything telling the truth.

18    Q     Right.   When did you start working at

19  Bayer?

20    A     I start at December 13, 1999.

21    Q     And how did you first hear about a

22  position that was open at Bayer in Berlin?

23    A     My husband tell me.

24    Q     And who was your husband?   What is his

25  name?

7

1      A      My husband's name is Pang Yen Chen.

2   P-A-N-G, Y-E-N, C-H-E-N.

3      Q      How did he learn about the position?

4             How did he learn about the opening at

5   Bayer?

6      A      He get it from his friend.

7      Q      Who is his friend?

8      A      Mr. Chen.

9      Q      Is that Cliff Chen?

10     A      Cliff Chen, yes.

11     Q      We asked this question yesterday, but are

12  you related to these people?

13     A      We are friend.  I know his wife in Chinese

14  school and so that's why we are friend.  My

15  husband, before -- I mean not before.  My husband

16  working in Honeywell company and her husband also

17  is employee over there.

18     Q      Okay.

19     A      So my husband know him and I met his wife

20  in Chinese school so we -- you know.

21     Q      That's Cliff's wife?

22     A      Yes.

23     Q      How did Cliff know you were looking for a

24  job?

25     A      In that time, I not looking for the job.

1    Q    Okay.  I should have asked that first.

2    A    But before we have friends so we have --

3    you know, we have a party together.  So she -- I

4    mean, he know -- she -- he knew I'm graduate the

5    accounting school.

6    Q    A graduate of accounting school?

7    A    Yes, school.  So that's why he knew my

8    background, my education over there.

9    Q    And how do you know Mei Rogus?

10   A    Because we have -- sometimes we have the

11   party in the other friend's house, so we met each

12   other in party, but we not very much to know each

13   other.  I just know the person called Mei Rogus in

14   that time.

15   Q    You just knew her casually?

16   A    In the party, you know, the many people

17   together, we, you know, you just say, "Oh, the

18   lady with Ms. Rogus is Kim from Taiwan, too."  So

19   I know.

20   Q    Did you know Mei in Taiwan?

21   A    No.

22   Q    So when you heard about the position at

23   Bayer, what did you do?

24   A    The first time I say that's impossible.

25   Q    Why?

9

1    A    Because I do not have degree in this

2    country.  I do not have the experience, very

3    strong experience in this country.  Only thing is

4    I'm doing in that time, I'm doing the like

5    cafeteria work and sometime touch the, you know,

6    cafeteria's inventory stuff, sometime order

7    something -- stuff for the cafeteria.  That's only

8    experience in this country.

9         So -- so in -- first time in my thought is

10   that's impossible.  This job, that's impossible.

11   Q    Who did you tell that the job was

12   impossible?

13   A    I talked to my husband, that's impossible.

14   Q    Who gave you the information about the

15   job?

16   A    My husband get -- got information from

17   Mr. Chen and --

18   Q    Cliff?

19   A    Yes.  And he say that's the Bayer have one

20   opening job.

21        (Plaintiff's Exhibit 1, marked for

22        identification-described in index)

23   BY MR. MUCHINSKY:

24   Q    Let me give you Plaintiff's Exhibit 1.

25   A    Yes.

1     Q     Is that the information you got?

2     A     No.  He not -- no.  He didn't give it to

3  me, this position title.  This one is at the -- I

4  do remember.  That's Mrs. Rogus send e-mail to me

5  for this position job.

6     Q     What was the other position?  What

7  position?

8     A     Excuse me?

9     Q     The one that you were talking about that

10  was impossible?

11     A     Is this one.

12     Q     This one.

13           Well, what information did you have about

14  the job before this?

15     A     Nothing.

16     Q     And -- well, what was your next step

17  before you got this?

18     A     I talked to my husband.  I say, "If

19  something that's very easy to me, well, I'll be

20  great to my accounting, that would be great, but

21  field, but I think that's impossible to me."

22     Q     Then what did you do?

23     A     Mr. Chen said, "Don't worry.  You will get

24  help."

25     Q     Okay.  Then what happened?

11

1       A    And then after, I receive this position

2   title job from Mrs. Rogus from e-mail.  I do

3   remember when I received this position title, the

4   list, the received name is Mr. Rich Hoffman and

5   Mr. Don Telesca's name on it, and my name is on

6   bcc.  So that's why I get this position title

7   information.

8              MR. MYERS:  Excuse me.  Was it Rich

9        Hoffman or Rich Fuhrman?

10             THE WITNESS:  Sorry, Rich Fuhrman.

11       Sorry.  Thank you.

12  BY MR. MUCHINSKY:

13       Q    Did you -- was this the first document you

14  received?

15       A    Yes.

16       Q    And then what did you do?

17       A    Then --

18       Q    Did you write over -- is this your

19  writing?

20       A    Yes.  Because every single -- almost every

21  single word is new to me.

22       Q    And who did you talk to about this?

23       A    When I received this one, and then I check

24  every single words down first and then I ask one

25  friend to help me out to write the resume.

1      Q    A resume.  Okay.

2      A    A resume.

3      Q    And who did you ask to help you write the

4  resume?

5      A    Church friend, name is Jennifer Chen.

6      Q    A church friend?

7      A    Yes.

8      Q    And did she help you write a resume?

9      A    The first draft, the resume, yes.

10         (Plaintiff's Exhibit 2, marked for

11         identification-described in index)

12  BY MR. MUCHINSKY:

13      Q    I show you what we've marked as Exhibit 2.

14  Take a look at Plaintiff's Exhibit 2.

15      A    (Reviewing document)

16      Q    Have you seen this before?

17      A    Yes.

18      Q    Who sent you this?

19      A    Mr. Chen, Cliff Chen.

20      Q    Cliff Chen?

21      A    Yes.

22      Q    And why did he send it to you?

23      A    When I finished the first -- the --

24      Q    Draft?

25      A    -- draft resume, because Jennifer, in my

1    mind, she's a very honesty, just wrote it down

2    however I say.  Okay.  My experience.  Okay.

3    Everything.  She just recording, not adding one

4    word from her mind, never.  Everything record is

5    my -- it's truly from my mouth.

6         Q    And what was wrong with that?

7         A    And then, after that, I talked to Cliff

8    Chen.  I have a friend to help me but I don't

9    know, it's my first time, writing down the resume

10   in this country.  I ask, "Did you have like a

11   formal thing I could take a look, you know, like a

12   sample I could look," and so that's why he send to

13   me this one and in this one is his wife's resume.

14        Q    That's his wife?

15        A    Yes.

16        Q    Okay.  And what did you do then?

17        A    And just sample, take a look.

18        Q    Okay.  Now, were you talking to Cliff on

19   e-mail or in person?

20        A    I was on the phone.

21        Q    How did you get the copies?

22        A    What copies?

23        Q    Well, like this resume, how did you

24   receive this?

25        A    Oh.  He attach this one to me.

1    Q    In an e-mail?

2    A    E-mail to me, yes.

3    Q    Let me hand you Plaintiff's Exhibit 3.

4         (Plaintiff's Exhibit 3, marked for

5         identification-described in index)

6         (Witness reviewing document)

7  BY MR. MUCHINSKY:

8    Q    Do you recognize that?

9    A    Yeah, that's my first draft.

10   Q    Is this the first draft that you did where

11 the words came right out of your mouth?

12   A    Excuse me?

13   Q    Is this the draft that Jennifer helped you

14 with?

15   A    Yes.

16   Q    And you did this before you got that

17 example from Cliff?

18   A    The timing I forgot.

19   Q    The -- on the second page, it says

20 "Education:  Shu Kuang Girl's High School,

21 Majoring in Accounting"?

22   A    Yes.

23   Q    Accounting was your major?

24   A    Yes.

25   Q    And how many courses did you take in

1    accounting?

2        A    Three years.

3        Q    And what kind of school is Shu Kuang?

4        A    Shu Kuang, you have the -- is general high

5    school and the other part is like a business

6    accountant, the school.

7        Q    So it's the normal high school and a

8    vocational high school?

9        A    Yes.  Both of them.

10        Q    And how many students are in that high

11    school?

12        A    I do not remember.

13        Q    Are they kind evenly split between the

14    normal high school and the vocational high school?

15        A    That's church, the high school.  I mean,

16    not Christian, it is --

17        Q    Catholic?

18        A    Yes, Catholic, the girls high school.

19        Q    What about the vocational part?

20        A    The number I forgot but is Hsinchu.

21        Q    It's what?

22        A    In Hsinchu, Taiwan.

23        Q    I didn't understand that.  What was that?

24        A    Hsinchu, Taiwan.

25             MR. MYERS:  I think she's telling you

1    where it's located.

2        THE WITNESS:  You mean the location or

3        country?

4  BY MR. MUCHINSKY:

5    Q    The country I know is Taiwan.

6    A    Taiwan, yeah.

7    Q    So you went to -- you took three years of

8  accounting courses; is that correct?

9    A    Yes.

10    Q    Did you go to the vocational school or the

11  normal girls school?

12    A    I do not understand what that means.

13    Q    Well, we talked about it being two kinds

14  of schools.

15    A    What kinds of school?

16    Q    Well, tell me what kind of school it was.

17    A    I told you already.

18    Q    Well, we have some confusion on that part.

19        MR. MYERS:  The word "vocation" is your

20        part; she used the word "normal" and

21        "commercial," I believe.

22  BY MR. MUCHINSKY:

23    Q    Okay.  Did you go to the commercial part?

24    A    Yes.

25    Q    For three, four years?

```
 1       A     Three years.

 2       Q     Okay.

 3             (Plaintiff's Exhibit 4, marked for

 4             identification-described in index)

 5  BY MR. MUCHINSKY:

 6       Q     I'm handing you Plaintiff's Exhibit 4.

 7  Would you please take a look at that.

 8       A     (Reviewing document)

 9       Q     Do you recognize Exhibit 4?

10       A     Yes.

11       Q     What is it?

12       A     Yeah, I was -- I'm thinking with

13  Mrs. Rogus tried to help me to get this job, so

14  however, I say that's impossible to me for this

15  job.  If someone needed help --

16       Q     I asked you what the document was.

17       A     That's recommendation from Mrs. Rogus.

18       Q     Recommendation?

19       A     Yes.

20       Q     A recommendation to make some changes in

21  your resume?

22       A     Yes.

23       Q     You said that Ms. Rogus wanted to help you

24  to get this job.

25       A     Yes.
```

1    Q    Why was that?

2    A    Before, I never know was that; but after,

3    I know what happened.

4    Q    When did you find out what happened?

5    A    After I become an employee.

6    Q    What happened?

7    A    Because she tell me if I become an

8    employee, she asked me staying with her side,

9    defend with HR manager Don Telesca.

10   Q    Defend her?

11   A    Yes.

12   Q    From what?

13   A    HR manager.

14        I'm not exactly what happened before but

15   she told me something about what happened before

16   she with Don Telesca.

17   Q    Are you talking about the sexual

18   harassment?

19   A    Yes.  But she not tell me all the detail

20   information.  I just know they have the problem.

21   Q    What changes did Mei recommend you make to

22   your resume?  Why don't you take a look at the

23   exhibit.

24   A    (Reviewing document)

25        When they -- I don't know who added that

1    computer skill on my resume, so when I first time

2    receive the e-mail back to me, that resume, I feel

3    not to comfortable with.  And when they asked

4    me --

5         Q    Who is they?

6         A    The both of them.

7         Q    Who?

8         A    Mei and Cliff.

9              I say, yes, I took the computer class

10   before in my country, in Chaio Tung University.

11             I talked to them, I feel not too

12   comfortable at adding the computer skill over

13   there because that's a long, long time ago, almost

14   15 years ago, you know.  The computer skill, you

15   know, every year they change it very different,

16   you know.  So that's why -- that's my first

17   concern, I say I feel not comfortable to add that

18   skill on my resume.  And they say, "Don't worry,

19   we will help you out."

20        Q    So you took computer courses in

21   university?

22        A    Yes, in the university.

23        Q    And you told Mei that?

24        A    Yes.  But I say I feel not too comfortable

25   put this skill on my resume.

1    Q    Now, on page 3 of Exhibit 4 --

2    A    Page 3 here?

3    Q    This exhibit.  (Indicating)

4         Do you see "Education"?

5    A    Yes.

6    Q    Mei recommended that you change it Shu

7  Kuang Commercial High School?

8    A    Yes.

9    Q    Now, you just told me a little while ago

10  you went to a commercial high school, commercial

11  part of the high school.  Is that correct?

12    A    Excuse me?

13    Q    We had a conversation about five minutes

14  ago --

15    A    Yes.

16    Q    -- that you went to the commercial part

17  of Shu Kuang High School.

18    A    What mean is a part?  I say that's all

19  three years I took commercial, the major

20  accounting major over there.

21    Q    Right.

22    A    Not part.

23    Q    I'm not saying part.  I thought you had

24  said there were two parts to the high school, the

25  commercial part and another part.

1    A    That's a three years, one is -- they have

2    a different part, different, okay?  The students,

3    three years, that's regular high school and this

4    part is commercial school, all three years.  And

5    that's all three years.

6    Q    You stayed in there for three years.

7    A    Yes.

8    Q    Okay.

9              (Plaintiff's Exhibit 6, marked for

10             identification-described in index)

11   BY MR. MUCHINSKY:

12   Q    Now let me give you another resume,

13   Exhibit 6.  Take a minute and look at Exhibit 6.

14   A    (Reviewing document)

15   Q    Do you recognize Exhibit 6?

16   A    Sir, I just know this one is my first

17   draft.

18             MR. MYERS:  PX --

19             MR. MUCHINSKY:  What exhibit is that?

20             MR. MYERS:  Plaintiff's Exhibit 3.

21             THE WITNESS:  This one is my first

22        draft, okay?  And -- yeah, that's the second.

23             MR. MYERS:  Plaintiff's Exhibit 4 is the

24        second.  Is that what you're referring to?

25             THE WITNESS:  Yes.  I receive it when I

1    sent the original one draft to Cliff and then

2    he e-mail back to me.  And I could see the

3    computer skill have something over there and

4    then I put a question mark over there.  So

5    that's why I called him, "Why" --

6    BY MR. MUCHINSKY:

7         Q    You called who?

8         A    I called Cliff, "Why have the computer

9    skill over here?"

10             MR. MYERS:  But you're pointing to

11        Exhibit 4, right?

12             MR. MUCHINSKY:  4.

13             THE WITNESS:  Yeah.

14   BY MR. MUCHINSKY:

15        Q    Let's go to 6.

16        A    And then -- and then this one is more, now

17   add more words in my computer skill, which means

18   Power Point something.  I mean, that's --

19        Q    Who did Exhibit 6?

20        A    I have no idea, sir.  I just send out and

21   then when I receive back and then it's words

22   already over there.

23        Q    Well, who is the e-mail from?

24        A    It is from Cliff.

25        Q    And who did Cliff send this resume to?

23

1      A      Send back to me.

2             MR. MYERS:  (Indicating)

3             THE WITNESS:  Excuse me?

4             MR. MYERS:  Well, who is it addressed

5        to? he's asking you.

6             THE WITNESS:  Excuse me, say again.

7    BY MR. MUCHINSKY:

8      Q      This is an e-mail, copy of an e-mail?

9      A      Yes.

10     Q      Who is the sender?  Who is it from?

11     A      Mr. Chen.

12     Q      Cliff Chen.  There is a lot of Chens here,

13   so let's --

14            MR. MYERS:  Cliff Chen.

15            THE WITNESS:  Cliff Chen.

16   BY MR. MUCHINSKY:

17     Q      And who is Cliff Chen sending it to?

18     A      In that time, I just knew I receive.

19   Yeah.  It's from here, I can tell Mrs. Rogus' name

20   over there, too.

21     Q      But you also got a copy of this resume?

22     A      Yes.

23     Q      Cliff sent you a copy?

24     A      Yes.

25     Q      And what did you do when you got that

24

1    copy?

2        A    Just do whatever they say.

3        Q    Who made the changes to the resume?

4        A    I have no idea, sir.

5        Q    Did Cliff do it?

6        A    I don't know.

7        Q    When you received it from Cliff, did you

8    talk to Cliff about it?

9        A    Yes.

10       Q    And what did you say to Cliff?

11       A    I said, "Cliff, I do not have the computer

12   skill."

13       Q    Did Cliff add all these computer skills?

14       A    I'm not for sure who did that.

15       Q    Well, it came from Cliff, didn't it?

16            MR. MYERS:  Excuse me.  I'm going to

17       object.  You're arguing with the witness.

18            THE WITNESS:  Maybe someone say

19       something.

20            MR. MYERS:  That's okay.  Wait until he

21       asks a question.

22            THE WITNESS:  Maybe he discuss with

23       Mrs. Rogus.  I have no idea whose idea put

24       the words over there.

25   BY MR. MUCHINSKY:

1    Q    Do you know who changed -- so you didn't

2    prepare this resume at all?

3    A    After that, no.

4    Q    After what?

5    A    After my first draft.  All kinds of

6    change, only thing is the education skill.  I

7    listen.  Mrs. Rogus give to me the recommendation

8    so I changed.  That's from her recommendation, so

9    I changed that.  Otherwise, the computer skill I

10   never touch.  I never wrote even one words on my

11   resume.

12   Q    You just changed the commercial, the

13   school to commercial school?

14   A    Yes, because as she recommend.  I think

15   that's one because I'm took the accounting over

16   there.

17   Q    Do you know what a CEO is?

18   A    No.

19   Q    If you look under Jatai Glass on the

20   resume, it says "Performed secretarial functions

21   for CEO."

22        Do you see that?

23   A    (Reviewing document)

24   Q    Do you see that?

25   A    Yeah.  I saw it right here, yeah.

1     Q    Look at your original resume, which is

2  Exhibit 3.

3     A    (Reviewing document)

4         Nothing CEO.

5     Q    On the last -- on the second page of the

6  resume under Jatai Glass, it says "perform

7  secretarial functions for the owner."

8            MR. MYERS:  I'm sorry.  Where are you?

9            THE WITNESS:  Oh.

10           MR. MUCHINSKY:  Right here.

11           MR. MYERS:  On Exhibit 3?

12           MR. MUCHINSKY:  Exhibit 3.

13           THE WITNESS:  In that time I just forgot

14      all my computer skill and I never found out

15      the -- that CEO has been changed.  I don't

16      know who did that.

17  BY MR. MUCHINSKY:

18     Q    Okay.

19     A    Thank you.

20         Even in that time, I never know one man is

21  a -- what mean is a CEO.

22     Q    Did you ask Cliff?

23     A    Because I told you, I focus on computer

24  skill.  Someone added something over there, so I

25  never pay attention if the CEO has been changed

1     right here.   Sorry about.   I never know.

2         Q     Okay.

3               (Plaintiff's Exhibit 7, marked for

4               identification-described in index)

5     BY MR. MUCHINSKY:

6         Q     I hand you Exhibit 7.

7         A     (Reviewing document)

8         Q     Do you recognize Exhibit 7?

9         A     Mm-hmm.

10        Q     Do you recognize that letter?

11        A     I forgot this one, but now I remember it.

12        Q     What was that?

13              MR. MYERS:   Just give her a chance to

14          read it.

15              THE WITNESS:   Yeah, okay.   Yes.

16    BY MR. MUCHINSKY:

17        Q     Do you recognize that?

18        A     Yes.

19        Q     Did you write this letter?

20        A     Thank you.   That brought my memory up.

21              Mrs. Rogus taught me and asked me -- say

22    make a thank you note in my mind and she also

23    asked me to send a thank you note to Mr. Don

24    Telesca and Mr. Rich Fuhrman.   My language skill

25    could not make such complete sentence, thank you

1    note right here.  It is Mrs. Rogus taught me how

2    to wrote the thank you note.

3        Q    Did you ask her to help you?

4        A    No.  She say I should make a thank you

5    note to -- to Mr. Don Telesca and Mr. Rich

6    Fuhrman.  And I do remember that the first -- the

7    sentence right here -- I mean, I'm not for sure

8    other one or not, is Mrs. Rogus e-mail to me, how

9    to write it down, the thank you note.

10        Q    And then what did you do?

11        A    And then I follow.  That's the thank you

12    note.

13        Q    Who is Cindy?

14        A    Mrs. Rogus.

15            MR. MYERS:  Who is Cindy, the name?  Not

16        sending.

17            THE WITNESS:  Okay.  Sorry about.  Cindy

18        is -- excuse me.

19            (Reviewing document)

20            Cindy.  Cindy's name is when I working

21        in CIGNA Insurance Company in cafeteria, that

22        bookkeeping's name.

23    BY MR. MUCHINSKY:

24        Q    Is that when you worked for Sodexho

25    Marriott?

29

1      A    Yes.

2      Q    And was she a reference for you?

3      A    She say she be great to my reference

4    person.  Also my supervisor in CIGNA and Sodexho,

5    the supervisor's name is Sheila Fucci.

6         I did remember Mr. Don Telesca called

7    Sheila Fucci after I'm first -- first time

8    interview with Mrs. Rogus.  And after first

9    interview, Mei -- Mrs. Rogus called me, they

10   reject my resume.  They tried to hire the other

11   lady from Massachusetts.  Because they concerned

12   about my language skill.

13        So I called Mrs. Rogus, "give me one more

14   chance," and she say she will try.  And then they

15   still concerned about my language but she told me

16   Mr. Don Telesca and her and Rich Fuhrman have a

17   telephone conference, call Sheila Fucci to

18   reference my language skill.  Yeah.

19     Q    Did you interview with Don Telesca?

20     A    That's the second interview.

21     Q    What about Rich Fuhrman?

22     A    Second interview.

23     Q    With both of them?

24     A    Yes.

25     Q    And then after the interview, Mei Rogus

30

1     said there was a problem?  How did you find out

2     about that, that they were going to reject your

3     resume?

4          A    I do not remember the timing but she say

5     she is working very hard to help me to choosing me

6     and to become an employee.

7          Q    Did you call her and give her your

8     reference name?

9          A    I do remember a list, a few names over

10    there.  I do remember have reference name, have

11    Sheila Fucci and Jennifer Chen's name.  And I do

12    not remember that I give to Cindy's the

13    bookkeeping.  I do not remember Cindy's name

14    over there or not, but I do remember Jennifer

15    and Sheila's name is in my reference, the name

16    list.

17         Q    Okay.

18         A    Excuse me.  May I add in something?

19         Q    Okay.

20         A    I do remember when I first time interview

21    with Mrs. Rogus, in our communication, she asked

22    me, "Did you have any question?  Did you have a

23    more?"

24         Q    A what?

25         A    "Did you have a more."