31

1          MR. MYERS:   More.

2          THE WITNESS:   I mean "more question

3     about this job?"

4          I say "No."

5          And she say, "No.   That's not the --

6     when you applied the position job, you should

7     show you're aggressive so you got add in

8     something, not just say 'no.'"

9          And she taught me say "You should say

10    something like -- when people interview,

11    after you add in something.   Say 'When I

12    could get this, what day?   And when I could

13    get this position job?'   Don't be too easy."

14         And she remind me "When you talk to

15    interview with Don Telesca or Rich Fuhrman,

16    after that, you've got to add in something,

17    but, don't copy my words."

18         That "don't copy my word," which mean he

19    taught me say "When?   What date I will be in

20    this position job?"

21              (Plaintiff's Exhibit 10, marked for

22              identification-described in index)

23    BY MR. MUCHINSKY:

24         Q    Please take a -- please look at

25    Plaintiff's Exhibit 10.

32

```
1       A     (Reviewing document)

2             10?

3             MR. MYERS:  He's talking about that

4         number.

5             THE WITNESS:  Okay.  Yeah.

6    BY MR. MUCHINSKY:

7       Q     Do you recognize that document?

8       A     Yes.

9       Q     What is that document?

10      A     All about my job.  She list all kind, the

11   arrows I made but I not agree all about.

12      Q     Okay.  Who is it from?  Who wrote this

13   letter?

14      A     Mrs. Rogus.

15      Q     To you.

16      A     To me.

17      Q     What was the date of it?

18      A     That's after -- after --

19      Q     The date is right there.

20      A     I not see that because I want to make sure

21   I'm correct.  I'm not liar.  That's after Mr. Don

22   Telesca quit the job.

23            MR. MYERS:  I'm sorry.  After he what?

24            THE WITNESS:  Quit.

25            MR. MYERS:  Quit.
```

33

1          THE WITNESS:  Quit his job after this,

2      and Mrs. Rogus made up this list.

3   BY MR. MUCHINSKY:

4      Q    And what was the list about?

5      A    All about the job.

6      Q    About your performance on the job?

7      A    I say I not take -- I not agree every

8   single item.  Some part I was might be but some

9   part I could not agree it.

10     Q    And what did you say to Mei?

11     A    I talked to her something and she closed

12  the door, say, "Chin, I not happy with you."

13  Yeah.

14     Q    She was not happy with you or your work?

15     A    My work.

16     Q    And what happened next?

17     A    I talked to her, "Mrs. Rogus, I promise

18  you when I first time interview with you, I say if

19  I have no ability to taking my job, I will quit my

20  job.  And I don't want to give you any trouble.

21  So don't worry about me.  I will -- if you give me

22  a chance, if I feel I could not take this job, I

23  will quit this job."

24     Q    You told her that in the interview?

25     A    First interview, first time.

34

1    Q    To give you a chance and if you don't do

2    your job right, you'll quit?

3    A    I say, "If you not too happy with my job

4    or I feel I do not have ability to take this job,

5    I will quit this job," because I don't want give

6    her any problem.  Because she get this job.  I

7    mean, that job is very important to her.

8    Q    Right.  So she gave you a chance?

9    A    Yes.  So also she knew my language skill

10   is a very low.  My computer skill is nothing.  In

11   first time interview, I talked to her everything,

12   go through with her everything.

13   Q    Did you ask to be laid off?

14   A    After this one, when she closed the

15   door --

16        MR. MYERS:  After Plaintiff's Exhibit 10

17        you're talking about?

18        THE WITNESS:  Yeah.

19        MR. MYERS:  Yes.

20        THE WITNESS:  After this one, in that

21        time, the company, the business is going

22        down.  I feel so hurt in that time when I

23        receive, so I say I'm not afraid about face

24        to my job but every day I got report to her

25        because she is my boss.

35

1    BY MR. MUCHINSKY:

2        Q    Did you ask to be laid off?

3            MR. MYERS:  Excuse me.  I don't think

4        she's finished.

5            THE WITNESS:  And then I say, "If you

6        feel not too comfortable -- not too happy

7        working with me, now business is going down,

8        if have any chance you could -- for company

9        laid people off, you could put my name off

10       there first."

11           And she say, "No.  You decide by

12       yourself.  You have a many, many skill.  If

13       you want to, I could call New Haven site and

14       transfer you to over there."

15           I say, "No, I not go for it.  And I

16       don't know what to do."

17           She say, "You decide by yourself."

18           And in that time, Mr. Don Telesca quit

19       the HR manager, that job.  So in that time,

20       we do not have HR manager so I feel very

21       hurt.  I don't know what to do.

22           So next day, I do remember if is next

23       day or not but after, I bring this paper when

24       went in to go see the Rich Fuhrman, go

25       with -- through with him this, number 10.

36

1      And he asked me that everything is true, I

2      say no.  I say no.  Some part I take but some

3      item I'm not taking.  That's not fair.

4           And that also I talked to him, I could

5      face it to my job --

6   BY MR. MUCHINSKY:

7      Q    You could what?

8      A    I could face to my job but improving.  I

9   know it's very slow, but I could face my job, but

10  I could not face to my boss because she's my boss.

11  Every day I've got to report to her.  So that's

12  very difficult time.  I mean, that's a very

13  difficult.

14     Q    Why didn't you quit?

15     A    Excuse me?

16     Q    Why didn't you quit?

17     A    Quit?

18     Q    Quit your job.

19     A    I didn't say I would quit -- I didn't

20  say --

21          MR. MYERS:  He asked why didn't you

22     quit.

23  BY MR. MUCHINSKY:

24     Q    Why didn't you quit?

25     A    That's a very good question.

37

1    Q    I thought so.

2    A    Thank you.

3         I didn't because of my husband tell me

4    when I receive this one, I say --

5              MR. MYERS:  Referring to Exhibit 10.

6              THE WITNESS:  Yeah, I say, "Pang, it's

7         time.  I've got to go.  I cannot hold this

8         job, not the job is about the person."

9              So my husband told me -- because that

10        time we have the vacation, have the vacation

11        to Disney World.

12             MR. MYERS:  I didn't understand what you

13        said.

14             THE WITNESS:  Vacation to Disney World

15        in August, so we never talked to anyone our

16        plan.  So I just discussed with my husband,

17        okay, because, you know, vacation, we need

18        some money for the children have a good

19        memory.

20             I say -- my husband say, "Hold it.  Hold

21        your breath until after vacation," you know.

22             The vacation week, I still have.  I've

23        got pay from the Bayer.  So, you know, "Don't

24        worry about the money.  And after that, if

25        she still give to you hard time and then just

1     quit your job."

2         I say, "Okay."  So I hold my breath.

3   BY MR. MUCHINSKY:

4     Q     Okay.  Did you ever tell Mei Rogus that

5   you were hurt?

6     A     Excuse me?

7     Q     Around this time, May 11, that you were

8   hurt?

9     A     He's a very -- she's a very, the words,

10  using the words, sometime I could not received,

11  so I'm very upset, yes.  But I say I appreciate

12  her to give to me this opportunity become an

13  employee.

14    Q     Okay.

15    A     So I, in that time, I still want to keep

16  her job over there and I quit the job later on

17  his -- her, you know, the position job.  Until

18  now, I'm still appreciate it.

19    Q     How many meetings did you have with

20  Mr. Fuhrman after May 11, after you got this

21  letter?

22    A     You mean after --

23    Q     Exhibit 10.

24    A     After I received this one first, I went to

25  see him and then he asked me did I report -- did I

39

1    ask Mrs. Rogus before you came and talked to me; I

2    say no.

3            And then he said "Did you -- did you mind

4    we sitting together to discuss this question?"

5            And I say "Yes."

6            So after that, we have a meeting together

7    one time, the room behind Rich Fuhrman's office,

8    that little conference room.  With Denise, too.

9        Q    Denise Church-Ball?

10           MR. MYERS:  I'm sorry.  Could you

11       clarify, who's we had a meeting?

12   BY MR. MUCHINSKY:

13       Q    You said you had a meeting with Rich

14   Fuhrman?

15       A    Rich Fuhrman, Denise Church-Ball, me, and

16   Mrs. Rogus.

17               (Plaintiff's Exhibit 11, marked for

18               identification-described in index)

19   BY MR. MUCHINSKY:

20       Q    Let me hand you Plaintiff's 11.

21       A    (Reviewing document)

22           I never see that before.  I never see this

23   one.

24       Q    Did Mei say in the meeting, if you can

25   remember -- it says down in the second-to-the-last

40

1    paragraph, "Mei spoke about Chin not having any

2    computer skills and that when she was hired, she

3    was not honest with Mei."

4        A    Yes.    She say I'm liar to her, and then I

5    say, "No, I never liar to you."

6            And you know, honesty is a very

7    difficult to approve who is liar, who is honest.

8    And in that time I say, "No, Mei, I never liar to

9    you."

10           "Well, we are first time interview I

11   talked to you, I went through with you one more

12   time with you all about my skill."

13       Q    Are you finished?

14           MR. MYERS:    She answered your question.

15           MR. MUCHINSKY:    I just didn't know if

16       she was going to go on.    I don't want to get

17       jumped on here.

18           THE WITNESS:    And I do remember

19       Mrs. Rogus very concerned on my number over

20       there.

21   BY MR. MUCHINSKY:

22       Q    Your number?

23       A    The report, the number, a report S1001

24   report.    She's very concerned about that.

25       Q    What is that?

41

1     A    That's monthly report about the

2    production.  And then, when she reported that

3    number 10, this one just in one week I did any

4    kind recording on the paper and I tried very

5    hard to improve, however she concern about the

6    number.

7         And then I showed to her, she not take it

8    so I -- the paper, Denise took it, take a look and

9    ask Mei, "Mei, is that you want the Chin approve

10   his job?  Like that?"

11        And she say, "Yes."  Mei say, "Yes."

12        So that's why she turn to the computer

13   skill.  She say I'm liar to her.  I say no.  I'm

14   saying no.

15        And in that time I don't know how to

16   approve it, that honesty, the liar thing.  So I'm

17   tears.  This is coming out.

18        In my mind, honesty is my life.  You could

19   say I have a low skill, everything, doesn't

20   matter, but honesty, I'm very watched.  So I'm

21   tears coming out.

22        So in that time, Mr. Rich Fuhrman ask

23   Denise separate us, so I went the Denise office

24   and she stay with Mr. Fuhrman after that.  We have

25   no meeting together.

42

1    Q    Did you ever get any training at Bayer?

2    A    Yes.

3    Q    What kind of training?

4    A    Excel, the basic and the medium, and the

5    Words.

6    Q    And Word?

7    A    Words.  And the management -- yeah, those

8    kinds of training is holding in New Haven site.

9         THE WITNESS:  Site.

10   BY MR. MUCHINSKY:

11   Q    Who arranged that training for you?

12   A    Mrs. Rogus.

13   Q    And how did you do with it?

14   A    I don't know what you mean, is what did

15   you --

16   Q    Did you -- were you successful in learning

17   the programs?

18   A    Yeah.  That helped, yeah.

19   Q    Do you know why you didn't get fired back

20   in June of 2001?

21   A    I have no idea.  When I -- I told you,

22   every day I got to send report to Mrs. Rogus.

23   One day when I send the e-mail out, the report

24   out, and the e-mail, I mean, just could not go

25   through.  And then I try many times.  That's -- I

43

1    think that's something not usual is something

2    happen.

3           So I ask the -- my next person, I mean

4    next door, which name is Matthew Kowal, and he

5    say, "So let me try.  I send e-mail to her."

6        Q    To who?

7        A    To Mei Rogus, to try to e-mail address why

8    is, you know --

9           MR. MYERS:  Coming back?

10          THE WITNESS:  -- turning back.  And she

11       could not -- and he could not go through,

12       too.  So I feel something not right.  Very

13       shock to me.

14   BY MR. MUCHINSKY:

15       Q    What happened after Mrs. Rogus left?  Who

16   were you working for after Mrs. Rogus left?

17       A    In that time, I do not have a supervisor

18   which means we do not have the controller in the

19   plant.  I do my own and then even monthly report

20   and end of the month, the company ask someone from

21   Pittsburgh to help me to do Mrs. Rogus' job.  I

22   just do my own job and the report.  Second month,

23   I did the same.

24          And after that, I feel very, very -- you

25   know, it's challenge but some part I never

44

1    understand so Rich Fuhrman ask Tom, I don't know

2    his last name, that's before Mei Rogus, that

3    controller's name, ask him come back to cover few

4    months.  And -- yes.

5        Q    When was your job changed?

6        A    My job changed as the last year October

7    when Bayer layoff the two temp employee over

8    there.  So I'm take over those two people's job.

9    Yeah.

10        Q    How many conversations did you have with

11    Mr. Fuhrman in May and June of 2001?

12            MR. MYERS:  About?

13            THE WITNESS:  Excuse me?

14            MR. MYERS:  Conversations about what?

15    BY MR. MUCHINSKY:

16        Q    Well, let me ask you this:  Did Rich

17    Fuhrman ever promise you that you would not

18    lose your job if you made statements against Mei?

19        A    He never promised to me any words.  When

20    I -- when the -- when I e-mail to Mei report, turn

21    it back that time, I went -- I went to the -- I

22    went to see Rich Fuhrman, ask what happened, and

23    then he tell me everything is still in -- still

24    the company still to searching to -- I don't know

25    what the word --

45

1      MR. MYERS:  Investigate?

2      THE WITNESS:  Yeah, investigation.

3    Investigation, everything is investigation so

4    he never give me one word about the

5    promising.  No.

6  BY MR. MUCHINSKY:

7    Q    When did you find out that Mei had been

8  terminated?

9    A    When mail return.

10    Q    The e-mail?

11    A    E-mail return back to me, it's something

12  is already -- I'm almost already know what's

13  happened over there.  Because I ask the Tony

14  Visone why her mail not take it, and then he just

15  tell me if a Bayer company took someone's name

16  off, in his experience, never put that name back

17  again.

18      So that happened, because the first time I

19  think that's the only -- the system is the

20  problem, so that's why I ask Tony Visone.

21    Q    Do you know what the date was that

22  these things happened, the e-mail got turned

23  back?

24    A    I do remember -- what day I did not

25  remember.  I just know about that's the Monday,

46

1  June -- I don't know is it 5 or 6, is Monday

2  on the June.  That's Monday.  Early of the June.

3      Q    When did you find out that Mei was no

4  longer working for Bayer?

5      A    I have no idea what -- how long got to

6  take because I have no idea.  So I went see the

7  Rich Fuhrman, that's -- he told me the case still

8  investigation.  He never give to me the exactly

9  the date.  Then after, how long I did not

10  remember.  And then the board -- I mean the paper

11  is hanging on the board saying that Mrs. Mei Rogus

12  is no longer with this company.

13      Q    How did you feel about that?

14      A    I feel very sad.  Did you want to know

15  why?

16      Q    Why?

17      A    In my mind, I say, "Mei, if you could hold

18  your breath I'm until vacation back, I quit my

19  job, you still have a chance to hold your job

20  right here."

21          I'm so sorry she could not hold her

22  breath.  I'm not like kind of people, you know.

23          MR. MYERS:  Okay.  Just wait until he

24      asks you a question.

25          MR. MUCHINSKY:  Why don't we take two

47

1          minutes here, let me talk to Mei outside.

2                    (Whereupon a recess was

3                     held off the record.)

4               MR. MUCHINSKY:  Back on the record.

5          Just one more thing.

6    BY MR. MUCHINSKY:

7          Q    What did you mean that Mei should hold her

8    breath?

9          A    I mean when Mr. Don Telesca quit his job,

10   after that, he send to me -- I mean, she send to

11   me --

12         Q    Exhibit 10?

13         A    Yes.  That almost right after.  So my

14   feeling, I'm just -- she just playing chess.

15              MR. MYERS:  She's what?

16              MR. MUCHINSKY:  Playing chess?

17              THE WITNESS:  The chess because I'm used

18        last so it's time to kick me off.

19              MR. MYERS:  His question was, What do

20        you mean hold her breath?

21              THE WITNESS:  Thank you.

22              Because during that time, Cliff Chen,

23        the wife, came in to see both us, that's her

24        first time.  And she thought I'm cousin to

25        her.

48

1          MR. MYERS:  You're what?

2          THE WITNESS:  I cousin to -- I say

3     something to Mrs. Chen.

4          MR. MYERS:  Wait.  Who thought?

5          THE WITNESS:  Mei.

6          MR. MYERS:  Mei thought what?

7          THE WITNESS:  Yeah.  Because I never

8     know what happened because in that night --

9          MR. MUCHINSKY:  When is this?

10         THE WITNESS:  Very night, and Mrs. Chen

11    called me, say Mrs. Rogus call her ask why

12    she's come in see us and ask her many

13    question I don't know what.

14         And so that's why I know Mrs. Rogus put

15    very big question over there about the

16    conversation with Mrs. Chen.  I never talk to

17    them.  I just talked to my husband.  I say

18    "We be humble, we be honest, okay?"

19         I appreciate Mrs. Rogus give to me this

20    opportunity for this job, so after vacation,

21    we quit the job.  I don't want to give to

22    Mrs. Rogus any problem.

23         So that's why I say if she could hold

24    the breath and she could keep her position

25    job over there.

49

1          MR. MYERS:  By "hold her breath," do you

2      mean wait?

3          MR. MUCHINSKY:  Wait?  Yes, I think so.

4          THE WITNESS:  I mean wait.

5  BY MR. MUCHINSKY:

6      Q    Why?  What did you do -- did you do

7  something to Mei after she gave you Exhibit 10?

8      A    I do nothing.  What means do something?

9      Q    I don't know.  I don't see the connection

10 here.

11     A    I just know in that time she even not talk

12 to me any words.  And one day when she's coming

13 and say "good morning" to Arlene and talked to

14 Arlene, say, you know, "I" -- you know, "I have

15 the vacation end of the month, I will going to

16 Alaska" -- is Alaska?

17         MR. MYERS:  Alaska?

18         THE WITNESS:  Alaska, yeah.  And --

19 BY MR. MUCHINSKY:

20     Q    Who is going to Alaska?

21     A    Mei Rogus.  And she never talked to me.

22 Even the monthly closing will be coming, she

23 will take the vacation and she talked to someone

24 and, you know, our relationship, it just like

25 have the -- she break -- build the rack like the

50

1    whole with us, so our communication just stop.

2        Q    Okay.

3            MR. MUCHINSKY:  I think we're finished.

4            MR. MYERS:  Are you finished?  I just

5        have a couple.  I want to clarify a couple

6        things.

7

8            CROSS-EXAMINATION

9    BY MR. MYERS:

10       Q    When you went to Mr. Fuhrman after you

11   received the May 11 letter from Mrs. Rogus --

12   okay?

13       A    Not 11.

14       Q    May 11, Exhibit 10.  Right here.  You

15   testified that you went to see Mr. Fuhrman and

16   talk to him.

17       A    Yes.

18       Q    Correct?

19            Did you say anything to Mr. Fuhrman at

20   that time about Mrs. Rogus poking you?

21       A    Yes.  I say, "Mr. Fuhrman, I could face to

22   my job but she's my boss.  Every day I've got to

23   report to her, and she say she not teach me any

24   more.  She not go to help me anymore."

25            And one night she just went through it,

51

1    she say, "Chin, this month's all the monthly

2    closings, you do it by yourself, I not go help you

3    anymore."

4        Q    For the record, with your left-hand you're

5    making a motion.

6        A    And then, you know -- but before one day

7    when I sit up, I have the question to ask her, and

8    then I sit down, face to my computer, she stand by

9    my left-hand side behind me, and I start over

10   there.  She, using her fingers -- finger touch my

11   head say "Using your brain."

12       Q    And for the record --

13       A    And --

14           MR. MYERS:  Excuse me.  For the record,

15       she's jabbing with her finger.

16   BY MR. MYERS:

17       Q    Go ahead.

18       A    And one more time she stand behind me,

19   same spot, and then also we also supervise by

20   the side, too, and we have a question about

21   inventory.

22           She, using her finger, touch my left

23   shoulder again say "You are the inventory control.

24   You decide."

25           MR. MYERS:  Again, for the record --

52

1          THE WITNESS:  And in that time,

2       Mr. Fuhrman, I could tell his face is turned

3       very seriously, so wrote it down.  And then

4       pointing the board, we have the list for the

5       employees, and the first top -- first thing

6       is respect or something -- yeah, he pointing

7       that words to me.

8          And in that time, I don't know what

9       that mean but I just know he -- he wrote it

10      down however I say.  He took it very

11      seriously.

12   BY MR. MYERS:

13      Q    Okay.  Let me ask you another question.

14          Did you tell Mr. Fuhrman that you did not

15   lie to Mrs. Rogus about your computer skills?

16      A    Yes, when we meeting together.

17      Q    Now, you had -- did you give Mr. Fuhrman a

18   copy of the e-mail that Mei Rogus had sent to you,

19   this -- now you have to look here.

20          This e-mail, Plaintiff's Exhibit 4, did

21   you show this e-mail to Mr. Fuhrman at that time?

22      A    Not at that time.

23      Q    Did you do it later?

24      A    Is after that, after I report to him --

25      Q    Excuse me one minute.

53

1          After you left the meeting with

2    Mr. Fuhrman and Mrs. Rogus and Mrs. Church-Ball --

3          A    Yeah.

4          Q     -- okay, what did you do about the

5    statement that you had lied?  Did you do something

6    about that?

7          A    I'm very sad in that time.  I never liar,

8    and I don't know to approve my words.  So I'm

9    very upset when I home; I just crying.  And then

10   after that, I went to the computer to check the

11   e-mail, the record, and then I found this paper.

12         Q    Indicating Exhibit 4.

13         A    So that's why I say I'm not liar.  I

14   need approve my words.  I never liar, I'm

15   honest.  So next working day, I just turned

16   this paper --

17         Q    Exhibit 4.

18         A     -- hand it to Mr. Fuhrman.  And also the

19   interview.

20         Q    The list of questions?

21         A    The list of questions.  And I don't know

22   just what, but that one and this later.

23         Q    Did you give him your actual --

24         A    Yeah.  And this one, too, yeah.

25         Q    Excuse me.

54

1    A    Three of them.

2    Q    Did you give Mr. Fuhrman a copy of your

3    original resume that you had given to Mrs. Rogus?

4    A    I give to Mr. Fuhrman.

5    Q    Okay.  And that would be Exhibit 3?  You

6    have to look.

7        Chin, did you give him Exhibit 3 or show

8    him your original draft resume?

9    A    Yes.

10    Q    Okay.  Now, you asked -- or you indicated

11    that Mrs. Rogus had told you why she wanted to

12    help you get the job.  Would you explain that,

13    please, what she told you.

14    A    I do remember she told me "Are you very

15    strong under pressures person, and this job,

16    you've got to stand with me by my side."

17        And in first time I never know what is

18    that mean but after she told me, she have the

19    problem with the Mr. Don Telesca, defend with

20    each other.  So that's why -- that's what she told

21    me.

22        And I do remember when interview and she

23    told me after interview, she told me Don Telesca

24    choosing the other lady is from Massachusetts.

25    And that lady have a more skill for this job but

55

1    she reject that lady's application form.  She want

2    the people choose by herself stand with her by her

3    side.

4                    MR. MYERS:  I have no further questions.

5

6                    REDIRECT EXAMINATION

7    BY MR. MUCHINSKY:

8        Q    When you showed -- let's go to Exhibit 4,

9    the resume you showed to Mr. Fuhrman.

10                   Did you also show him the e-mail?

11       A    Show who?

12       Q    Mr. Fuhrman.

13                   MR. MYERS:  You have to look at what

14          he's showing you.

15                   THE WITNESS:  I hand it to him.

16                   MR. MYERS:  What did you hand him?  Did

17          you hand him all three pages, or what did you

18          hand Mr. Fuhrman?

19                   THE WITNESS:  I handing the -- my

20          original one, resume.

21                   MR. MYERS:  Your original resume?

22                   THE WITNESS:  Yeah, and this letter.

23                   MR. MYERS:  Which letter?

24                   THE WITNESS:  Number 4.

25                   MR. MUCHINSKY:  4.

56

1           MR. MYERS:  4.

2   BY MR. MUCHINSKY:

3       Q    Did you hand him the final resume?

4       A    No.  Sorry.  I do not remember.

5       Q    Where did you get -- so what did you give

6   Mr. Fuhrman?  Your original resume?

7       A    This one.  I don't know --

8       Q    What number exhibit is it?

9       A    Not this one.  I don't know.  I do not

10  remember which one.  Either this one or this one.

11      Q    What are the numbers of the exhibits?

12          MR. MYERS:  In her right hand she has

13      Exhibit 3, which is her -- this is your

14      original resume?

15          THE WITNESS:  Yes.

16          MR. MYERS:  And in her left hand she has

17      Exhibit 4, the last two pages.

18  BY MR. MUCHINSKY:

19      Q    Do you see on the top of -- do you see

20  here, it says --

21      A    I say I do not remember which one I handed

22  him.

23      Q    Well, it says "Chin original resume,

24  received 5-30."

25          MR. MYERS:  May 30.

57

1          THE WITNESS:  Yeah.  Maybe in my mind,

2      at that time, I still have the Chinese word

3      over here.

4  BY MR. MUCHINSKY:

5      Q    Which one did you give Mr. Fuhrman?

6      A    I think that's this one.  This one.  This.

7          MR. MYERS:  Plaintiff's Exhibit 3.

8          THE WITNESS:  Yeah, not this one.  I'm

9      for sure, because I do remember that time

10      have the Chinese word on it.  So it's this

11      one.  Not this one.

12  BY MR. MUCHINSKY:

13      Q    So you didn't give him the e-mail then.

14          MR. MYERS:  Excuse me.  She gave him

15      Plaintiff's Exhibit 3.  I want to make sure,

16      because she's pointing.

17          THE WITNESS:  Yeah, is this one.

18  BY MR. MUCHINSKY:

19      Q    Plaintiff's Exhibit 3.

20      A    I'm for sure.

21          MR. MYERS:  Go ahead.  I'm sorry.

22  BY MR. MUCHINSKY:

23      Q    And not the e-mail and Plaintiff's

24  Exhibit 4?

25      A    I have no idea about this one.

58

1        MR. MYERS:  You have to say on the

2    record.  You're talking about the last two

3    pages of Exhibit 4, and I think he's asking

4    you, did you give him this e-mail?

5        THE WITNESS:  This one with this.

6        MR. MYERS:  You gave him -- did you

7    give him this e-mail, the first page of

8    Exhibit 4?

9        THE WITNESS:  Yes, and those two.

10  BY MR. MUCHINSKY:

11    Q   Where did you get this e-mail?

12        MR. MYERS:  Excuse me.  And Exhibit 3.

13    I mean, she can't tell when she says "those

14    two," what she's talking about, so she --

15        MR. MUCHINSKY:  Well, you said Exhibit 3

16    three times.

17        MR. MYERS:  I know, but she keeps saying

18    "those two."

19        You gave him Exhibit 3 and what else?

20        THE WITNESS:  And this top page.

21  BY MR. MUCHINSKY:

22    Q   Page 1 of Exhibit 4?

23    A   E-mail.  Yes.

24        MR. MYERS:  Of Exhibit 4.

25        MR. MUCHINSKY:  All right.

59

1    BY MR. MUCHINSKY:

2        Q    Where did you get the e-mail?

3        A    That's still in my e-mail, I still keep

4    this.

5                MR. MYERS:  You mean on your computer?

6                THE WITNESS:  Yes.

7    BY MR. MUCHINSKY:

8        Q    And why didn't you give him the resume as

9    well?

10       A    Because this one is original one.

11       Q    I know, but this resume was attached to

12   this e-mail.

13       A    I have no idea.  But I sure it was this

14   one.  I say, when I give it to Mr. Fuhrman, I'm

15   for sure still have the Chinese word on it.

16   That's original one.

17       Q    And you're sure you gave him this e-mail?

18       A    Yeah, I give this number 4, top, this

19   e-mail to Mr. Fuhrman also.

20       Q    Okay.  But without the little attachment,

21   right?  Which is the resume.

22       A    I do not remember.  I just wanted to show

23   to Mr. Fuhrman my original one to approve my --

24   I'm not liar.

25       Q    And where did you have the -- where did

60

1    you keep that?  At home?

2       A    Why not?

3       Q    I don't know.

4       A    Because that's my original one.  I keep

5    it.

6       Q    All right.

7       A    That's honesty.

8       Q    You went home, you got that.

9       A    Yeah.

10      Q    And you went to your computer --

11      A    To get this.

12      Q    -- to get this.

13          Why not the attachment, too?

14      A    In that time, my computer skill is very,

15    very -- I mean, not too good.  And then when I

16    found out this one, when you upset, when you

17    catching the word you want, I'm very happy to

18    approve.  That's enough to approve my honesty,

19    because if she involve.

20      Q    What did Mr. Fuhrman say to you when you

21    gave him that?

22      A    She say --

23      Q    He.

24      A    And she compare with my final.

25      Q    Who compared?

1      A      Mr. Rich Fuhrman.  Get the final, the

2   resume, compare with this one, and she only say

3   one word --

4      Q      He.

5      A      He only say one words:  "Anything else she

6   recommendation to you?"

7             I says, "That's only thing I have in my

8   hand right now."

9      Q      So Mr. Fuhrman compared your original and

10   the final.

11      A      Yes.

12      Q      Where did he get the final?  He had it?

13      A      He had it.

14      Q      And who wrote the final resume?

15             MR. MYERS:  I'm going to object.  We

16        went over that at the beginning of the

17        deposition.

18             MR. MUCHINSKY:  Since her memory has

19        been refreshed.

20             THE WITNESS:  When I say the "final,"

21        when I sent this one to Mr. Chen and then

22        every single time back to me is every

23        single time is different.  So when they

24        change, I have no idea.  Okay?  I never

25        touch after this, only the school, the