1    education.  I listened to Mrs. Rogus'

2    recommendation so I change it and rest the

3    thing I never change even one words on my

4    resume.

5   BY MR. MUCHINSKY:

6       Q    Okay.  When you were talking to

7   Ms. Church-Ball and Mr. Fuhrman in the meeting,

8   did you tell them that, I think it was on

9   May 25 -- well, it was in May, did you tell them

10  that your computer skills -- you had no computer

11  skills or they were not good?

12      A    I talked to them I took the computer skill

13  in my country.  That's a very long, long ago.  I

14  feel not too comfortable to add anything, I mean,

15  over there because that's a long time ago.  I know

16  the computer is every year, couple years, it's

17  change a lot.

18      Q    But you had taken some courses in the

19  meantime.

20      A    What is meantime?

21      Q    The time you were working?  In the time --

22      A    But Mrs. --

23          MR. MYERS:  At Bayer.

24          MR. MUCHINSKY:  At Bayer.

25          THE WITNESS:  Mrs. Rogus, her point is

1      I'm liar to her.  I have that skill.  I say

2      I'm not liar to her, because in first meeting

3      and my resume, she already know about me.

4   BY MR. MUCHINSKY:

5      Q    I'm talking about the meeting in May that

6   you had with Mr. Fuhrman and --

7           MR. MYERS:  That's what she's talking

8      about.

9           THE WITNESS:  Yeah.

10          MR. MYERS:  I don't know why we're

11     rehashing this.

12          THE WITNESS:  She pointing at that I'm

13     liar to her; I say I'm not liar to her.

14  BY MR. MUCHINSKY:

15     Q    I'm asking you, Did you say your computer

16  skills -- you had no computer skills or they were

17  not good computer skills?

18          MR. MYERS:  When?

19  BY MR. MUCHINSKY:

20     Q    On May 25, in the meeting with Rich

21  Fuhrman, Denise Church-Ball, and Mei Rogus?  Or

22  just with Fuhrman and Church-Ball.

23     A    Excuse me, sir.  I couldn't understand you

24  right here, because you ask me the meeting when

25  they talking about my computer skill, right?

1    Q    Yes.

2    A    And then I say I -- because Mrs. Rogus

3    concern about -- she say I'm liar to her about

4    my computer skill.  Okay?  She talking about

5    before I become employee, not during that meeting

6    time.

7    Q    Okay.  Did Cliff Chen tell you about

8    Mei's sexual harassment experience in October of

9    2000?

10    A    He never talked to me.

11    Q    Or '99?

12    A    Is all about Mrs. Rogus tell me about.

13    Q    Cliff never told you that?

14    A    No.  He just tell me he have the problem

15    with human resource, that's all.  And more detail

16    is Mrs. Rogus told me.

17            MR. MUCHINSKY:  Okay.  I'm finished.

18            MR. MYERS:  We'll read and sign.

19            MR. MUCHINSKY:  Thank you.

20            (Whereupon the witness was dismissed and

21              the deposition concluded at 11:43 a.m.)

22

23

24

25

1                      I N D E X

2    ----------------------------------------------------

3    WITNESS                         HSIU-CHIN CHEN

4    ----------------------------------------------------

5       DIRECT       CROSS        REDIRECT       RECROSS

6        3*          50**           55*

7

8    *  By Mr. Muchinsky        **  By Mr. Myers

9    ----------------------------------------------------

10   EXHIBIT           DESCRIPTION            PAGE

11   ----------------------------------------------------

12   Plaintiff's Exhibit 1, an original resume        9

13   Plaintiff's Exhibit 2, a Nov. 15, '99,
       e-mail with an attached resume                12
14
     Plaintiff's Exhibit 3, a two-page resume        14
15
     Plaintiff's Exhibit 4, a Nov. 16, '99,
16     e-mail with an attached resume                17

17   Plaintiff's Exhibit 6, a Nov. 17, '99,
       e-mail with an attached resume                21
18
     Plaintiff's Exhibit 7, a Dec. 5, '99,
19     e-mail with an attached letter                27

20   Plaintiff's Exhibit 10, an internal
       memoranda dated May 11, 2001                  31
21
     Plaintiff's Exhibit 11, a typed note
22     dated May 25, 2001                            39

23          (The original exhibits were
            retained by Attorney Muchinsky.)
24

25             * * * * * * * *

66

C E R T I F I C A T E   O F   D E P O N E N T

I, HSIU-CHIN CHEN, have read the foregoing transcript of the testimony given and it is true and accurate to the best of my knowledge as originally transcribed and/or noted on the attached Errata Sheet.

_____
HSIU-CHIN CHEN

Subscribed to and sworn to before me on this _____ day of _____ , 2003.

_____
Notary Public

My Commission expires:

_____

3:02CV1778(JCH)

MEI ROGUS

-vs-

BAYER CORPORATION

HSIU-CHIN CHEN - SEPTEMBER 19, 2003

WJL

1    STATE OF CONNECTICUT

2    COUNTY OF TOLLAND

3        I, Wendy J. Leard, a Notary Public for the

4    State of Connecticut, do hereby certify that the

5    deposition of HSIU-CHIN CHEN, a witness, was taken

6    before me pursuant to Section 243, et seq, of the

7    Connecticut Practice Book, at the law offices of

8    UPDIKE, KELLY & SPELLACY, P.C., One State Street,

9    Hartford, Connecticut, commencing at 9:43 a.m., on

10   Friday, September 19, 2003.

11       I further certify that the deponent was first

12   sworn by me to tell the truth, the whole truth,

13   and nothing but the truth, and was examined by

14   counsel, and her testimony stenographically

15   reported by me and subsequently transcribed as

16   herebefore appears.

17       I further certify that I am not related to

18   the parties hereto or their counsel, and that I am

19   not in any way interested in the event of said

20   cause.

21       Dated at Somers, Connecticut, this 30th day

22   of September, 2003.

23       _____

24                    Wendy J. Leard
                      Notary Public

25   My Commission Expires May 31, 2007

C:\WINDOWS\Desktop\TTSLQA3.dat

Position Title:        Account I
Supervisor Name:       Mei Rogus
Salary Grade:          M03
Co./Div.:              Bayer Corp./Plastics
Location:              Berlin, CT
Department:            Accounting
Telephone:             (860)828-4100

PLAINTIFF'S
EXHIBIT

_____

CHEN

**Brief Description of Position:**

The incumbent will assume the majority of inventory control responsibilities, assist the Plant Controller in several aspects of cost accounting functions as well as support to payroll and A/P.

**Responsibilities include:**

- Daily production and consumption of intermediates and raw materials from crew reports, and enter data into system;
- Enter transfer tickets of finished goods information into system;
- Emailing daily production inventory to CDS in PGH & Berlin Site personnel;
- In charge of Returned Goods Process, includes tracking and logging on a spreadsheet RG report;
- Entering in Silo deliveries into inventory as receivers get submitted;
- Entering in scrap truck inventory as needed;
- Adjusting inventory & Writing-off of off-spec or correction of inventory errors;
- Tracking and logging inventory adjustments on a spreadsheet;
- Tracking and logging silo deliveries on a spreadsheet and submitting a summary to Production, Quality Control and Purchase;
- Contact for questions of inventory for all Film Business personnel.
- By the second working day of each month submitting a report that comprises of;

  1) Inventory Adjustment Report, 2) Silo Delivery Report, 3) Returned Goods Report, 4) Statuses on any Special Projections, 5) Summary on events or issues during the month, 6) Conversion Production Report, 7) Production Errors Crew & Transfer Tickets, 8) Gains and Losses lbs. & dollars Report;

- Conducting cycle counts of finished goods inventory, reconciling all discrepancies and writing a report with the results;
- Consumption of WIP inventory of conversion material as received;

BAYER/ROGUS 000131

C:\WINDOWS\Desktop\ATT5LQA3.dat

- Reviewing ACTG8001 RMDS report for accuracy of consumption and production of conversion tickets and making correcting adjustment entries;
- Moving raw materials from finished goods (IN side) side to the plant side (MI side) by checking IVAL0199 RMDS report;
- Entering in on a monthly basis conversion production on a spreadsheet (provide by the conversion department) and providing Yield figures;
- Print and file monthly accounting and financial reports;
- Conduct month end masking inventory count;
- Support to payroll and A/P invoice processing;
- Participate in monthly closings by preparing journal entries, allocating expenses, reconciling payments, balancing raw materials, and adjusting entries to system;
- Special projects as they pertain to accounting.

**Requirements:**

- Working knowledge of accounting principals;
- Prior accounting or bookkeeping experience preferred;
- Proficiency in computer skills – MS Excel, Word, etc.;
- Overtime required at month end closing time;
- Pleasant personality, willing to do clerical work;
- Strong motivation to learn and long term commitment;
- Ability to handle multiple projects and work under stress;
- Detail-oriented person with the ability to work in a team environment;
- Accounting degree would be helpful, but not required.

BAYER/ROGUS 000132

**Hsiu-Chin Chen**
**82 Overbrook Road**
**West Hartford. CT 06107**
**(860) 561-9679**
**Email: 錯誤! 尚未定義書籤。**

## Objective:

To obtain a challenging position that utilizes abilities developed through my skills and experience and also provides for the opportunity to learn and advance with the organization.

## Summary of Qualifications:

- Ability to work independently, team oriented and fit in and work well with people at all levels.
- Have demonstrated excellent attention to detail, organization and management,
- Ability to work under pressure and to handle multiple tasks.

## Employment Experience:

October 1996 to present:  **Sodexho/Marriott   Management Services**, Hartford,
CT

       *Cashier,Caterer*
- Receive cash and balance the register at end of the day.
- provide large private dining room meeting/party catering service.

May 1993 to Sept. 1996:  **Gardner Merchant**, Hartford, CT
*Inventory Control, Cashier*

- Responsible for ordering , receiving, and inventory control. Organized stock room as need and assisted month-end physical inventory   and reconciled all discrepancies, prepared monthly inventory report for management.
- Balanced the register and prepared daily cash receipts report.

PLAINTIFF'S
EXHIBIT
3
CHEN

BAYER/ROGUS 000126

| May 1986 to 1988 | **Magness Consulting Services**, Taiwan |
| | *Accountant, Executive Secretary* |

- Performed various accounting functions which involve client billing, accounts receivable.

- Performed secretarial functions for Executive Director. Prepared records, notices, minutes and other board related correspondence. Arranged programs, events meeting/conference schedules with the clients and other professional staff.

| January 1980 to 1986 | **Jatai Glass Inc.**, Taiwan |
| | *Accountant, Executive Secretary* |

- Performed various accounting functions which involve sales quote, ordering, inventory control, accounts receivable, accounts payable, payroll, trail balance and general ledger, financial reports preparation.
- Performed secretarial functions for the owner. Arranged client meeting, contact. Prepared records, memos, reports.

**Education:**

Shu Kuang Girl's High School, Majoring in Accounting

**Reference:**                Available upon request

BAYER/ROGUS 000127

02/05/2003  12:00   8602769632                                              PAGE  44

## SANDY C. SUN
### 38 Crestview Drive
### Woodbridge, CT 06525

#### Phone: (203) 393-1152

| | |
|---|---|
| **Objective** | A position as an applications developer that leverages my strength, provides opportunity for value-adding contributions to business success and offers continued professional advancement. |
| **Summary of Qualifications** | Demonstrated strong computer software and hardware experience in micro, mini and mainframe computer environments. Strengths in systems analysis, applications programming, and technical support abilities to achieve aggressive goals. |
| **Professional Experience** | **Connecticut State Community-Technical Colleges          Hartford, CT** **Computer Data Center, Board of Trustees** |
| **2/1995 – 6/1998** | **Programmer** In response to user's requests, prepared program specifications and system documentation, and involved in system design and analysis. Worked independently to code, compile and test new programs to generate reports utilizing SQL*PLUS and SQR Report Writer. Involved in the interface projects of converting existing VAX-Basic based administrative |

---

02/05/2003  12:00   8602769632                                              PAGE  43

## Rogus

| | |
|---|---|
| **From:** | Kuang-Yung Chen [Kuang-Yung.Chen.B@buyer.com] |
| **Sent:** | Monday, November 15, 1999 4:53 PM |
| **To:** | *CHENPY@worldnet.att.net |
| **Cc:** | *rogus@erols.com |
| **Subject:** | Resume |



Chin,

You may use the attached file as a template to write your resume and send it back to us. We will do some cosmetic work for you. Don't worry if you will be just doing fine.

Please free feel to call if you have any questions.


CKY

Mei, Could you please provide us some info to prepare the resume ?  Thanks a lot!

| | | |
|---|---|---|
| 1/1986 - 2/1987 | **Connecticut State Police, Department of Public Safety** <br> **Information Systems** | **Meriden, CT** |

**Programmer**

Maintained and enhanced boiler inspection and firearm registration systems using structured COBOL programming on Honeywell DPS6, GCOS6 environment.

Assisted Forensic Laboratory to setup personal computer systems on a volunteer basis.

**Education**

**1991 – 1994**  Central Connecticut State University, New Britain, CT
M.S., Educational Technology and Media

**1984 – 1986**  University of New Haven, New Haven, CT
M.S., Computer and Information Science

**1980 – 1984**  Soochow University, Taipei, Taiwan
B.A., English Literature

**Professional Training**

**Oracle Toolkit Training**
- Oracle SQL*PLUS
- Oracle Forms
- Pro*C
- SQR Report Writer

- PC LAN Maintenance and Troubleshooting
- Microsoft Products Training programs
  (Access, Excel, Visual Basic, Word for Windows, Windows, PowerPoint)

**Honeywell Computer Training Center**
- Database Management Programming
- GCOS6 DMIV COBOL Programming
- Systems Design and Analysis

**Technical Environment**

DEC VAX Basic, C, COBOL, dBase III+, FORTRAN, Pascal, SAS, Visual Basic under DOS, Windows, VAX VMS and UNIX operating systems.

**Reference**

Dr. Henry Lee
Connecticut Dept. of Public Safety
(860) 685-8000

Ms. Trish Sawczuk
Manager, Information Systems
Skinner Valve, Honeywell Inc.
(860) 627-2467

Ms. Mae Rogus
Plant Controller
Plastics Division, Bayer Corp.
(860) 828-2337.

## Rogus

| | |
|---|---|
| **From:** | Rogus [rogus@erols.com] |
| **Sent:** | Tuesday, November 16, 1999 9:38 PM |
| **To:** | '=?big5?B?IF621LRm?=' |
| **Subject:** | RE: resume requested |

Chin,

I made a few modifications to your resume.  I moved the experiences in Taiwan to the top because they are more related to the job you are applying for.

I also changed the Girl's High School to Commercial High School.

I added Computer skills in the Strengths (I changed "Summary of Qualification" to Strengths) section.  Please add any application that you know.

Did you ever take any courses in Accounting or Bookkeeping during the past few years?  I thought you said a while ago that you were taking some courses.  If yes, put it on the resume.  It will be helpful.

I think your resume looks very good.  Good luck.

Mel



Hsluresume

| | |
|---|---|
| **From:** | =?big5?B?IF621LRm?=:[SMTP:chenpy@worldnet.att.net] |
| **Sent:** | Tuesday, November 16, 1999 0:20 PM |
| **To:** | rogus@erols.com |
| **Subject:** | resume requested |

<<File: ATT00001.txt>> <<File: ATT00002.htm>> <<File: Hsluresume.doc>>



PLAINTIFF'S
EXHIBIT
4
CHEN

000341



7.6

**Hsiu-Chin Chen**
**82 Overbrook Road**
**West Hartford. CT 06107**
**(860) 561-9679**
Email: chenpy@worldnet.att.net

**Objective:**

To obtain a challenging position that utilizes my skills and abilities developed through
practical experience, and that provides for the opportunity to learn and advance within
the organization.

**Strengths:**

- Ability to work independently in a team work environment,
- Work well with people at all levels,
- Excellent attention to detail,
- Strong organizational and managerial skills,
- Ability to work under pressure and to handle multiple tasks,
- Computer skills: Excel, Word, etc.

**Employment Experience:**

January 1980 to 1986   **Jatni Glass Inc., Taiwan**
*Accountant, Executive Secretary*

- Performed various
accounting functions which involve sales quote,
ordering, inventory control, accounts receivable,
accounts payable, payroll, journal entry, general
ledger, balance and financial report preparation.
- Performed secretarial
functions for the owner. Arranged client meeting,
contact. Prepared records, memos, reports.

May 1986 to 1988   **Magness Consulting Services, Taiwan**
*Accountant, Executive Secretary*

- Performed various
accounting functions which involve client billing,
accounts receivable.

- Performed secretarial

**000345**

7.8

functions for Executive Director. Prepared records, notices, minutes and other board related correspondence. Arranged programs, events meeting/conference schedules with the clients and other professional staff....

| | |
|---|---|
| May 1993 to Sept. 1996: | **Gardner Merchant, Hartford, CT**<br>*Inventory Control, Cashier* |

- Responsible for ordering , receiving, and inventory control. Organized stock room as needed and assisted month-end physical inventory and reconciled all discrepancies, prepared monthly inventory report for management.
- Balanced the register and prepared daily cash receipts report.

| | |
|---|---|
| October 1996 to present: CT | **Sodexho/Marriott Management Services, Hartford,**<br><br>*Cashier, Caterer* |

- Receive cash and balance the register at end of the day.
- provide large private dining room meeting/party catering service.

**Education:**

Shu Kuang Commercial High School, Major in Accounting

**Reference:**          Available upon request

!

000346

**Rogus**

| | |
|---|---|
| **From:** | Kuang-Yung Chen [Kuang-Yung.Chen.B@bayer.com] |
| **Sent:** | Wednesday, November 17, 1999 10:48 AM |
| **To:** | -         *rogus@erols.com |
| **Cc:** | -         *CHENPY@worldnet.att.net |
| **Subject:** | Final one |



Houreu-final.doc

PLAINTIFF'S
EXHIBIT
6
CHEN

000943

1

Received Fax   02/05/2003   12:00   8602769632   LAW OFFICES   PAGE   51

## Rogus

7-11

| | |
|---|---|
| **From:** | Rogus [rogus@erols.com] |
| **Sent:** | Sunday, December 05, 1999 7:08 PM |
| **To:** | 'Chin Chen' |
| **Subject:** | RE: Thank you note |

Chin,

I made some minor changes - such as comma (,), period (.), capital letter to lower case and organize the paragraph, etc. How about giving Cidy's name and phone numbers in the thank you note for further reference?  Did you forget about it or did you decide not to use her as a reference?

Good luck!
Mei



Chin Thank you note

PLAINTIFF'S
EXHIBIT

tabbies

7

CHEN

1

000349

Chin Thank you note

Dear Ms.Rogus:

Thank you very much for the interview regarding the position of accountant with Bayer corporation. I enjoyed meeting with you and learning more about the job responsibilities of this position.

I am very excited about the opportunity to obtain a job as an accountant. It is my goal to get back to the accounting field because it is a profession that I enjoyed working in for 8 years in Taiwan.

I believe my education, experience and skills meet the requirements of the position. I am a dedicated person and a good team player. I always take my job seriously. I have confidence to handle this job very well. I am sure that I can make an immediate contribution to your organization.

Thank you for your time and consideration. Please feel free to contact me if you need more information.

Sincerely,
Chin Chen

Page 1

000350



PLASTICS DIVISION
FILM
BUSINESS
BERLIN CT

**Internal Memoranda**                                                  **ACCOUNTING DEPT.**


**To:**             Chin Chen

**From:**           M. Rogus

**Date:**           May 11th, 2001  *Friday*

**Subject:**        Corrective action plan


The following is a list of errors/problems that have been repeating on a daily, weekly and monthly basis since you have assumed the position.

1.  Repeated questions about "invalid product codes",
2.  Do not understand trial product inventory procedures,
3.  Inability to communicate,
4.  Inability to follow instruction,
5.  Process Formula errors,
6.  Not able to complete balancing of ACTG8001 report by –D2,
7.  Unable to solve problems,
8.  Poor computer skills,
9.  Error numbers on reports,
10. Wrong entry without correction,
11. Do not understand Bayer accounting system (inventory and costing)
12. Not responding to requests/questions.

It requires immediate improvement on the above listed issues/problems.



PLAINTIFF'S
EXHIBIT
*10*
*CHEN*

May 25, 2001

Conversation with Chin-Hsiu Chen, Rich Fuhrman, Denise Church-Ball and Mei Rogus

The meeting began by letting both Mei and Chin know that our goal after this meeting was to be able to have Chin get the help she needs to do her job better, and if Mei needed our help in finding training or resources for Chin, then we could try to help her in that area.

We asked Mei to go over some of the areas of concern that she had with Chin. When she stated to go over these areas, Chin admitted that when she first started at Bayer for about the first ½ of the year she was having problems doing her job. She felt that she needed Mei to help her in certain areas, and that Mei was not able to help her. Chin stated that Mei would get angry with her and tell her " I am not going to help you anymore" and walk away from Chin. Chin felt as though this was not right and that Mei should try to help her with some of the problems that she was facing. Chin said that Mei "hurt her feelings". Chin said that most of what she has learned she has had to do so by herself. She says that she is able to face her weaknesses, but that she could not deal with Mei's treatment of her. She told Mei that she puts walls up around herself, so that Chin felt as though she could not go to her with any problems.

Mei then asked Chin to explain when she had "poked" her. Chin said it was after everybody had gone home, she came over to her, and poked her and told her that "she was the inventory clerk, and she needed to fix the problems". Then another time, she said Mei "poked" her head and said "figure it out". Mei denied touching Chin. She said the gets frustrated with her, but that she would not touch her.

Then Mei spoke about Chin not having any computer skills and that when she was hired; she was not honest with Mei. Chin became very upset, started crying and said that she did tell Mei everything about her skills before she was hired. She also said that she could not believe that Mei would say that, when Chin did tell her.

Because Chin was so upset, I asked Chin to come to my office so that we could talk and the meeting ended.

PLAINTIFF'S EXHIBIT
//

000221