# Performance Management

# BAYER

Employee's Name  **Mei Rogus**

I.D. Number  **027169**

Job Title  **Plant Controller**

Division/Department  **Plastics./Film**

Supervisor's Name  **Rich Fuhrman**

Job Location  **Berlin, CT**

Period Covered From  **April 5, 1999**

To  **December 31, 1999**

## Key Responsibilities as Defined in Job Description

The Bayer Corporation Performance Management Process (PMP) is designed to strengthen communication between employees and supervisors, so we all understand what is expected, and have the tools to do our jobs. The PMP is a systematic approach-to work effectively, it needs to be carried out continuously. The PMP has three basic phases:

**1.  Expectation Setting**

At the beginning of the process, you and your supervisor meet and agree on your key job responsibilities, objectives for the year (both your individual objectives and those of teams you may belong to), and performance factors and/or competencies (the skills and behaviors critical to performing your job well).
Any objectives you set should be S.M.A.R.T. That is:

**Specific** - they should cover what will be done

**Measurable** - for example, "I'll research and write two reports on new markets..."

**Achievable** - with some stretch, but without Overcommitting

**Realistic** - having a do-able and realistic outcome

**Time-based** - they should be achieved by a specific target date

**2.  Progress Review and Coaching**

You meet periodically with your supervisor during the year to check progress toward objectives, revise objectives, or change priorities as needed.

**3.  Performance Review**

At the end of the year, you'll meet with your supervisor to recap and document accomplishments. Based on this review, you may identify specific actions for the next period, and begin a new round of expectation setting.

This form is used to document these three phases.

To make the PMP an effective tool, both employees and supervisors share responsibility for communicating and for managing performance. For more detailed information about the Bayer PMP, you should consult with your supervisor, your local Human Resources Representative, or read the "Performance Management Process" booklet, which you can obtain from your local Human Resources Department.

pmpform.rev1099.doc


PLAINTIFF'S EXHIBIT
*Fuhrman*

BAYER/ROGUS 000059

## *Performance Expectations*

- Agreed-upon objectives for this period as initially established or modified.
- Self-development objectives as established in previous performance review.
- Team-based activities.
- Performance factors and/or competencies

*Please attach typed sheet(s) if necessary.*

Individual objectives based on position responsibilities                                    Target Date

1.  Learn daily entry of production tickets and conversion tickets
2.  Learn how to write and enter production & consumption of FG, intermediate and RM
3.  Learn how to review RMDS reports and make corrections and inventory adjustments
4.  Learn how to review cost center expense reports, product cost reports, AP reports, IS, balance sheets acts
5.  Learn how to make Journal Entries and Bayer's General Ledger system
6.  Learn Bayer's cost accounting system
7.  Conduct month end closing independently
8.  Learn how to set up users in the mainframe system (site TPX administrator)
9.  Read corporate cost accounting manual, financial policy handbook, employee handbook and Y2K manual
10. Assist with the planning of 2000 budget schedule
11. Conduct semi-annual inventory audit in Berlin and Tekra
12. Learn AP, payroll, AFE, fixed asset with Helen
13. Learn Lotus Notes
14. Learn Brio
15. Meet and establish network with key accounting personnel in PGH
16. Learn WinStar system
17. Assist in fixed asset audit and tagging.
18. Set up database for key accounting data on Lotus Notes

Team Based Activities
1.  Participate and lead the Y2K and BCP projects
2.  Participate and provide financial assessment to the NPD team
3.  Participate Tekra-Bayer team building conference

Safety and Environmental Protection
Participate in office safety inspection activity and attend monthly HES meeting/training.  Follow all site safety policies and procedures and support them within department.

Quality and Customer Satisfaction

Workforce Diversity (required for supervisory personnel)

Employee Development (required for supervisory personnel)

Performance Factors and/or Competencies - Expectations
*List 4 – 7 most important, mutually identified in order of importance, with performance expectations*

BAYER/ROGUS 000060

## *Performance Review*

- Directly related to performance expectations.
- Consider key accomplishments, significant difficulties and problems encountered.

*Please attach typed sheet(s) if necessary.*

### Individual objectives

1. Thorough understanding and execution of daily production tickets and conversion tickets' entry to system.
2. Thorough understanding and completion of crew report production & consumption as well as building PFs for FG, intermediate codes and RMs.
3. Thorough understanding of all related RMDS reports and making corrections and inventory adjustments
4. Thorough understanding of all cost center expense reports, product cost reports, AP, IS, balance sheets accounts and making appropriate adjustments/corrections
5. Good understanding of Bayer's General Ledger system and making Journal Entries each month
6. Trained and understood well of Bayer's cost accounting system
7. Ability to conduct month end closing independently after three months of training
8. Ability to set up new employees in the mainframe system and act as site TPX administrator to resolve mainframe problems for Berlin site users.
9. Completed reading of corp. cost accounting manual, financial policy, employee handbook and Y2K manual.
10. Coordinated and compiled year 2000's budgets.
11. Conducted semi-annual inventory audit in Berlin and Tekra
12. Gained a general understanding of AP, payroll, AFE, fixed asset, more details to be trained in 2000.
13. Learned and understand Lotus Notes at user level.
14. Learned Brio and utilized the program to obtain data for monthly reports.
15. Met and established network with key accounting personnel in PGH
16. Learned WinStar system

### Team Based Activities

1. Mei did an excellent job leading and coordinating the site's Y2K efforts. Berlin received numerous compliments from corporate auditors on planning and preparation. Turnover was a non-event.
2. Participated and provided financial assessment to the NPD team
3. Participated Tekra-Bayer team building conference

### Safety and Environmental Protection

Mei and her department participate in the office housekeeping inspections and regularly attend monthly safety meetings. She follows and supports all site safety policies and procedures.

### Quality and Customer Satisfaction


### Workforce Diversity (required for supervisory personnel)


### Employee Development (required for supervisory personnel)


### Performance Factors and/or Competencies – Results


BAYER/ROGUS 000061

## Overall Narrative Assessment
• General summary of overall performance quality and quantity
• Performance comments not directly related to agreed-upon expectations

Since joining the Film Business in April, Mei's focus has been to learn the responsibilities of the position and she has done a good job accomplishing this. She had a solid transition period with her predecessor. Mei has shown to be a very dedicated and highly motivated employee who is willing to put in the time to get the job done. She has a lot of self-confidence and can be quite headstrong. These can be very desirable qualities and Mei should always try and use them in a positive way. She must not let them get in the way of good listening skills or following instructions. Most of the time Mei is very cooperative and easy to work with. Mei was very resourceful in getting through a difficult period without an inventory clerk. Overall, Mei is off to a good start with the Film Business and I look forward to her taking on more responsibility as she gets her department organized.

## Overall Rating
*Based on performance against expectations and against performance factors and/or competencies*

[ ] far exceeds expectations | Results clearly and consistently exceed expectations for all performance objectives and position responsibilities.

[ ] below expectations | Results do not consistently meet performance objectives and position responsibilities. Employee and supervisor should plan specific actions to improve performance.

[ ] exceeds expectations | Results frequently exceed expectations for performance objectives and position responsibilities.

[ ] unacceptable | Results do not meet performance objectives and position responsibilities. Immediate action must be taken by employee and supervisor to improve performance to "meets expectations" level.

[X] meets expectations | Results consistently meet, and in some cases, exceed performance objectives and position responsibilities.

## Action Planning
• Employee's development requirements and plans with regard to the current position
• Other actions planned.

Attend the three part Bayer Leadership Curriculum
Lead investigation into barcode applicability for Berlin.
Develop improvements to Access scheduling database.

## Employee Comments

I am glad to have the opportunity to join Bayer Corporation in April of 1999 as a Plant Controller at Berlin site. The job responsibilities are very diverse and challenging. People are professional and helpful. Management team has been working very hard to improve the working environment for all employees. I also enjoyed my supervisor's management style – provides clear direction, a good communicator, decisive and respect other people.

Overall, I love the job, company and people. I look forward to contributing more to the company in the future!

| employee signature* | date | reviewer's signature | date | next level signature | date |
|---|---|---|---|---|---|
| *(signature)* | 2-28-00 | *(signature)* | 2/29/00 | *(signature)* | 3/1/00 |
| print name | | print name | | print name | |
| Mei Rogus | | Richard W. Fuhrman | | Peter S. Gense | |

*Employee's signature indicates neither agreement nor disagreement, but that the evaluation has been discussed with the employee.*

BAYER/ROGUS 000062

# Performance Management

# BAYER

---

Employee's Name  **Mei Rogus**

I.D. Number  **027169**

Job Title  **Plant Controller**

Division/Department  **Plastics Div./Film/Accounting**

Supervisor's Name  **Rich Fuhrman**

Job Location  **Berlin, CT**

Period Covered From  **January 1, 2000**

To  **December 31, 2000**

## Key Responsibilities as Defined in Job Description

The Bayer Corporation Performance Management Process (PMP) is designed to strengthen communication between employees and supervisors, so we all understand what is expected, and have the tools to do our jobs. The PMP is a systematic approach-to work effectively, it needs to be carried out continuously. The PMP has three basic phases:

**1.    Expectation Setting**

At the beginning of the process, you and your super-visor meet and agree on your key job responsibilities, objectives for the year (both your individual objectives and those of teams you may belong to), and perfor-mance factors and/or competencies (the skills and behaviors critical to performing your job well).
Any objectives you set should be S.M.A.R.T.
That is:

**Specific** - they should cover what will be done

**Measurable** - for example, "I'll research and write two reports on new markets..."

**Achievable** - with some stretch, but without Overcommitting

**Realistic** - having a do-able and realistic outcome

**Time-based** - they should be achieved by a specific target date

**2.    Progress Review and Coaching**

You meet periodically with your supervisor during the year to check progress toward objectives, revise objectives, or change priorities as needed.

**3.    Performance Review**

At the end of the year, you'll meet with your super-visor to recap and document accomplishments. Based on this review, you may identify specific actions for the next period, and begin a new round of expectation setting.

This form is used to document these three phases.

To make the PMP an effective tool, both employees and supervisors share responsibility for communicating and for managing performance. For more detailed information about the Bayer PMP, you should consult with your supervisor, your local Human Resources Representative, or read the "Performance Management Process" booklet, which you can obtain from your local Human Resources Department.

pmpform.rev1099.doc



PLAINTIFF'S EXHIBIT
2
Fuhrman

BAYER/ROGUS 000054

# Performance Expectations

| | |
|---|---|
| • Agreed-upon objectives for this period as initially established or modified. | • Team-based activities. |
| • Self-development objectives as established in previous performance review. | • Performance factors and/or competencies |

*Please attach typed sheet(s) if necessary.*

Individual objectives based on position responsibilities                                    Target Date

**Bar Code system/Access application system evaluation**
1. Assess Berlin site's needs of an automation system for production, shipping, purchasing and actg. dept.
2. Investigate the costs of developing MS Access application software for above automation needs.
3. Investigate the costs of implementing a Bar Code system.
4. Evaluate the pros and cons of Access and Bar Code system and provide a proposal to management.
5. Complete the planning by Q4 and ready for implementation on January 1st of year 2001.

**Inventory Control**
1. Establish a tracking system for resin and masking inventory control – Bar Code system may provide this need. (Bar Code or Access system will provide the solution for this).
2. Complete training of new employee, Chin Chen, to be able to handle all inventory control functions independently by end of year 2000.
3. Set up accounting system to handle trials and to track cost and yield.

**Accounting/Payroll/AP/AFE**
1. Ensure Helen's transition to use current mainframe system (the old computer will be eliminated this year).
2. Cross train myself in payroll/AP and AFE to be a back up person for Helen.
3. Conduct fixed asset audit for Berlin site.

## Team Based Activities
1. Continue to be actively involved in product development team.
2. Initiate an accounting synergy team among the three small sites in New England – Berlin, Sheffield and Deerfield.
3. Coordinate year 2001 budgeting schedule and process.

Safety and Environmental Protection
Require each accounting employee to attend monthly safety meeting, training and participate in safety activities.

Quality and Customer Satisfaction
1. Ensure dependability of results – month end closing, financial/accounting reports.
2. Recognize performance and share achievements of self and others.

Workforce Diversity (required for supervisory personnel)
Interact effectively with diverse individuals; manage relationships, demonstrate effective skills to deal with people from a variety of cultures, genders, races and national origins.

Employee Development (required for supervisory personnel)
Evaluate and recommend appropriate training, seminar & conference for Accounting employees.

Performance Factors and/or Competencies - Expectations
*List 4 – 7 most important, mutually identified in order of importance, with performance expectations*

**Problem Solving:** Anticipate and identify problems; correctly analyze situations; consider alternatives; take action; monitor and evaluate results in a systematic manner.

**Practical Judgement:** Evaluate and select alternatives based on realistic limits and different perspectives; understand the full implication of actions before proceeding.

**Social receptiveness/Cooperation:** Work as a member of a team; respond positively to the needs of others; understand the company's goals, values and culture; take action to complete common objectives.

**Employee Development:** Develop the skills and competencies of subordinates through training, exposure to special projects, etc.

BAYER/ROGUS 000055

# *Performance Review*

- Directly related to performance expectations.
- Consider key accomplishments, significant difficulties and problems encountered.

*Please attach typed sheet(s) if necessary.*

Individual objectives

### Bar Code system/Access application system evaluation

- Acsis system engineers visited Berlin twice; Vince Ombres from PGH also visited us with Acsis once to evaluate our operation and needs for Bar Code system.  Received preliminary quotation from Acsis.
- I also visited Hebron, OH site's bar code system. Due to the high cost of Acsis system.  We changed the direction to the other option of creating a central database collection system – "MIS" (Manufacturing Information System).

### Inventory Control

- Bar Code system is out of our consideration now due to cost constraints. The "MIS" system should be able to provide the functions of tracking resin and masking inventory.  This is a continuing effort for 2001.
- Completed training of new employee Chin in all inventories control functions including new trial procedures.
- Completed setting up accounting system and procedures to handle trial productions in system that achieved the following goals:
  1. Trials are now visible in system for CDS in Pgh to view and track shipment;
  2. No effect on Berlin's production volume or yield;
  3. No effect on overall inventory value. Trials are entered into system as quantity only, no dollar value;
  4. No effect on Berlin's production costs - trail costs (RM & conversion) are expensed to R&D cost center.

### Accounting/Payroll/AP/AFE

- Completed Helen's transition to use current mainframe system and the old computer was eliminated.  The transition was very smooth and Helen had no problem using current system.
- Received training from Helen in payroll, AP and AFE.
- Fixed asset audit was postponed to 2001 due to time constraints of people involved in productivity project.

### Additional achievements that was not included in 2000's goals

- **CPAS/EMMS**
  Completed setting up and training key employees on CPAS/EMMS for construction projects/AFEs in Berlin site; Employees at the maintenance, purchasing and accounting departments are very much working independently in entering requisitions, POs and invoices of AFEs and capital projects into EMMS and CPAS system.

- **WinStar**
  Successfully setting up WinStar system to handle:
  1. New 24 hours/7 days operating schedules and premiums;
  2. Automatically deduct lunch break for non-exempt employees;

- **TPX Administrator – Rumba mainframe system**
  Became an active TPX administrator responsible for setting up new users in Rumba system as well as assisting current users with any problems they might have with mainframe system.

- **Y2K project**
  Continued working on Y2K project in Q1 to ensure successful transition on February 29 without any events; also assisted Mike D. in Q2 and Q3 with CIP nominations for Y2K team to be recognized for QEA and PAA.

- **Productivity Plus $ project**
  Started participating in PP$ meetings and drafts for 2001 PP$ scorecards in Q4.

BAYER/ROGUS 000056

## Team Based Activities

Continue to be actively involved in product development team.
Due to the change of personnel in pgh Divisional controlling department, Accounting synergy team was not formed.
Completed and coordinated year 2001 budgeting schedules and process (with new process – BPS)

## Safety and Environmental Protection

Required each accounting employee to attend monthly safety meeting, training and participate in safety activities.
Missed only one office safety inspection.

## Quality and Customer Satisfaction

Monthly financial/accounting reports have been completed accurately in a timely manner.
Recognized performance and shared achievements of self and others – started monthly accounting meeting.

## Workforce Diversity (required for supervisory personnel)

Added Chin to accounting department in Berlin site contributed to the work diversity effort Bayer Corporation has
been working so hard to achieve.

## Employee Development (required for supervisory personnel)

Recommended "Time management", "Effective e-mail writing", "LotusNotes", "Excel" training and tax seminar for
accounting employees.

## Performance Factors and/or Competencies – Results

**Problem Solving:**
Through month end closing activities, budgeting process, reconciling RM inventories variance etc., I have
demonstrated the ability to anticipate and identify problems; correctly analyze situations; consider alternatives;
take action; monitor and evaluate results in a systematic manner.

**Practical Judgement:**
By developing accounting system to handle trials as well as CR products in system, I have demonstrated the skills
to evaluate and select alternatives based on realistic limits and different perspectives; understand the full
implication of actions before proceeding.

**Social receptiveness/Cooperation:**
These have been demonstrated through a) day to day interactions with people in different dept/division; b)
participating/handling of different projects (NPD, conducted monthly safety training in June, budget, PP$, Bar
Code, etc.)

**Employee Development:**
Recommended training for Helen and Chin; assigned them new projects and responsibilities for a broad exposure
of experience.

BAYER/ROGUS 000057

## Overall Narrative Assessment
• General summary of overall performance quality and quantity
• Performance comments not directly related to agreed-upon expectations

Mei has shown good growth in her competence in her position.  She is an extremely dedicated and reliable employee, frequently putting in extra hours to get the job done.  She can be depended upon to meet deadlines and commitments.  As the plant's output has dramatically increased over the past year, the workload on Mei and her department has also increased.  Mei has done a good job managing this increased workload while still taking on additional responsibilities (data collection system, Productivity Plu$ coordinator, NPD Team), although occasional reporting errors need to be corrected.  Mei continues to develop in resourcefulness by establishing and using contacts at Pittsburgh and other sites.  Based upon some isolated incidents that occurred in 2000, it is important for Mei to develop a functional relationship with the division VP of Business Planning and Controlling for guidance on appropriate responses to management objectives and decisions.  Mei's overall performance in 2000 is "Meets Expectations".

## Overall Rating
*Based on performance against expectations and against performance factors and/or competencies*

| | | | | |
|---|---|---|---|---|
| ☐ far exceeds expectations | Results clearly and consistently exceed expectations for all performance objectives and position responsibilities. | ☐ below expectations | Results do not consistently meet performance objectives and position responsibilities. Employee and supervisor should plan specific actions to improve performance. |
| ☐ exceeds expectations | Results frequently exceed expectations for performance objectives and position responsibilities. | ☐ unacceptable | Results do not meet performance objectives and position responsibilities. Immediate action must be taken by employee and supervisor to improve performance to "meets expectations" level. |
| ☒ meets expectations | Results consistently meet, and in some cases, exceed performance objectives and position responsibilities. | | |

## Action Planning
• Employee's development requirements and plans with regard to the current position.
• Other actions planned.

- **Professional development**: complete leadership training (Change Leadership)
- **IT system:**
  1. SAS: receive training on SAS report writing.
  2. VB/SQL training (depending on needs of "MIS" system)
  3. SAP: actively participate in SAP meetings and/or training to obtain a broader understanding of SAP system and prepare Berlin site for future implementation.
- **Resin variance**: work with production manager Tim to resolve the variance problems
- **Highlights on reports** to alert management on trends or issues developing.

## Employee Comments

Film business has grown tremendously over the past two years.  2000 Production volume was up 55% compared with 1998 (22% over 1999).  Invoices processed by AP in 2000 increased by 84% compared with 1998 (13% over 1999).  Payroll was also up by 20% - 25% over the past two years due to the increase of headcount numbers.  That meant the workload at Accounting department has been increased accordingly.  I (we)* not only handled the increasing workloads without additional headcount, but also continue to take on more responsibilities (CPAS/EMMS, TPX, Y2K PP$, etc.)

All the hard working, dedicated and loyal accounting employees achieved these exceptional accomplishments.  I (we) have constantly looking for ways to improve efficiency, taking proactive actions to prevent problems, helping other departments to make their jobs easier (and ours, too).  I (we) have demonstrated the diverse skills and knowledge to achieve the superb performance as well as a strong team work spirit in the organization.  I (we) have contributed a great deal to the business's growth and profitability, and am (are) proud of being a member of this organization.

* Without every accounting employee's devotion, it would be hard for myself to achieve such an outstanding performance for the department.

| employee signature   date | reviewer's signature   date | next level signature   date |
|---|---|---|
| *[signature]* 3/8/01 | *[signature]* 3/8/01 | *[signature]* 3/15/01 |
| print name  Mei Rogus | print name  Rich Fuhrman | print name  PETER S. GEISE |

*Employee's signature indicates neither agreement nor disagreement, but that the evaluation has been discussed with the employee.

BAYER/ROGUS 000058

PLAS¡iC FILM BUSINESS
BERLIN, CT

*12-(0-99   9:30 am.*

Date:       December 8, 1999   *Mei : Has HR mgr been consulted about the*
                                                                                    *reprimen*

To:         Mei Rogus   *Rich : Yes.*

Copy:       Personnel File   *Mei: Did Don endorse issuing such a*

From:       Rich Fuhrman   *Rich: Yes.   serious letter?*

Subject:    Letter of Reprimand - Severe

This letter of reprimand is being issued to document your inappropriate conduct.

On Friday, December 3, we discussed you and Helen attending a training session in
Pittsburgh on December 6 & 7. My decision was that only one of you attends the
training and it was up to you to decide whether it would be Helen or yourself. While you
disagreed with the decision at the time, that was the decision that was made. Later that
day, you called me to again express your opinion that it was important that you and
Helen both attend the training. I stood by my earlier decision that only one of you
attends.

On Monday, December 8, at 5:00 pm, you informed me that, on Saturday, you had made
flight reservations for yourself and Helen to go to the training. You also informed me that
you had told Helen that I had approved both of you going to the training.

There are two very serious infractions involved here. First, this is a clear case of
insubordination in that you made plans to go against a direct order from your supervisor
that only one of you attends the training. Second, you intentionally misrepresented to   → *see 12/10*
your subordinate what your supervisor said.   *follow-up attachment*

The timing of your informing me on Monday was also inappropriate in that it came late in   *RHF 12/10/*
the day, especially considering that we had discussed several other issues earlier in the
day.

Future conduct like this will result in severe disciplinary action up to and including
termination.

Should you feel external factors may be influencing your behavior at work, I remind you
that confidential assistance is available through the Employee Assistance Program. I   *as attached*
can provide you with information on the program.   *the reprimand is unjust as*
                                                                                    *stated facts.*

Employee Signature _____   *I find*   Date _12-10-99_ *3:30 pm.*

Supervisor Signature _____   · Date _12/10/99_

**PLAINTIFF'S
EXHIBIT
3**
*Fuhrman*

BAYER/ROGUS 000075

12/10 – Met with Mei to review letter of reprimand and have it signed off. Mei had a written response prepared (attached) and went on to defend her actions. She asked whether I had consulted with HR on the reprimand. I stated I had. Mei said that she was able to get a full refund on her such a serious letter. I replied that he had. Mei said that she was able to get a full refund on her cancelled reservation. I expressed my surprise based on the fact that on Monday, she had told me that she had made a non-refundable reservation on Saturday. Mei said she did not tell Helen that I had approved both of them to go. She said it was a miscommunication. I asked Mei why she didn't tell me this when I repeated at least twice on Monday that I was very disappointed in her misrepresenting what I had said. She did not have an answer but suggested I ask Helen. I told her I would rather not involve Helen any more in the matter. ~~We again discussed why she waited until so late in the day Monday to inform me and she said it was due to our being busy. I reminded her that we had discussed other issues that morning – one on one.~~

*MR : We did not get into this discussion December. 10 A*

I told Mei that the letter would stand and her response would be attached to the letter and both placed in the file. I told her that if there were no other infractions of this type for six months, both would be removed from her file. I went on to say that she has the right to talk to Don, Peter or Pgh HR. She asked who would be best and I said it was up to her – whomever she felt most comfortable with. I asked her to sign the letter acknowledging that she read it. She asked me to sign first, which I did, and then she said she would like Don to sign it before she does. I told her I would talk to Don, but I don't think it's necessary or proper for him to sign such a letter.

*meeting I do remember discussing this RWF 12/1.*

I called BTI at 1400 hrs on 12/10. They verified that Mei had made a fully refundable reservation on Saturday 12/4 for herself and Helen. They said they had cancelled Mei's reservation at 6:23 pm on Monday.

I asked Helen whether Mei had told her that I approved both of them going. She said that I had approved one of them and that on Friday, it was going to be Mei and on Monday she was informed that she would be going.

I then asked Mei whether the reservation she made on Saturday was through BTI. She said it was and that it was the only reservation that she made for the trip.

*Richard Whitesell* 12/10/99

BAYER/ROGUS 000077

# Bayer

POLYMERS & CHEMICALS DIVISIONS
HUMAN RESOURCES

DATE: February 10, 2000

FROM: S. B. Redshaw

TO: G. L. Reck

PHONE: 412-777-2191

FAX: 412-777-2537

COPY: P. S. Geise
T. D. Romps
R. Fuhrman

SUBJECT: Recommendations Resulting From My Investigation Of The Mei Rogus Complaint - Berlin, CT

## CONFIDENTIAL

On Wednesday January 12, I conducted investigation interviews with:

- Mei Rogus
- Rich Fuhrman
- Don Telesca

## THE COMPLAINT

Mei claims that Don Telesca sexually harassed her during the period of May to July 1999, just after they were both hired by Bayer, Berlin. The alleged harassment took the form of a number of unwelcome comments about her appearance and, on one occasion, putting his arm on her shoulder. She states that the harassment stopped after she complained to Rich Fuhrman and no other incidents have occurred.

However, she believes that the discipline she received dated December 8, 1999, and attached to this report was retaliation on Telesca's part for her complaint. She regards him at having a vindictive nature and that he is determined to ruin her career with Bayer.

Further, she states that Don Telesca did not conduct an investigation of the events that resulted in the discipline letter being issued and that this demonstrate that he is not treating her in the same manner as other employees. With regard to the disciplinary action, Mei regards this as unjustified and is seeking the immediate removal of the letter from her file. There has been correspondence between her and Rich Fuhrman regarding the letter of reprimand (attached). Fuhrman has stated that he will remove the letter from the file if there are no other infractions of this type for 6 months.

There are 3 issues involved in this situation:

PLAINTIFF'S
EXHIBIT
4
Fuhrman

000274

2. Is the disciplinary action an act of retaliation on Telesca's part?

3. Was the disciplinary action justified and should it stand, be withdrawn, or modified?

# Issue 1 – Sexual Harassment.

Mei Rogus has stated that she felt uncomfortable with regard to Telesca's behavior in the period May to July 1999. His comments with regard to her appearance and the incident of touching were such as to motivate her to take her concerns to Rich Fuhrman. This she did. Rich Fuhrman then addressed the complaint with Don Telesca. He reports that Don was shocked with regard to the complaint. and said that he was "only being friendly". Fuhrman counseled Telesca and instructed him to apologize to Mei Rogus. This apology took place and Rich followed up immediately afterwards and Mei Rogus said that she was satisfied with the apology. Rich followed up several weeks later and again after 2 months to ensure that no inappropriate behaviors had reoccurred and Mei Rogus assured him they had not. Since that time, Mei Rogus reports that Don Telesca's behavior towards her has not been inappropriate. However. she claims that when they attended a seminar on Sexual Harassment. he asked a number of questions of the instructor that she felt were as a result of her complaint to Rich Fuhrman. However, I am discounting this as it does not involve any activity that falls under the definition of Sexual Harassment and there is not evidence that the questions were so motivated

In talking to Don Telesca, he both vigorously and adamantly defends his actions with regard to Mei Rogus as not falling under the Bayer definition of Sexual Harassment. (See attached.) He regards his complements to her as being inoffensive and the incident regarding touching her shoulder as being in the context of drawing her attention to the contents of a computer screen. He is demanding a full investigation of the incidents reported by Mei Rogus last year should the Company consider that her complaint could lead to actions by Bayer against him.

It is my opinion that Telesca's comments to Mei could be regarded as marginally falling under the 3rd. Paragraph of the Bayer definition of Sexual Harassment: "Less extreme examples of Sexual Harassment may include sexually suggested comments, innuendoes, or witticisms. Such behavior may interfere with the individual's work performance or create a hostile work environment."

However, I believe the incident was appropriately addressed by both Rich Fuhrman and Don Telesca after the complaint by Mei Rogus. Rich Fuhrman has counseled Telesca in the strongest possible terms that his behavior must always be above reproach given the position that he occupies at Berlin. I have also counseled Don in strenuous terms that, in the position he occupies, he is held to higher standards than that of the average employee and must act accordingly.

There is not evidence of any continuing inappropriate behavior on the part of Telesca with regard to Sexual Harassment and it is my recommendation that this issue now be closed unless further complaints are received or incidents reported.

## Issue 2 – Retaliation

With regard to Mei Rogus' complaint concerning retaliation on Telesca's part, this is relatively easily disposed of. Rich Fuhrman has told me that after the incidents that he regarded as insubordination had occurred, **he drafted disciplinary action to be issued to Mei Rogus without reference to Don Telesca**. After he had drafted the disciplinary letter, he then asked Telesca to review it. This Telesca did and some modifications were made to the letter. However, the decision to issue discipline and the nature of the disciplinary action was Fuhrman's decision and his decision alone.

This clearly absolves Don Telesca of any implications of retaliation on his part for her previous complaint with regard to his behavior towards her.

Furthermore, the circumstances surrounding the issuance of discipline was not such as to require further investigation until an appeal was made. Don Telesca cannot be faulted for not conducting such an investigation prior to that occurring.

## Issue 3 – Was the discipline issued to Mei Rogus appropriate?

The events which let up to the disciplinary action are complicated and, on the face of it, one has to be surprised that a request from a Manager for herself and a subordinate to attend a training session regarding accounting systems to be held in Pittsburgh should result in disciplinary action. However, Mei's persistence in continuing to press her case for 2 people to attend the training after her Manager had made a ruling on this issue was inappropriate. Similarly the actions that she took which could be regarded as an attempt to force management to accept a fait acompli was also inappropriate.

However, if one defines insubordination as "disobedience" as is the case in Webster's, it is my belief that, from the point in time in which Rich Fuhrman gave her the go ahead to attend on her own time and at her own expense, she was no longer in a relationship with her superior that could be regarded as insubordinate. Despite the fact that it was inappropriate for Management to have offered this alternative, **the fact that it was offered relieves any act of insubordination that may otherwise have occurred.**

I recommend that the letter of reprimand dated December 8, 1999 be withdrawn. It should be replaced by a verbal warning, memorialized as a note to her personnel file, counseling her that in future:

1. Having clearly stated her case to Management, should her recommendations not be accepted it is a requirement that she both abide by a lawful and appropriate decision and that she publicly support it.
2. She is on notice that actions designed to force management to accept her position on an issue are unacceptable and will not be tolerated.

000276

I have a concern about the ongoing relationship between Kogus and Telesca. These are two relatively new, key members of the Berlin management team and it is important that they have a good working relationship based on an acceptable level of mutual trust. I would recommend that suitable **team based** projects be identified that they can both contribute to. By so doing it is anticipated that an appropriate working relationship would be established.

S. B. Redshaw
Director, Human Resources
Polymers and Chemicals Divisions.

000277

On Wednesday, January 26, 2000, in the presence of Stuart Redshaw, I counselled Mei Rogus on the following:

1. Having clearly stated her case to Management, should her recommendations not be accepted, it is a requirement that she both abide by a lawful and appropriate decision and that she publicly support it.

2. She is on notice that actions designed to force management to accept her position on an issue are unacceptable and will not be tolerated.

1/26/00

Don —
Please put this document in Mei's file & return the insubordination letter to me.

Rich



PLAINTIFF'S EXHIBIT
5

10 - 25 - 00   2:00 pm.
Stuarts re report.

000212

**Mei Rogus**                                    06/23/2000 04:44 PM

To:       Helen Kjellquist/BRLIN/POLYMERS/US/BAYER@BAYER-US-NOTES
cc:

Subject:  Travel Policy

PLAINTIFF'S
EXHIBIT
6
Fakenen

Helen:

I have discussed with Rich yesterday regarding Don's expense report problems as well as the inappropriate way he treated you the other day. Rich agreed that Don should have corrected his report after you have shown him the errors. Especially, Don had been informed of similar problems several times before. In addition, I had explained the policy to everyone during the staff meeting on Monday. Rich had also admitted that it was wrong the way Don treated you on Wednesday. He took the expense report back and said that he will ask Don to correct it. He also said that he will talk to Don about his improper treatment to you.

I contacted Greg and then Harry called me (both are VPs of Finance and Accounting) to clarify and confirm the policy for us. We had strong support from them to enforce the proper compliance of corporate travel policy. You did a great job to ensure everyone's expense report is complied with company policy. I appreciate your bringing this kind of matter to my attention. Keep up the good work!

Hope you enjoy your time off!

Regards,
MR

-------------------- Forwarded by Mei Rogus/BRLIN/POLYMERS/US/BAYER on 06/23/2000 04:15 PM --------------------

        Harry Kilvanick
        06/22/2000 02:08 PM

To:     Mei Rogus/BRLIN/POLYMERS/US/BAYER@BAYER-US-NOTES
cc:     Michele Johns/PITTS/P3/US/BAYER@BAYER-US-NOTES

Subject:  Travel Policy

**Mei,**

As a follow up to our discussion regarding the interpretation of the Bayer Corp. Travel Policy allow me to point out the following regarding documenting spending:

1.      The policy states that the **"corporate card must be used to pay for transportation, lodging, rental cars, meals, and all other expenses       where the card is accepted".** All credit card receipts, regardless of dollar value, must be attached to the Expense Report to show compliance to this directive.

2.      The policy states clearly that **"An itemized hotel/motel bill is required to support every lodging expense regardless of amount."**

3.      **Regarding receipts: "A receipt is also required to support any other expense item** amounting to $25 or more. **In general, each individual**
        **purchase is considered to be a separate expense**, e.g., if an employee entertains a guest at

dinner and then takes the same
guest to the theater, the payment for the dinner is considered one expense, and the cost of the theater tickets a second expense. **Credit card receipts** may be used to support expenses for meals, entertainment, and other miscellaneous expenses."

Point number one takes priority, therefore a credit card receipt **must be attached for all card uses** regardless of amount.  It is strongly                        suggested a receipt is obtained for all cash expenditures wherever possible for audit support.  **However, regardless of whether a receipt is available or not,  proper itemization of spending is required.**

As is the case with all corporate polices, stated limits such as $25.00 can be more restrictive set to meet the needs of the site.  A site can not increase a limit, but can certainly reduce it should more control be desired.  It is also the right of cost center managers to require additional detail support for any expenditure regardless of dollar value as these expenditures require their approval and therefore they are equally responsible.

Employees who continually fail to meet the above requirements are subject to detail audit of travel expenditures by both central accounting and internal audit.  Also, failure to properly document travel spending may result in these amounts being included in taxable income to the employee as required by the IRS.

Should you have any additional questions or concerns please contact me.  I hope this helps you to resolve your problem.

Harry Kilvanick
VP - Central Accounting Operation

Discussion with Mei Mui as in late June or early July, 2000

Spoke to Mei about her request for documentation and support from Don Telesca on expense reports for items under $25.

1) Mei made an issue of Don not detailing all expenses on his expense report. She would not approve the expense report for payment until he itemized all expenses, even those for under $25. She told me that this was standard policy at Berlin referring to potential problems with the IRS if they ever audit. I pointed out to her that it had never been required of me in the past and I could show her examples of recent expense reports where I did not have any documentation for some expenses under $25. We also reviewed the travel policy that only requires receipts for individual expenditures over $25 and does not address documentation for expenses under $25. Mei said that she never questioned my expense reports because she trusted me.

3) I asked if that means that she doesn't trust Don. She didn't answer that question; she repeated that she needs the documentation.

4) I told her that it seems to me that she is singling out Don and in light of their history, could be viewed as retaliation. I told her that if we are going to change reporting guidelines, we must announce the change in advance and hold everyone to the same standard. I told her that in this situation, her behavior is unacceptable and will not be tolerated. Mei still did not accept that she acted inappropriately.



7/27/00

PLAINTIFF'S
EXHIBIT
7
Fahmer

000213



**Plastics Division**

Bayer Corporation
245 New Park Drive
Berlin, CT 06037
Phone: 860 828-4100
Fax: 860 828-7819

June 11, 2001

VIA CERTIIFED MAIL

CONFIDENTIAL

Ms. Mei Rogus
476 Pleasant Street
Southington, CT 06489

Dear Ms. Rogus:

I am writing to inform you that the investigation into the allegation that you altered the credentials of a candidate for the position of Accountant 1 is now complete.

Based upon its investigation, the Company concludes that you substantially enhanced the resume of the candidate who was subsequently selected for the position. Under the circumstances, your conduct amounts to a falsification of Company documents.

This falsification amounts to serious misconduct by you and, therefore, your suspension from work is hereby converted to termination of your employment with Bayer Corporation effective Friday, June 22, 2001.

You will not be required to work during this notice period.

We will be contacting you in due course to make arrangements for you to return any Bayer Corporation property and to return to you any personal effects.

For details regarding your Bayer Corporation Benefits, you may contact the Bayer Benefits Center at 800-334-7737 or Denise Church-Ball at 860-828-2311.

Richard Fuhrman



PLAINTIFF'S EXHIBIT
11
Fuhrman

BAYER/ROGUS 000135

**Hsiu-Chin Chen**
**82 Overbrook Road**
**West Hartford. CT 06107**
**(860) 561-9679**
Email: 錯誤! 尚未定義書籤。

## Objective:

To obtain a challenging position that utilizes abilities developed through my skills and experience and also provides for the opportunity to learn and advance with the organization.

## Summary of Qualifications:

- Ability to work independently, team oriented and fit in and work well with people at all levels.
- Have demonstrated excellent attention to detail, organization and management,
- Ability to work under pressure and to handle multiple tasks.

## Employment Experience:

October 1996 to present: CT  **Sodexho/Marriott  Management Services**, Hartford,

*Cashier, Caterer*
- Receive cash and balance the register at end of the day.
- provide large private dining room meeting/party catering service.

May 1993 to Sept. 1996:  **Gardner Merchant**, Hartford, CT
*Inventory Control, Cashier*

- Responsible for ordering , receiving, and inventory control. Organized stock room as need and assisted month-end physical inventory   and reconciled all discrepancies, prepared monthly inventory report for management.
- Balanced the register and prepared daily cash receipts report.



PLAINTIFF'S
EXHIBIT
16

BAYER/ROGUS 000126

May 1986 to 1988        **Magness Consulting Services**, Taiwan
                        *Accountant, Executive Secretary*

- Performed various accounting functions which involve client billing, accounts receivable.

- Performed secretarial functions for Executive Director.   Prepared records, notices, minutes and other board related correspondence.   Arranged programs, events meeting/conference schedules with the clients and other professional staff.

January 1980 to 1986    **Jatai Glass Inc.**, Taiwan
                        *Accountant, Executive Secretary*

- Performed various accounting functions which involve sales quote, ordering, inventory control, accounts receivable, accounts payable, payroll, trail balance and general ledger, financial reports preparation.
- Performed secretarial functions for the owner.   Arranged client meeting, contact. Prepared records, memos, reports.

**Education:**

Shu Kuang Girl's High School, Majoring in Accounting

**Reference:**        Available upon request

BAYER/ROGUS 000127

02/05/2003  12:00     8602769632                                PAGE  46

## Rogus

| | |
|---|---|
| **From:** | Rogus [rogus@erols.com] |
| **Sent:** | Tuesday, November 16, 1999 9:38 PM |
| **To:** | '=?big5?B?lF621LRm?=' |
| **Subject:** | RE: resume requested |

Chin,

I made a few modifications to your resume. I moved the experiences in Taiwan to the top because they are more related to the job you are applying for.

I also changed the Girl's High School to Commercial High School.

I added Computer skills in the Strengths (I changed "Summary of Qualification" to Strengths) section. Please add any application that you know.

Did you ever take any courses in Accounting or Bookkeeping during the past few years? I thought you said a while ago that you were taking some courses. If yes, put it on the resume. It will be helpful.

I think your resume looks very good. Good luck.

Mei



Hsiuresume

---

| | |
|---|---|
| **From:** | =?big5?B?lF621LRm?=[SMTP:chenpy@worldnet.att.net] |
| **Sent:** | Tuesday, November 16, 1999 8:20 PM |
| **To:** | rogus@erols.com |
| **Subject:** | resume requested |

<<File: ATT00001.txt>><<File: ATT00002.htm>><<File: Hsiuresume.doc>>



PLAINTIFF'S
EXHIBIT
17

000341

7.6

**Hsiu-Chin Chen**
**82 Overbrook Road**
**West Hartford, CT 06107**
**(860) 561-9679**
**Email: chenpy@worldnet.att.net**

**Objective:**

To obtain a challenging position that utilizes my skills and abilities developed through practical experience, and that provides for the opportunity to learn and advance within the organization.

**Strengths:**

- Ability to work independently in a team work environment,
- Work well with people at all levels,
- Excellent attention to detail,
- Strong organizational and managerial skills,
- Ability to work under pressure and to handle multiple tasks,
- Computer skills: Excel, Word, etc.

**Employment Experience:**

January 1980 to 1986    **Jatni Glass Inc., Taiwan**
                        *Accountant, Executive Secretary*

- Performed various accounting functions which involve sales quote, ordering, inventory control, accounts receivable, accounts payable, payroll, journal entry, general ledger, balance and financial report preparation.
- Performed secretarial functions for the owner. Arranged client meeting, contact. Prepared records, memos, reports.

May 1986 to 1988        **Magness Consulting Services, Taiwan**
                        *Accountant, Executive Secretary*

- Performed various accounting functions which involve client billing, accounts receivable.

- Performed secretarial

Received Fax : FEB 05 2003 11:5  Fax Station : LAW OFFICES

02/05/2003  12:00    8602769632

7.8

functions for Executive Director. Prepared records, notices, minutes and other board related correspondence. Arranged programs, events meeting/conference schedules with the clients and other professional staff....

|  |  |
|---|---|
| May 1993 to Sept. 1996: | **Gardner Merchant**, Hartford, CT
*Inventory Control, Cashier* |

■ Responsible for ordering , receiving, and inventory control. Organized stock room as needed and assisted month-end physical inventory and reconciled all discrepancies, prepared monthly inventory report for management.

■ Balanced the register and prepared daily cash receipts report.

|  |  |
|---|---|
| October 1996 to present: CT | **Sodexho/Marriott Management Services**, Hartford, |

*Cashier, Caterer*

■ Receive cash and balance the register at end of the day.

■ provide large private dining room meeting/party catering service.

**Education:**

Shu Kuang Commercial High School, Major in Accounting

**Reference:** Available upon request

000346