10/03/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday October 31, 2003

~~9:30 a.m.~~ /:30 p.m.

CASE NO.   3-02-cv-1778 Rogus v Bayer Corp
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Christopher Brigham | Updike, Kelly & Spellacy, P.C., 265 Church St., New Haven, CT 203-786-8300 |
| Robert B. Muchinsky | 39 Russ St., Hartford, CT  860-297-0037 |
| John J. Myers | Eckert, Seamans, Cherin & Mellott, 600 Grant St. 44th Floor, Pittsburgh, PA 412-566-6000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/31/03

8 Min.