HONORABLE _M. R. Krawitz_
DEPUTY CLERK _K. Ghilard_ RPTR/ERO/TAPE _Thea_ *(Novmbrg (January 10, 2002)*

TOTAL TIME: _1_ hours _56_ minutes

DATE _4/6/2004_    START TIME _2:32_    END TIME _4:28_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Mei Rogus_

CIVIL NO. _3:02 CV 1778 mRK_

§
§                    _Robert B. Muchinsky_
§                    Plaintiffs Counsel
vs.              § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                    _John J. Myers_
§                    Defendants Counsel

_Bayer Corp._

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION
DOCUMENT NO.**

☑ ..... _#27_    Motion _For Summary Judgment_ ☐ granted ☐ denied ☒ advisement
☐ ..... _#_    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _#_    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _#_    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _#_    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _#_    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .........    ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ ☐ filed ☐ docketed
☐ .........    _____ Hearing continued until _____ at _____