FILED

2004 DEC 30 P 12: 40

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI ROGUS,<br>    Plaintiff, | : | Civil Action No.<br>3:02CV1778(JCH) MRK |
| v. | : | |
| BAYER CORPORATION,<br>    Defendant. | : | December 29, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiff, Mei Rogus, hereby respectfully requests that the court extend the deadline for the parties to submit their Joint Trial Memorandum in the above matter. The parties request that the deadline to submit the Joint Trial Memorandum be extended from January 6, 2005 to January 14, 2005. The parties have conferred regarding the Joint Trial Memorandum and have concluded that it would be beneficial to both parties to extend the deadline for the Joint Trial Memorandum. John J. Myers, the attorney for the Defendant is presently on trial in West Virginia and is unavailable at this time. Mr. Myers has almost exclusively handled this case for the Defendant. This is the first request to extend the deadline for the Joint Trial Memorandum.

Jury selection has been scheduled for February 1, 2005 and trial is scheduled to commence on February 2, 2005.

WHEREFORE, the Plaintiff respectfully requests a brief extension of time to file the Joint Trial Memorandum in the above-entitled matter up to and including January 14, 2005.

                         Respectfully Submitted
                         Mei Rogus

By: _____
     Robert B. Muchinsky
     Her Attorney
     39 Russ Street
     Hartford, CT 06106
     Telephone: (860) 297-0037
     Facsimile: (860) 297-0040
     Fed. Bar. No.: ct12702

## Certification

I hereby certify that a copy of the foregoing has been mailed, postage prepaid to the following counsel and pro se parties of record on December 29, 2004.

*The Defendant*

John J. Myers, Esq.
Federal Bar No. ct11377
Eckert, Seamans, Cherin & Mellott
600 Grand Street – 44th Floor
Pittsburgh, PA  15222

Christopher Brigham, Esq.
Federal Bar No. ct02761
Updike, Kelly & Spellacy, PC
PO Box 231277
One State Street
Hartford, CT  06123-1277

*Filing Location*

Clerk of Court
United States District Court
141 Church Street
New Haven, CT  06510

ROBERT B. MUCHINSKY