UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI ROGUS, | : | Civil Action No. |
| Plaintiff, | | 3:02CV1778(MRK) |
| | : | |
| v. | | |
| | : | |
| BAYER CORPORATION, | | |
| Defendant. | : | February 16, 2005 |

## NOTICE OF STATUS OF CASE

This matter was scheduled for jury selection on February 1, 2005 and trial was scheduled to commence immediately thereafter, starting on February 2, 2005.

On January 21, 2005, the undersigned reported to the court, through chambers, that the matter had been settled and any further proceedings in the case were halted with closing papers due to be filed within thirty (30) days thereof.

On February 15, 2005, the undersigned reported to the court, through chambers, pursuant to Local Rule 41(b), that the settlement previously reported, had not been consummated. This filing is to confirm said report.

THEREFORE, plaintiff requests that the matter be restored to the trial docket so that the case may proceed.

By: _____
ROBERT B. MUCHINSKY
39 Russ Street
Hartford, CT 06106
Federal Bar No.: ct 12702
Telephone: 860-297-0037
Facsimile: 860-297-0040

## CERTIFICATION

I hereby certify that a copy of the foregoing has been hand delivered to the following counsel and pro se parties of record on this 16th day of February 2005.

*The Defendant*

John J. Myers, Esq.
Federal Bar No. ct11377
Eckert, Seamans, Cherin & Mellott
600 Grand Street – 44th Floor
Pittsburgh, PA 15222

Christopher Brigham, Esq.
Federal Bar No. ct02761
Updike, Kelly & Spellacy, PC
PO Box 231277
One State Street
Hartford, CT 06123-1277

*Filing Location*

Clerk of Court
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

ROBERT B. MUCHINSKY