UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI ROGUS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv1778 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BAYER CORP., | : | |
| | : | |
| Defendant. | : | |

### ORDER

Based on (1) the un-refuted documentary evidence submitted in support of Defendant's Petition to Enforce Settlement Agreement [doc. #46] at Ex. A-B, which was verified by Defendant's counsel; (2) the representations made by counsel for Plaintiff and Defendant in open court at a hearing on the Petition held on April 25, 2005; (3) the failure of Plaintiff to submit any evidence or case law in opposition to the Petition; and (4) applicable law governing oral agreements and the enforcement of settlement agreements, see *Consarc Corp. v. Marine Midland Bank, N.A.*, 996 F.2d 568, 574-76 (2d Cir. 1993); *Bissell-Wisniowski v. Milford Council on Aging*, 2004 WL 2211944, at *1 (D. Conn. Sep. 28, 2004); *New Horizon Fin. Services, LLC v. First Fin. Equities, Inc.*, 2003 WL 22004255, at *4-*5 (D. Conn. Mar. 26, 2003); *Millgard Corp. v. White Oak Corp.*, 224 F. Supp. 2d 425, 432-33 (D. Conn. 2002), the Court hereby GRANTS Defendant's Petition to Enforce the Settlement Agreement [doc. #46] for the reasons stated on the record in open court on April 25, 2005.  It is apparent that Plaintiff had a change of heart after assenting to the terms of a settlement agreement with Defendant.  "However, once reached, a settlement agreement constitutes a contract that is binding and conclusive and the parties are

bound to the terms of the contract even if it is an oral agreement and even if the party has a change of heart between the time of the agreement to the terms of the settlement and the time it is reduced to writing." *New Horizon Fin. Services*, 2003 WL 22004255, at *4.

The parties shall have **until May 6, 2005** to report to the Court that (1) the settlement check has been delivered by the Defendant to the Plaintiff and Plaintiff's termination letter has been removed from her employment file, and (2) that the general release has been signed by the Plaintiff and delivered by the Plaintiff to the Defendant.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: April 25, 2005.**